IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 OCT 13 A 9:40

DEBRA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James K. Monroe #167435 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Officer L. Thomas, Sgt. Jenkins,)
)
Sgt. Golden, Warden L. Thomas, )
)
Warden Leon Forniss, et al )
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:06CV928-MEF
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( X )

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( X )

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A _____

            Defendant(s) _____ '' _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

3. Docket number __NA__

4. Name of judge to whom case was assigned __NA__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NA__

6. Approximate date of filing lawsuit __NA__

7. Approximate date of disposition __NA__

II. PLACE OF PRESENT CONFINEMENT __Staton Correctional Facility P.O. Box 56, Elmore, Alabama 36025__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Staton Correctional Facility P.O. Box 56, Elmore, Alabama 36025__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer Thomas. L. CO. ONE | P.O. Box 56, Elmore, Ala 36025 |
| 2. Sgt Jenkins | P.O. Box 56, Elmore, Ala 36025 |
| 3. Sgt Golden | P.O. Box 56, Elmore, Ala 36025 |
| 4. Warden Thomas | P.O. Box 56, Elmore, Ala 36025 |
| 5. Warden Forniss | P.O. Box 56, Elmore, Ala 36025 |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __9/4/06__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: VIOLATION OF RIGHTS SECURED AND ESTABLISHED UNDER THE 8TH AND 14TH AMENDMENT, FAILURE TO PROTECT, RECKLESS DISREGARD, CALLOUS DISREGARD TO PLAINTIFF RIGHTS AS A INMATE SAFETY

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 9/4/06 while being housed at staton correctional facility in Elmore, sitting in the t.v. day room watching a program called prison break at/about 7:30 p.m, the lights were out in the day room, , the only light was what was seen from the television during this precise time there was no officer in the day room, (see attached sheet of part V BRIEFLY STATEMENT OF FACTS)

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
    SEE ATTACHED SHEET

_James Monroe_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _Oct, 7th 2006_.
           (Date)

_James Monroe_
Signature of plaintiff(s)

4

(ATTACHED SHEET OF PAGE 2 OF PARAGRAPH V STATEMENT BRIEFLY OF THE FACTS CONTINUED)

infact, there was no officer monitoring the inside of the dorm, the officer that was assigned to monitor the dorm had left his post on the inside and exited the dorm, the dorm was left unattend by any security officer. The officer that was assigned to the dorm was officer thomas whom works second team shift. While watching t.v. along with other inmates to included but not limited to Micheal Grant#152447 whom was sitting beside me, while doing so I noticed that he was suddenly being attacked by someone, so I jumped up to get out of the way because it was dark and I couldn't see what was going on, so as I tried to get up I felt something go into my back causing me to go into immediate shock, I had been stabbed in the back with a knife, also during this precise time micheal grant whom was sitting beside me had been stabbed in the neck before I was stabbed. The inmate that stabbed me and inmate grant was named Jolly #128255 was a person whom had tremendous amount of time, and was going through mental problems Andre Jolly had stabbed me in the back with a 10' knife, after he stabbed both of us he then turned on another inmate which name is vincent crim A.I.S number is unknown at this time and stabbed him also. Because there was no officers inside the dorm at the precise time of the incident and it was dark on the inside inmates had to immediately run on the outside to inform the officers where he was name Thomas that the incident had occured on the inside in the t.v. day room. Upon being informed he then called for back up, sgt. jenkins, and C.O.I. Davis they arrived downing inmate Andre Jolly taking the knife from him putting hand cuffs on him,.After this took place. I and two other inmates whom had been stabbed was taken to medical infirmary.
Since the stabbing I have suffered tremenouds physical back pain where I was struck with stab wounds in by back, also I'm experience neck, and nerve damage, great mental and emotional distress whereat I am now under psychiatric care for having nightmares in dreams, and daily thoughts of the incident I encountered described herein.

ATTACHED SHEET OF WHAT THE PLAINTIFF ASKTHE COURT IN RELIEF

GRANT DECLARATORY JUDGMENT- Declare that the conduct in challenge does state a claim under the 8th and 14th amendment of my federally protected rights for upon which relief is due to be granted. Defendants are sued in their individual and official capacities at all times relevant to this action suit was working and acting under color of state laws.
GRANT APPOINTMENT AND GUIDANCE OF COUNSEL

GRANT MONETARY DAMAGES
GRANT $5,000,000.00 in compensatory damages against defendants to plaintiff. Five Million
GRANT $5,000,000.00 in punitive damages against defendants to plaintiff. Five Million
GRANT TRIAL BY JURY

CERTIFICATE OF SERVICE

    I James Monroe do hereby certify that I have this 7 day of OCT 2006 served this original foregoing mail upon the United States District Court Clerks Office for the Middle District of Alabama postage prepaid here at station correctional institution.

                                                   *James Monroe*
                                           James Monroe #167435
                                           B2-16B
                                           P.O. Box 56
                                           Elmore, Alabama

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JAMES K. MONROE #167435 )
Full name and prison number )
of plaintiff(s) )
      Et AL )
v. )
)
PRison Health Services, )
)
Levan Thomas, Warden, )
)
Nurse Webb, Sgt. Jenkins, )
)
Nurse Geno Lysykanycz )
)
DR. Cosier, Captain Edwards )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2006 OCT 13 A 9:40

        A. P. HACKETT, CLK
CIVIL ACTION NO. U.S. DISTRICT COURT
(To be supplied by Clerk of MIDDLE DISTRICT ALA
U.S. District Court)

2:06cv928-MEF

DEMAND FOR JURY TRIAL

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff(s) __NONE__

          Defendant(s) __"__

      2.  Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _STATON CORRECTIONAL FACILITY PO BOX 56 ELMORE AL 36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _STATON CORRECTIONAL FACILITY_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                 ADDRESS

1. _LAV THOMAS (WARDEN) PO BOX 56 ELMORE AL 36025_
2. _NURSE WEBB STATON HEALTH CARE UNIT PO BOX 56 ELMORE AL 36025_
3. _SGT. JENKINS PO BOX 56 ELMORE AL 36025_
4. _NURSE GENO LYSYKANYC? STATON HEALTH CAR UNIT PO BOX 56 ELMORE AL 36025_
5. _DR. COSIER STATON HEALTH CARE UNIT, PO BOX 56 ELMORE AL 36025_
6. _CAPTAIN EDWARD, WARDEN FORNISS, PO BOX 56 ELMORE AL 36025_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _9/4/06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _DENIED PROMPT ACCESS FOR SERIOUS INJURY IN VIOLATION OF MY RIGHTS ESTABLISHED UNDER THE 8TH AND 14TH AMENDMENT_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 9/4/06 at or about 7:30 pm I was stabbed in the back and arm with a 10" knife by another inmate, after being stabbed I was taken to the medical deparment where I was examined by Nurse Webb and Lysynkanycz, I was bleeding excessively, at which time Warden Thomas, Sgt Jenkins was there SEE Attached sheet briefly state of facts continued

GROUND TWO: Denied, delayed medical treatment for pain, injury I incurred after being stabbed in violation of my 8th and 14th Amendment right secured by the United State Constitution.

SUPPORTING FACTS: On 9/5/06 I was called to the health care unit at Staton, to see site doctor Ms. Bannerjee, and while waiting to see her, I saw Nurse Hamilton in the hall way and told her that I needed to see the doctor about my back and she said to me let me go look into your medical file that she would be back, and when she did come back she stated to me that the doctor have me down
(SEE Attached sheet of Ground to briefly stated facts continued)

GROUND THREE: _____

SUPPORTING FACTS: _____

(1) ATTACHED SHEET BRIEFLY STATEMENT OF FACTS WITH SUPPORTING GROUND

the nurse informed the warden that the impact of the stabb wounds from which blood was streaming tremendously she couldn't stop the bleeding that plaintiff(I)needed to be taken immediately to a freeworld hospital, the doctor was notified. The warden denied delayed me prompt access to outside hospital treatment, instead before providing outside treatment he delayed, prolonged it until a investigation was conducted regarding the stabbing incident that took some two to three hours long before he permitted for me to be taken to a freeworld hospital for treatment for my stabb wounds and tremendous bleeding.

ATTACHED SHEET BRIEFLY STATEMENT OF FACTS WITH SUPPORTING GROUND TWO

for x-rays but she didn't no when. I was taken to baptist south 9/4/06 and seen by the doctor here on 9/5/06 and release from the healthcare unit. about 10 days later I was called back to the doctor to have staples removed out of my back and arm, when I told doctor that I'm still in real bad pain and that the front of my right side was hurting real bad, that something had occured regarding the stabbing that has caused my body in my neck area began to twist in deformaty, and I was experiencing migranes, and intense back pain. The doctor looked at my side felt it and said that he would call me back for x-rays, it never happened. I'm still in temendous pain, and my conditions complained about herein is becoming worser and worser, the doctor has not done anything further. I have put in two sick calls slips complaining I still have not seen a nurse r doctor also I have filed grievances and has not heard anything as of this day.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

GRANT DECLARATORY JUDGMENT-MONETARY DAMGES-TRIAL BY JURY

(SEE ATTACHED SHEET RELIEF SOUGHT CONTINUED)

                                                    _____
                                                    Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  Oct 7   2006  .
                (Date)

                                                    _____
                                                    Signature of plaintiff(s)

4

ATTACHED SHEET OF BRIEFLY STATEMENT OF RELIEF SOUGHT

GRANT DECLARATORY JUDGMENT- Declare that the conduct in challenge does give rise to claims stated under the 8th and 14th amendment for which relief could be granted and maintained.

GRANT MONETARY DAMAGES-
    GRANT ONE-MILLION-DOLLARS($1,000,000.00)IN COMPENSATORY DAMAGES AGAINST DEFENDANTS TO PLAINTIFF.
    GRANT ONE-MILLION-DOLLARS($1,000,000.00)IN PUNITIVE DAMAGES AGAINST DEFENDANTS TO PLAINTIFF.

CERTIFICATE OF SERVICE

    I James K. Monroe do hereby certify that I have this__day of October 2006 served this original foregoing mail upon the United States District Court Clerks Office For the Middle District of Alabama by placing same in the U.S. mail postage prepaid here at Staton Correctional Facility in Elmore, Alabama.

                                      James K. Monroe  
                                      #167435  
                                      P.O. Box 56  
                                      Elmore, Al 36025