IN THE UNITED STATES DISTRICT COURT
FOR THE _M:'DDLE_   DISTRICT OF ALABAMA

RECEIVED

2006 OCT 13 A 9: 40

_JAMES K MONROE_
Plaintiff(s)/Petitioner(s)

~~A P. HACKETT, C~~
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

vs.

CIVIL ACTION NO. _2: 06 CV 928 - MEF_
. (To be supplied by Clerk of Court)

_DOC / PRiSoN HEAlth SERViCE_
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, _James monroe_____, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: _Civil_
_Rights_    _Violation / 8th And 14th Amendments_
_____
_____

II. RESIDENCE:
Your address: _JAMES K monRoE  po box 56_
_____ (Street)
_ElmoRe_____  _AC_____  _36025_____
(City)        (State)       (Zip Code)

III. MARITAL STATUS:
1. Single _____  Married __X__  Separated _____  Divorced _____
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: _0_
2. Relationship to dependent(s): _0_____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _0_____.

Revised 12/14/01

V.  EMPLOYMENT:

1. Name of employer: _____NONE_____
   a. Address of employer: _____NONE_____
                                    (Street)

   _____
   (City)              (State)              (Zip Code)

   b. How long have you been employed by present employer?
      Years: _O_          Months _O_
   c. Income: Monthly $ _O_ or Weekly $ _O_
   d. What is your job title? _O_

2. If unemployed, date of last employment: _Month of April 2003_
   Amount of salary and wages received per month in last employment: $ _500_
   _per month -_

3. Is spouse employed? _NO_ If so, name of employer: _O_

   _____

   a. Income: Monthly $ _O_ or Weekly $ _O_
   b. What is spouse's job title? _O_

4. Are you and/or your spouse receiving welfare aid? _NO_
   If so, amount: Monthly $ _O_ or Weekly $ _O_

VI. FINANCIAL STATUS

1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _O_
   b. Full Address: _O_
   c. In whose name: _O_
   d. Estimated value - - - - - O- - - - - - - - - - - - - - - - - - - - -   $ _O_
   e. Total amount owed - - - O- - - - - - - - - - - - - - - - - - - -   $ _O_
      Owed to: _O_   $ _O_
      _____   $ _O_

   f. Annual income from property - - - - - - - - - - - - - - - - - -   $ _O_

2. Other assets/property, such as automobiles, boats, motor homes, court
   judgments, etc. (If more than two, list information on back):
   a.

|  | Asset (1) | Asset (2) |
|---|---|---|
| Make & Model: | O | O |
| In whose name registered? | O | O |
| Present Value of Asset: | O | O |
| Amount owed: | O | O |
| Owed to: | O | O |

   b. Total cash in banks, savings and loan associations, prisoner accounts,
      financial institutions, other repositories, or anywhere else - $ _O_

2

c. List monies received by you during the last twelve (12) months, or held for you
   by banks, savings and loan associations, prisoner accounts, other financial
   institutions, or other sources as indicated below:

   Business, profession or other forms of self-employment - $ _____ 0 _____
   Rent payments, interest or dividends - - - - - - - - - - - - - - $ _____ 0 _____
   Pensions, annuities or life insurance payments - - - - - - - $ _____ X _____
   Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - - - $ _____ 0 _____
   Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - - - $ _____ 0 _____
   Tax refunds, Veteran benefits or social security benefits $ _____ 0 _____
   Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ _____ 0 _____

   $450 In the Last 12 months

3. Obligations:
   a. Monthly rental on house or apartment - - - - - - - - - - - - $ _____ 0 _____
   b. Monthly mortgage payments on house - - - - - - - - - - - - $ _____ 0 _____

4. Other information pertinent to your financial debts and obligations:

   _____ 0 _____          _____ 0 _____          _____ 0 _____
   (Creditor)             (Total debt)           (Monthly payment)
   _____ 0 _____          _____ 0 _____          _____ 0 _____
   (Creditor)             (Total debt)           (Monthly payment)
   _____ 0 _____          _____ 0 _____          _____ 0 _____
   (Creditor)             (Total debt)           (Monthly payment)

5. If you have indicated that you have minimal or no assets or income, please

   explain how you provide for your basic living needs such as food, clothing and

   shelter. (e.g. food stamps, family assistance or charitable contributions.)

   THE State CoRRections pRovide FoR me
   _____
   _____
   _____

   Other (Explain): My Family when They can.
   _____
   _____
   _____

3

## VII.  ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_10 - 5 - 06_
DATE

_James Menlee_
SIGNATURE OF PLAINTIFF/PETITIONER

_po box 56_
ADDRESS
_Elmore, AL 36025_

## VIII.  FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_10—5—06_
**DATE**

_James Mena_
**SIGNATURE OF PLAINTIFF/PETITIONER**


### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0.60_ on account to his/her credit at _Staton Correctional Facility_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _See attached_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _See attached_. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_10-4-06_
**DATE**

_Tracy McMahon_
**SIGNATURE OF AUTHORIZED OFFICER**

5

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 167435      NAME: MONROE, JAMES                    AS OF: 10/04/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| OCT | 27 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.28 | $0.40 |
| MAY | 31 | $5.82 | $100.00 |
| JUN | 30 | $1.54 | $40.00 |
| JUL | 31 | $6.91 | $40.00 |
| AUG | 31 | $3.97 | $145.00 |
| SEP | 30 | $5.61 | $125.00 |
| OCT | 4 | $0.06 | $0.00 |