IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF ALABAMA
NORTHNER DISTRICT

James Monroe
Plaintiff

Vs.

PRISON HEALTH CARE SERVICE et.al.,
Defendants

Case NO: 2:06cv928-MEF

RECEIVED
2006 OCT 13 A 9:40
... P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR SERVICE OF DOCUMENTS

Comes Now, The Plaintiff, in the above styled cause, moves into this Honorable Court requesting to have an copy of his medical records. The Plaintiff states the following grounds in support of this Motion:

1. Defendants have, in violation of Rule 5 (a)(d) F.C.J.P.&R, failed to serve plaintiff with written reports and evidentiary materials they have filed into this Honorable Court.

2. The Plaintiff requests that this Honorable Court to direct the Clerk to supply plaintiff with all such documents in the intrest of judicial economy.

3. If the Court does not require the Clerk to do so Plaintiff request them by order from the Defendants.

4. The Plaintiff is entitled to such materials per Rule 5 F.C.J.P.&R.

Respectfully Submitted

_James Monroe_
James Monroe

## CERTIFICATE OF SERVICE

I here certify that a copy of the foregoing was mailed into the Middle

PAGE 1

District of Alabama, by placing it into the Staton Corr.Fac. Mail Box on _Oct 7th_ 2006.

*James Monroe* (signature)
James Monroe

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P.O.BOX 711
Montgomery,Ala, 36101-711

Director of Prsion Health Care Service, Inc.
P.O.Box 56
Elmore,ALabama,
36025

James Monroe
P.O.BOX 56
Elmore,ALabama,
36025