IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES KELLY MONROE, #167 435 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-928-MEF |
| | | (WO) |
| OFFICER L. THOMAS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On October 13, 2006 Plaintiff filed a Motion for Service of Documents. Plaintiff contends that Defendants have failed to serve him with "written reports, evidentiary material they have filed into the Honorable Court." Plaintiff is advised that his complaint has not yet been served on Defendants and, therefore, Defendants are not presently under order to file any pleadings or documents with the court. Accordingly, it is

ORDERED that Plaintiff's motion (Doc. No. 3) be and is hereby DENIED.

Done, this 16th day of October 2006.

**/s/ Delores R. Boyd**
DELORES. R. BOYD
UNITED STATES MAGISTRATE JUDGE