IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

JAMES KELLY MONROE, #167435  )
                              )
PLAINTIFF,                    )
                              )
                              )
Vs.                           )Case No: 2:06- CV-928-MEF
                              )        (WO)
OFFICER L. THOMAS, et al.,    )
DEFENDANTS.                   )
                              )
                              )

MOTION FOR EXTENSION OF TIME TO PAY FEES

Come now, the Plaintiff James Kelly Monroe #167435, pro-se and move this Honorable Court in the above cited matter to grant an extension of the time allotted to submit unto the court the partial filing fees that are associated with the aforementioned cause and submitted in support thereof the following for this Honorable Courts consideration.

1. On or about October 13th, 2006 the plaintiff filed this action on the above mentioned parties.

2. The court issued and order granting the plaintiff's application to proceed in forma papuperis with the stipulation that the plaintiff would pay a partial filing fee.

3. The Plaintiff as of the date of this filing has not received the necessary funding to enable the fowarding of said funding to this Honorable Court.

**Wherefore premises,** considered the plaintiff who is untrained in the science of law sends a prayer to this Honorable Court to grant an Order extending the time allotted for the payment of the partial filing fee so as to allow the posting of the necessary funds to be deposited into his Inmate Account or in the alternate the granting of the extension so that the plaintiff can make the necessary arrangements with family members for the fowarding of the funds to the court clerk.

Respectfully Submitted

James Kelly Monroe, #167435, pro-se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the 29th day of October 2006.

SERVICE TO
Office of the Clerk
United States District Court
P.O. Box #711
Montgomery, AL 36101-0711

CC:Hon: Delores R.Boyd
United States Magistrate Judge

CC:Officer L. Thomas, et al.,
        Defendants

                                    SUBMITTED BY

                                    *James K Monroe*
                                    James Kelly Monroe
                                    A.I.S.#167435/B-2-16B
                                        STATON COR.FAC.
                                           P.O.BOX #56
                                    ELMORE,ALABAMA.36025-0056