IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES KELLY MONROE, #167 435          *

    Plaintiff,          *

    v.          *          2:06-CV-928-MEF

OFFICER L. THOMAS, *et al*.,          *

    Defendants.          *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to submit the partial filing fee in compliance  with the court's October 16, 2006, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2.  Plaintiff is GRANTED an extension from November 4, 2006 to November 20, 2006 to submit the initial partial filing fee.

Done, this 2nd day of November 2006.


_____/s/Delores R. Boyd_____
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE