---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Jenkins
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Thornell*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV928 proc + cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2656

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

1. Article Addressed to:

Webb, Staton Health Care Unit
Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Thornell*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV928 p+cmp

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2588

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

1. Article Addressed to:

Levan Thomas, Warden
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Angela Thornell*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV928 p+cmp

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2557

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540