**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Geno Lysykanyez, Nurse, Staton Health Care Unit
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

0lcv928
po+cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 2601

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Prison Health Services, Inc.
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

0lcv928
po+cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 2571

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Dr. Cobier, Staton Health Care Unit
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

0lcv928
po+cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 2670

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540