**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Sgt. Golden
   Staton Correctional Facility
   PO Box 56
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv928
Procord CM

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2663

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Capt. Edwards
   Staton Correctional Facility
   PO Box 56
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Angela Thornell
C. Date of Delivery: 11/8/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv928
PoyCMf

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2595

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540