# In The United States District Court For The Middle District Of Alabama

James Kelly Monroe,
    Plaintiff

V.

Officer L. Thomas, et al.,
    Defendants

Case No. 06-928-MEF

## Motion For Leave To Amend Complaint

Comes Now, James Kelly Monroe, a pro se Plaintiff to move the Honorable Court for an Order to amend the complaint in the above enumerated cause pursuant to Fed. Rules of Civ. Proc., Rule 15(a).

Whereas, the plaintiff filed a claim pursuant to Title 42 Section 1983 alleging that the Alabama Department of Correction did not provide appropriate security at Staton Correctional Facility, and that the private Health Care Contractor provide inadequate medical treatment after the plaintiff was stabbed by another inmate. Where, plaintiff would request that Governor Bob Riley and Commissioner Richard Allen be added as parties to the instant Lawsuit, due to fact, they are aware of the conditions at Staton Correctional Facility, and they have not taken the appropriate remedies to correct the security issues at

Pg 2

Cont.         **Amendment**

Staton Correctional Facility, where, numerous inmates have received serious injuries at the hand of other inmates due to lack of security. Further, the private health care provider which has the contract at Staton failed to provide the appropriate medical treatment in the instant case, and other incidents in which inmates were injuried by other inmates. Therefore, Governor Bob Riley and Commissioner Richard Allen has continued by their omission to rectify the security issue, and medical treatment issue; ultimately, has resulted in an action of deliberate indifference to the safety and health of the plaintiff.

Therefore, plaintiff prays relief sought will be granted by the Honorable Court; to amend the parties to include Governor Bob Riley, and Commissioner Richard Allen.

Respectfully Submitted,

11-19-06
Date

James K Monroe
Pro Se Signature

## Certificate Of Service

I, James Kelly Monroe, certify that I have served a copy of the Motion For Leave to Amend the Complaint on the Attorney for the Alabama Department of Corrections by U.S. Mail at 1400 Lloyd Street, Montgomery, Al 36130-1501.

11-19-06
Date executed

James K monroe
(Pro Se) Signature

Notary: James N. Leichey Jr.
C.E: 1/28/08
Elmore, Al.

Return Address:
James Kelly Monroe
AIS# 167435
Staton C.F.
P.O. Box 56
Elmore, Al 36025