IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES KELLY MONROE, #167 435 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-928-MEF |
| | | (WO) |
| OFFICER L. THOMAS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Leave to Amend Complaint. He seeks to name Commissioner Richard Allen and Governor Bob Riley as additional defendants to this cause of action. In support of his motion, Plaintiff, who alleges in his complaint that Defendants failed to provide adequate security and health care, maintains that Commissioner Allen and Governor Riley have not taken appropriate steps to remedy the matters about which he complains. Having read and considered Plaintiff's motion, the undersigned concludes that it shall be denied. *See Monell v. New York City Dep't of Social Serv.*, 436 U.S. 658, 694 (1978) (doctrine of *respondeat superior* is inapplicable to § 1983 actions).

Accordingly, it is ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 13) be and is hereby DENIED.

Done, this 27th day of November 2006.

       /s/Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE