IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES KELLY MONROE, #167 435 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-928-MEF |
| OFFICER L. THOMAS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Prison Health Services, Corbier, Lysykanycz, and Webb's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 15) is GRANTED; and

2. Defendants are GRANTED an extension from December 15, 2006 to January 16, 2007 to file their answer and written report.

Done, this 13th day of December 2006.

                                                  /s/Delores R. Boyd
                                                DELORES R. BOYD
                                                UNITED STATES MAGISTRATE JUDGE