# In The United States District Court For The Middle District Of Alabama

James Kelly Monroe,
    Plaintiff

v.      Case No. 06-928-MEF

Officer Thomas, et. al.,      2:06cv928-MEF
    Defendants

RECEIVED 2006 DEC 15 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Leave To Amend Complaint

Comes Now, James Kelly Monroe, a pro se plaintiff to move the Honorable Court for an order to amend the complaint in the above enumerated cause pursuant to Fed. Rules of Civ. Proc., Rule 15(a).

Whereas, the plaintiff filed a claim pursuant to Title 42 Section 1983 alleging that the Alabama Department of Correction did not provide appropriate security at Staton Correctional Facility, and that the private Health Care contractor provide inadequate medical treatment for the plaintiff after he was assaulted by another inmate. Where, Ms. Sagers is the administrator of the private health care provider, and she is responsible for implimenting the policies which the staff must use to provide treatment. Further, these policies are designed to save the Alabama Department of Corrections funds. In addition, Every

pg 2

## Amendment

Inmate is given the bare minimum medical treatment; Thus, Ms. Sagers' actions resulted in a deliberate indifference when she implimented a policy which restricted the transfer of a prisoner, James Kelly Monroe, which could have costed the prisoner's life.

Therefore, plaintiff prays relief sought will be granted by the Honorable Court, i.e. to amend the suit to include Ms. Sager as a defendant.

Respectfully Submitted,

12-12-06
Date Executed

James K Monroe
(Pro Se) Signature

## Certificate Of Service

I, James Kelly Monroe, certify that I have served a copy of the Motion For Leave to Amend on the attorney for the Alabama Department of Corrections by U.S. Mail at 1400 Lloyd Street; Montgomery, Al 36130-1501.

12-12-06
Date executed

James K Monroe
(Pro Se) Signature

Return Address:
James Kelly Monroe
AIS# 167435
Staton LF
P.O. Box 56
Elmore, Al 36025

Pearson   12-12-06
Notary   Date