IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES KELLY MONROE  (AIS# 167435),    \*
    \*
       Plaintiff,    \*
    \*
v.    \*    CIVIL ACTION: 2:06CV-928-MEF
    \*
OFFICER L. THOMAS, et al.    \*
    \*
       Defendants.    \*

## SPECIAL REPORT OF DEFENDANTS
## PRISON HEALTH SERVICES, INC., CHERYL WEBB,
## GENE LYSYKANYCZ, L.P.N., AND PAUL CORBIER, M.D.

COME NOW Defendants, Nurse Cheryl Webb, Gene Lysykanycz, L.P.N., Paul Corbier,

M.D., along with Prison Health Services, Inc. (hereinafter "PHS"), by and through counsel,

and in response to this Honorable Court's order requesting a Special Report, submits the

following Special Report with regards to this case:

## I. **INTRODUCTION**

The plaintiff, James Kelly Monroe  (AIS# 167435), asserts separate claims against PHS

and its physicians and nurses and the Alabama Department of Corrections and certain

correctional officers.  Both claims arise out of a stabbing which occurred on or about

September 4, 2006. On October 13, 2006, Monroe filed his complaint against the Alabama

Department of Corrections, multiple correctional officers, and PHS, specifically, Nurse

Cheryl Webb, Gene Lysykanycz, L.P.N., and Paul Corbier, M.D.  In these allegations against

PHS, Cheryl Webb, Gene Lysykanycz, L.P.N., Paul Corbier, M.D., Monroe claims that his

constitutional rights were violated by providing him with inadequate medical care associated with the stabbing incident on September 4th. [See Complaint].

As ordered by this Court, the Defendant PHS, et al. have undertaken a review of Monroe's claims to determine the facts and circumstances arising out of the stabbing incident and its subsequent medical care. As a result of this investigation, these Defendants are submitting this Special Report supported by a certified copy of Monroe's medical records [Exhibit "A"], an affidavit of Dr. Paul Corbier [Exhibit "B"], and an affidavit of Darryl King [Exhibit "C"]. These evidentiary materials demonstrate that Monroe failed to follow mandatory internal procedures for review of medical claims, and that Monroe's medical treatment has been proper at all times. Thus, his treatment does not, under any circumstances, rise to the level of a deliberate indifference to a serious medical condition.

## II. NARRATIVE SUMMARY OF FACTS

At all times pertaining to this claim, Monroe was incarcerated at Staton Correctional Facility in Elmore, Alabama. [See Exhibits "A" and "B"]. Monroe has been seen and evaluated by Staton's medical or nursing staff and has received appropriate care from the applicable provider each time he has registered health complaints at Staton. [Exhibit "A"]. In this particular case, Monroe claims deliberate indifference to a serious medical need arising out of treatment received by him for a stabbing that occurred on September 4, 2006.

Staton medical records note that Monroe presented to the emergency facility at 7:40 p.m. on September 4th complaining of a stab wound in his mid-back. [Exhibit "E"]. Nursing notes indicate a 2.5 cm stab wound on the right side of the spine below the shoulder blades. [Id.]. Monroe complained of pain when asked to take a deep breath to check lung sounds and

2

eventually made continuous complaints of pain. [Id.]. The nursing staff reported the condition to Dr. Corbier, who immediately ordered Monroe's transfer to Baptist South Emergency Room via Department of Correction vans. [Id.].

Upon arrival at Baptist Health Center, the nursing staff confirmed the stab wound to the back and immediately prescribed morphine as a pain medication. [Id.]. X-rays were taken to determine whether additional internal injuries had occurred, the results of which were negative. [Id.]. On discharge, the Baptist medical staff prescribed Keflex and Lorcet to deal with pain associated with the injury and ordered Monroe to follow-up with Prison healthcare officials to have staples removed within 7-10 days.

On September 11, 2006, Monroe returned to Dr. Corbier's office for the removal of his staples. Staples were removed from the upper back and elbow, but Monroe continued to complain about acute right ribcage pain. Corbier prescribed Motrin for a few additional days and advised Monroe to return to the clinic if the pain did not subside. [Id.].

On September 21, 2006, Monroe reported feelings of paranoia since his stabbing. He also threatened litigation arising out of the incident. Notes indicated strong feelings of paranoia. PHS agreed to continue to follow-up with Monroe on an "as needed" basis. [Id.].

On October 23, 2006 (10 days after filing of his Complaint), Monroe complained that although paranoid, he did not want any medication and had begun to deal with his issues. [Id.]. Furthermore, Monroe had no other complaints at that time. [Id.].

Prior to filing his lawsuit in federal court, Monroe did not utilize the grievance procedures in place to address his medical treatment. The Staton Correctional Facility has a set of grievance procedures specifically related to health complaints, which are required to be followed by prisoners. [Exhibit "D"]. These grievance procedures require that inmates

notify the medical staff of a concern regarding their medical treatment. [Id.]. If necessary, an inmate like Monroe will be interviewed and his grievance reviewed within a three (3) day period. [Id.]. If, after meeting with an inmate, the grievance cannot be resolved to the inmate's satisfaction, an appeal may be filed by the prisoner which will allow his initial written grievance to be re-reviewed in its entirety. In this case, Monroe did not follow any of these procedures in either a proper or timely manner. [Exhibit "C" – Affidavit Darryl King].

## III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.     The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.     The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.     The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.     The Plaintiff's Complaint, as amended, fails to state a claim against the Defendants for which relief can be granted.

5.     The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.     The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

7.     The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended, that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint, as amended, against the Defendants sued in their individual capacities, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

17.     Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.     The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.     The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended, fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.     The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.     The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.     The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.     The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.     The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against it and that any such award would violate the United States Constitution.

25.     The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.   The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.   Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.   The Defendants assert that the Plaintiff's Complaint, as amended, is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.   The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).


## IV.  ARGUMENT

**A.     Because Inmate Monroe Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

With the explosion of prisoner cases becoming epidemic, Congress passed the Prison Litigation Reform Act of 1995 in an effort to control frivolous prisoner litigation.  The Act is wide ranging and contains multiple, mandatory provisions that require the dismissal of complaints identical to that asserted by Mr. Monroe.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.  42 U.S.C. §1997e(h).

Because Monroe admits to being incarcerated in his complaint, he meets the definition of "prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380 F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

> **(a) Applicability of Administrative Remedies.**
> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.  (emphasis added).
>
> **(b) Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
> The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.
>
> **(c) Dismissal**
> The Court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.
>
> 42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff must submit his claim through these procedures and the grievance must address the specific issue upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

It is undisputed that Monroe failed to follow the appropriate administrative procedures associated with his claim for inadequate medical care. [Exhibit "C" – Affidavit Darryl King]. Because Monroe failed to follow internal procedures concerning these grievances, his claim must be dismissed with prejudice for failing to comply with these mandatory administrative remedies. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The Woodford case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In Woodford, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System. Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act. On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint. The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is a requirement that administrative remedies be followed prior to litigation ensuing in federal court. Id. At 2387, 2388, 2390, 2392-2393.

**B.  The Plaintiff has failed to prove that the Defendants acted with deliberative indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Monroe's medical records reveals that he has been given appropriate medical treatment at all times. (See Exhibits "A" & "B"). All of the allegations contained within Monroe's Complaint, as amended, are either inconsistent with his medical records, or are claims for which no relief may be granted. (Id.) Therefore, Monroe's claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Monroe must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Monroe must allege and prove that he suffered from a serious

medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Monroe's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Monroe cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. (Id.) These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Monroe in this action. There is no argument that the Defendants were not acting within the scope of their discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Monroe to show that the Defendants violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Monroe must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)). The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Monroe was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Monroe must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v.

Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Monroe's constitutional rights. All of Monroe's medical needs have been addressed or treated. (See Exhibits "A" & "B"). The Defendants have provided Monroe with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. **CONCLUSION**

The Plaintiff's Complaint, as amended is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendants have demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material fact relating to a constitutional violation, and that they are, therefore, entitled to a judgment in their favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden.

Accordingly, the Defendants request that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable

Court either dismiss the Plaintiff's Complaint, as amended, with prejudice, or enter a judgment in their favor.

Respectfully submitted,


/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 16ᵗʰ day of January, 2007, to:

James K. Monroe (AIS# 167435)
Staton Correctional Facility
P. O. Box 56
Elmore, AL  36025


/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

# EXHIBIT A

# AFFIDAVIT

STATE OF ALABAMA )
                 )
_____COUNTY )

I, _Tommie Ellerbee_, hereby certify and affirm that I am a _MEDICAL CLERK_, at _STATON Healthcare_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _JAMES MONROE_, AIS# _164435_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _____; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _30_ day of _November_, 2006

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _30_ Day of _November_, 2006

_Annie Latimer_
Notary Public

_12/06/2008_
My Commission Expires

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME *Monroe, James Kelly* AIS# *167435*

Medication Allergies: *NKDA*

Medical: Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

Mental Health Code SMI HARM HIST NONE  *SB, MD. 12/20/05*   *MH-0*
Capital Letter for Psychiatric Behavior      *MH=0, MD.*
                                              *SB, MD*
                                              *6/27/06*

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| *8-4-04* | *14mm Tuscaloosa County Jail* | | | |
| *12/20/05* | *MH code SMI* | | | *SB, MD* |
| *4/12/06* | *Δ code to:* | *MH-0* | | *Dr Tony* |
| *6/27/06* | *MH code 0* | | | *SB, MD* |
| *9/26/06* | *Adjustment D/o c̄ Depressed mood* | *MH = 1* | | *SB, MD* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# TREATMENT PLAN REVIEW

**Application and Review Frequency:**
**Crisis Cell:**   M H Observation   Suicide Watch (each working day) **Outpatient** ☒ (6 months)
**RTU:**   (weekly, bimonthly, monthly )   **SU:**   (weekly)

**Problem # 1**   Initiation Date: 9/16/06   Resolution Target Date: 3/26/07   Status: Resolved ☐  No Change ☐  Modified ☒
Outcome/modifications:

_Inmate's SXS of depression have increased due to situational stressors. He was recently stabbed in the back by another inmate. Will continue ē 1:1 counseling._

**Responsible staff:** _Ph.D_                **Frequency:** _Monthly_

**Problem# 2**   Initiation Date 9/26/06   Resolution Target Date: 3/26/07   Status: Resolved ☒  No Change ☐  Modified ☐
Outcome/modifications:

_Inmate no longer has a problem ē energy level. Problem resolved._

**Responsible staff:** _____            **Frequency:** _____

**Problem# 3**   Initiation Date: _____   Resolution Target Date: _____   Status: Resolved ☐  No Change ☐  Modified ☐
Outcome/modifications:

_Inmate's difficulty concentrating has ↑. Will continue with therapy sessions._

**Responsible staff:** _Ph.D_                **Frequency:** _Monthly_

**Problem# 4**   Initiation Date 9/26/06   Resolution Target Date: 3/26/07   Status: Resolved ☐  No Change ☐  Modified ☐
Outcome/modifications:

_new problem →_

_Inmate feels nervous, fidgety and fearful at times due to recent stabbing. Will provide 1:1 sessions to alleviate SXs._

**Responsible staff:** _Ph.D_                **Frequency:** _Monthly_

**Treatment Coordinator:** _Teresa Torres, Psy.D._        **Date:** _9/26/06_

**Inmate Name:** _Monroe, Jarvis_    **RTU Level:** _____    **AIS #:** _167435_

Disposition: Inmate Medical Record

Reference: ADC CAR: 622,623,630,632,6 4,635,638
ADOC Form MH-034 – Novemb 14, 2005
Page: _ of ____

.A DEPARTMENT OF CORREC........
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated on 03/20/06 Treatment Coordinator _____

Inmate's Housing Location: _____    Institution: Elmore

DSM IV Diagnosis:
Axis I: Adjustment D/O c depresied mood
Axis II: deferred
Axis III: none known
Axis IV: incarceration
Axis V: 50

Problem #1 depresied mood - in remittion
Goal: maintain stability
Target Date for Resolution: 09/20/06
Intervention: counseling to monitor status of client

Staff Member Responsible: MH counselor      Frequency: Monthly

Problem #2 low energy
Goal: increase energy level
Target Date for Resolution:
Intervention: counseling to help client increase energy level

Staff Member Responsible: MH counselor      Frequency: Monthly

Problem #3 poor concentration
Goal: improve concentration
Target Date for Resolution:
Intervention: counseling utilizing cognative behavioral therapy

Staff Member Responsible: MH counselor      Frequency: Monthly

Second Page attached:  Yes ☐  No ☐
Treatment Team Members

Psychiatrist: _____      Date: _____
Mental Health Nurse: _____      Date: _____
Treatment Coordinator: _____      Date: _____

Inmate Agreement: _____      Date: _____
Treatment Plan Review to be Conducted by: _____      Date: _____
Inmate Name: [Name] (Name)      (within six months)

AIS # 167435



## Physician's Chronic Care Clinic

Date: __5/9/05__    Time: __935 0__    Facility: __Elmore__

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ _✓_TB

**OBJECTIVE:** BP __122/86__ HR __62__ RR __18__   Temp __978__ Wt __193__ Peak Flow____ O2sat 98%

NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Has completed tp
Dc CC

no problems noted

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:**

**F/U:**   Routine 90 days: _____

Other _____

_____ **MD**
**Physician**

Problem List updated:    Yes    No

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| IONROE, James | 167435 | 3 M | B/ | |

PRISON HEALTH SERVICES

Name:_____
Inamte #:_____
DOB:_____Race:_____Gender___

## Nurse's Chronic Care Clinic

Date: __4/29/05__   Time: __1444PM__   Facility: __Elmore_____

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ _✓TB

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES: __N KA_____ CURRENT DIET: __Regular_____
DESCRIBE MED AND DIET ADHERANCE: __Therapy Completed_____
DESCRIBE ANY MED SIDE EFFECTS: _____
VACCINES: Flu_____Pneumovax_____ Hep A_____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___on_____:
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG ____; CXR___:
AST_____  ALT_____
MEDICATIONS: None.
Therapy completed

OBJECTIVE:
WT 203   T 97°  HR 75   R 20   O₂ Sats 97%/0
B/P 130/89

Patient Educated on:
Therapy Completed
_____
                                    Inmate Signature X Gary Monroe
_____
Nurses Signature and Title G._____

(01/31/05

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| Monroe James | 187435 | 37 | BM |

**PRISON HEALTH SERVICES**

Name: _Monroe, James_
Inamte #: _1167635_
DOB: _9-8-67_ Race: _B_ Gender _M_

### Nurse's Chronic Care Clinic

Date: _3·31·05_     Time: _10:02_     Facility: _KCF_

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ _LTB_

## SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES:_____none_____     CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE:_____good_____
DESCRIBE ANY MED SIDE EFFECTS:_____none_____
VACCINES: Flu _0_ Pneumovax _0_ Hep A _0_ Hep B _0_
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. _0_
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___on_____:
Peak Flow___: LFTs_WNL_on _3·9·05_ ; Serum Drug Levels __ on _____; EKG_4·05_ ; CXR_3·05_

MEDICATIONS:

INH 300mg  } x 31 days     BP 120/84
B6 25mg    } from 3-8-05   HR 88
                           R 16
                           T 99²
                           wt. 196.5

Patient Educated on:
_Facts About TB_

Inmate Signature _James Monroe_

Nurses Signature and Title _O Griffin RN_

(01/31/05)





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: Monroe, James
AIS #: 167435
D.O.B.: 9-8-67

Age 37  Sex M  Race B  Height 5'9  Weight 202

Temp: 98.3  B/P: 100/70  Pulse: 76  Resp: 18

** B/P – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:  FSBS- 124mg/dl

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | | **HIV/AIDS \*\*\*** | | ✓ |
| Loss of Consciousness | | ✓ | Ulcers | | | \*\*\*Medications Verified | | ✓ |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | | Bladder/Kidney Infection | | | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | | ✓ | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | ✓ | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts\*\* | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | \*\*Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | ✓ | Type: | | |
| Asthma \* | | ✓ | PPD - date given: | | | | | |
| \*Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results:          mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | **OD    OS** | | | | | |
| Hay Fever/Allergies | | ✓ | **OU 20/20** | | | **EKG** (@ age 35) | | |

Immunization History: Td >10yrs
Immunizations Needed: Td 0.5cc @ deltoid

Lot U1212BA
Tetanus and Diphtheria Toxoids Adsorbed
For Adult Use, DECAVAC™
US Govt Lic #1277
Mfd by: Aventis Pasteur Inc.
Swiftwater PA 18370 USA
CPT® Code: 90718

0.5 mL

Rx only

4934

\*\*\*HIV Medications: _____

Acute or Chronic Problem Noted:    Y    N       Refer to Mid-Level or M.D. if  yes.

_____
**RN or Mid-Level, Signature**

Date/Time: 03/07/05  1415

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _James Menroe_    Date _3 -7 -05_

AIS# _167435_

Medical Staff _MHardy, rn_    Date_ 3-7-05_



**PRISON
HEALTH
SERVICES
INCORPORATED**

## T.B. SCREENING FORM

Skin Test Positive Date ___8-4-04___ ___14___ mm  Today's Date ___3-7-05___

Any Symptoms of:                                    Yes          No

**Loss of Appetite**                                ___          ✓
**Fever/Chills**                                    ___          ✓
**Hoarseness**                                      ___          ✓
**Chest Pain**                                      ___          ✓
**Weight Loss**                                     ___          ✓
    Usual Weight ___186 lbs___
    Present Weight ___202 lbs___

**Night Sweats**                                    ___          ✓
**Excessive Fatique**                               ___          ✓
**Dyspnea**                                         ___          ✓
**Productive Cough ( more than 3 weeks)**           ___          ✓

    IF YES:
    Sputum Production ___NA___ Color _____

    Consistency _____

Hemoptysis ___NA___

HIV Positive _____

Nurse Signature ___M Hardy, RN___ Date ___3-7-05___

*Refer to MD or Mid-Level Provider if any YES answers.*

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Monroe, James | 167435 | 9-8-67 | KCF |

60512-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE SCREENING

| Date: 03/04/05 | AIS#: 167435 |
|---|---|

| Last Name: Monroe | First: James | Middle: Kelly |
|---|---|---|
| Birthplace: Fayette | DOB: 9-8-69 | SS#: 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 |

**FEMALES:** Pregnancy test: (circle one)   Positive   Negative

B/P 139/76   Temp 99.1   Pulse 86   Resp 16   Weight 202
FSBS 116   If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
L shoulder from dislocation - had surgery 1989

Previous Incarcerations (Date & Facility):
1991 KCF to Frank Lee - EOS / Home    back to Bullock 1998 KCF EOS 2003
1994 KCF - Bullock to Fastlings to Atmore out 1997

Medications: ☒None  finishing INH - March last month    Special Diet (Prescribed):
Allergies: ☒NKA    last dose 3/3/05 Tuscaloosa Co. Jail
Past Positive TB Skin Test (circle one) YES - (Complete TB Screening Form)   NO
Tuscaloosa Co. Jail - INH x amor states last month INH - NE is March 2005

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  ( ) Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
   ( ) Current intoxication/Abuse  (✓) Use  ( ) Withdrawal Symptoms
   (✓) Drugs (✓) Alcohol
   Describe- What kind? Amount/Frequency? ETOH - few beers/day  marijuana
   * If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date)

4a) Behavior/Conduct: (✓) Calm  (✓) Cooperative  (✓) Non-Violent
   ( ) Agitated  ( ) Uncooperative  ( ) Violent
   ( ) Manipulative ( ) Disorganized
   Describe:

4b) Affect/Mood: (✓) Normal ( ) Manic  ( ) Depressed
   ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
   Describe:

4c) Perceptions: None  ( ) Delusional  ( ) Hallucinations  ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?  ( ) Yes (✓) No
5c) Is there evidence  N/C

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

**\*Any abnormal observations #4 or 5 require immediate Mental Health Referral.**

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch   Y or N

Triggers for Close Watch
- Emotionally distraught and unable to regain composure by end of intake process
- Actively hallucinating or not making any sense   Y or N,

| 6a) Communication Difficulties | ( ) Yes (✓) No | 6b) Memory Defects | ( ) Yes (✓) No |
|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes (✓) No | 6d) Speech Difficulties | ( ) Yes (✓) No |

7) Physical Aids: (✓) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
   ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) Additional comments, complaints, symptoms:   None ☒

S)

O)   Fever  Y  N      Swollen Glands  Y  N      Signs of Infection  Y  N      Skin Intact  Y  N

A)

P)

If known Diabetic * Call M.D. for order _____ . Initial Insulin given: _____ .

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

James K Monroe  3/4/05
Inmate's Signature/Date

Linda Bell RN  3/4/05
Health Provider Signature/Date

60412-AL



*Navon*
*BJ-16B*

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

Inmate Name: _James Monroe_ AIS# _167435_ Date of Referral: _9/13/06_

**REASON FOR REFERRAL:** _Inmate was victim of attack by another_
**CRISIS INTERVENTION** _inmate (stabbed in back + elbow)._

problem: Family _Inmate c/o "paranoia", restlessness_

inmates: Problems with other _(PTSD v. adjustment_

stress: Recent _disorder)_

Other: _____

**EVALUATION OF MENTAL STATUS**                     _Recovery from wounds_
  Suicidal              Anxious  ✓            Physical complaints
  Homicidal             Depressed            Sleep disturbance _sleeps poorly_
  Mutilative            Withdrawn            Hallucinations/delusions
  Hostile, angry        Poor hygiene         Suspicious ✓
  Other inappropriate behavior: _____

**EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

**HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

OTHER: _Coded MH-0 (Reports exaggerated startle resp_

COMMENTS: _39, B/m serving fifteen years for multiple
property cases_

Referred by: _Carl D Burns_ Phone Contact #: _567-1564_

Referral for psychiatrist (referral has been screened by mental health or medical staff)

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_Mr. Burns: Seen 9/21/06
Met c inmate, he stated "just
wanted to talk to somebody. I'm
fine. I don't want any meds."
Follow-up will be provided on PRN basis._

Follow-Up by: _Dr. Santan_ Date: _9/25/06_

| Inmate Name _MONROE, JAMES_ | AIS # _167435_ |
|---|---|

ALDOC Form 452-03

AR 452 – February 26, 2002

| DATE: 9/26/06 | TIME: | Behavioral Rating Scale  0=No problem  5=worst | | Today vs Before |
|---|---|---|---|---|
| Target Symptoms | | | | |
| "Stressed out" | | | | 0-1 / 0-1 |
| Depressed mood | | | | 0 / 0 |
| Low energy | | | | 0-1 / 0-1 |
| Paranoid ideas | | | | 0 / 0 |
| Difficulty adjusting/coping | | | | 0-1 / 0-1 |

Medication: Im is not on any psychotropic meds. He is refusing all psychotropic meds at this time

Compliance: Inmate report ___ %-vs-MAR

In addition to the information in the tables above and below, this inmate-patient:

S "I was doing so good. That guy stabbed me at the back for nothing. I still hurt because of that. I am little fearful. I need someone to talk to. I don't want any medicines. I may go for work release soon." Reports ∅ other s/s of mood/anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other concern

Side effects

0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | ∅SI, ∅HI, ∅HA, ∅ delusions ∅ paranoia | A to x3 |
| Serious Depression | ✓ | | mild s/s of situational depression noted because of the recent incident c stabbing. | Good eye contact |
| Self-Injurious Thoughts | ✓ | | Denies | |
| Suicidal intent | ✓ | | Denies | |
| Aggressive | ✓ | | None noted / at | |
| Seriously Impulsive | ✓ | ✓ | None noted / present time | |
| Situational Upset | | ✓ | Re: current stress of being stabbed | Mood mostly euthym occasion sad mood notes |

| Lab info: None at this time | Labs Ordered: | Labs Reviewed: from mental health | AIMS:∅ himself by another Im in recent past. |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
Adjustment D/O c Depressed Mood (in remission) so MD

PLAN: Im clinically stable. Im is not on any psychotropic meds. Refusing all psychotropic meds at present time. He wants to get counseling from mental health due to his recent stress from being stabbed by RTC 90 days   DR. BANERJEE SBanerjee, M.D.

Affe
Appro

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MONROE, JAMES | 167435 | | B/M | MH=9 | STATON |

Disposition: Medical File

Thou Proc

another Im in recent past. Will keep him on mental health caseload at present time. Continue care. RTC in 90 days for follow up.

logica & loos associat notes



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/8/06

**To:** Mr. Dennis — Shift Office

**From:** Dr. Santana

**Inmate Name:** James Monroe    **ID#:** 167435

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions ⟨ NO FARM DUTY ⟩ _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Inmate is motivated and prepared to work, however, due to Sxs of mental illness & phobia related to being around guns & different types of potential weapons. Phobias places the individual at risk of escaping what is feared.

**Date:** 6/8/06    **MD Signature:** A. Santana    **Time:** 11:40

Please assign a different type of job with no potential weapons (NO kitchen duty please).

60418

PSYCH    RTC PROGRESS NOTES

| DATE: 6/27/06 | TIME: | Behavioral Rating Scale 0=No problem 5=worst | Today vs Before |
|---|---|---|---|
| Target Symptoms | | | |
| Depressed mood | | | 0 / 0 |
| Low energy | | | 0 / 0 |
| Poor concentration | | | 0 / 0 |
| Unable to cope | | | 0 / 0 |
| Difficulty adjusting | | | 0 / 0 |
| Medications: Prozac D/c'd 2/3/06. I'm doing well clinically. ✓ | | | Informed Consent |
| Compliance: Inmate report ___% vs MAR ___% | | | |

In addition to the information in the tables above and below, then inmate-patient

S℃ "I am great, I am doing real good, I just need some sleep medicine to help me rest. I am doing good." Reports ∅ other

O ∅ S/S of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other concerns. A+O×3, Mood-euthymic, Affect-Appropriate Thought Process: logical, ∅ loose association noted.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | L | | ∅ SI, ∅ HI, ∅ HA, ∅ delusions, ∅ paranoia |
| Serious Depression | L | | ∅ S/S of depression noted at this time. |
| Self-Injurious Thoughts | L | | Denies |
| Suicidal Intent | L | | Denies ✓ |
| Aggressive | L | | None noted |
| Seriously Impulsive | L | | None noted ) at present time |
| Situational Upset | L | | None noted |

Lab Info: None at this time from mental health. Labs Ordered: Labs Reviewed: AIMS?:

ASSESSMENT/Diagnosis (DSM-IV)
Adjustment D/O c̄ Depressed Mood
(in remission)

PLAN: I'm clinically stable. Doing well without being on any psychotropic meds since 2/3/06. Exhibits ∅ S/S or signs of mental illness at present time. Discussed c̄ Tx team to change his mental health code to zero. RTC PRN    Print Last Name: DR. BANERJEE    Sign: S Banerjee, MD.    this team

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MONROE, JAMES | 167435 | | B/M | MH=0 | STATON |

Disposition: Medical File

Discussed Tx plan c̄ Im- He understands and agrees c̄ Tx plan. ~~Rate~~ RTC on PRN basis at this time.

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

| DATE: 2/3/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | | Behavioral Rating Scale 0=No problem 5= worst | |
| Depressed mood | | | 0 / 1 |
| Low energy | | | 0 / 1 |
| Poor concentration | | | 0 / 0-1 |
| Unable to cope | | | 0 / 1-2 |
| Difficulty adjusting | | | 0 / 2 |

Medications: 100 % med non-compliant  Prozac D/c'd as of 2/3/06.

Compliance:  Inmate report_____  % vs MAR_____ %

In addition to the information in the tables above and below, then inmate-patient:

S of "I am not taking medicine. I am fine. I don't want to take the medicine anymore. My mood is good. I am not depressed. Please take me off the medicine. I want to try it out on my own". Reports of other sxs of mood, anxiety

Side effects:

O off the medicine. I want to try it out on my own". Reports of other sxs of mood, anxiety or thought d/o. of thoughts to hurt himself or anyone else. Voices no

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ST, ∅HI, ∅HA, ∅delusions, ∅paranoia |
| Serious Depression | ✓ | | ∅sxs of depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

Lab info: None    Labs Ordered:_____    Labs Reviewed:_____    AIMS:?_____

ASSESSMENT/Diagnosis (DSM-IV)
Adjustment D/o c̄ Depressed Mood
(in remission)

PLAN: Pm clinically stable. Has been med non-compliant. Refusing all psychotropic meds at this time. Exhibits ∅ sxs or signs of mental illness at present. Will D/c Prozac. Will be ☆

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MONROE, JAMES | 167435 | | B/M SMI | | ELMORE |

Disposition: Medical File  ☆ followed up c̄ counseling

RTC 90 days  for follow up. Cont

other
Conce
A/ox.
Mood
euthy.
Affect
Appro
Thoug
Proces
logic
& log
asse
tion
not

IN A DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/21/06 | 10:00 | (S) "I've been feeling paranoid ever since I got stabbed. I didn't even know the guy's he just stabbed me in the back. I almost died from all the bleeding. They are going to get a lawsuit from this." (O) Slightly agitated mood & affect; needing constant reassurance! thought process logical & goal directed; denied S/H; feels paranoid & stressed over the stabbing; mild Sxs of acute stress D/O. (A) Inmate is not on meds. at this time. He's experiencing some mild Sxs of acute stress D/O. (P): Will continue f/up. PRN basis. | Teresa Toms, Psy.D. |
| 10/23/06 | 10:50 | (S) "I'm paranoid all the time. But I don't want any medication. I'm dealing c it. No other complaints voiced at this time. (O) agitated mood & affect; thoughts well logical; no loose assoc, δ delusions; cooperative. (A) Inmate is stable at this time. He is trying to adjust to the recent stressors in his life. No meds at this time. (P) Continue f/up. | Teresa Toms, Psy.D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Monroe, James | | | B/M | SCF |

F-61

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 05/25/06 | 10:50AM | (1) client referred by station shift office. Met with client. Said his mother had by-pass surgery, worried about her, having weird dreams, referred out dreams he shoots people, dreams about guns, not on any medication now feels like he need to be on medication, nervous, assigned to the farm, doesn't like being around guns. O: very animated couldn't sit still nervous, anxious. A: no sign of major disorder, scheduled to see psychiatrist, asked I.C.S. officer to take him off the farm until seen by Psy. P: counsel as needed | [signature] |

<table>
<tr><th>Patient's Name, (Last, First, Middle)</th><th>AIS#</th><th>Age</th><th>R/S</th><th>Facility</th></tr>
<tr><td>Monroe James</td><td>167435</td><td></td><td>B/M</td><td>Staton</td></tr>
</table>

F-61

INT   DISCIPLINARY PROGRESS NO

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3-17-06 | 9:50 | I met with client for monthly session, doing fine. Said he did Ninety days in the laundry but they want him to do four more months, said it's not right. He will not do it, not take any medication but a dispensary, they will ship him. Said it will be alright. O: Smiled, laughed, polite, appropriate mood. No sign of depression P: Continue to counsel | [signature] |
| 4/2/06 | 10:30AM | (S) I'm fine, I don't need medicine. I never took the medication. I was just a bit stressed out due to family problems, but I got it straightened out. (O) Appropriate mood & affect. Clarity of speech. no evidence of psychosis. cooperative. thoughts were logical. (A) Inmate's meds. were d/c'd back in February, 06. He stated never being compliant as he feels he didn't need meds. to begin with. (P) △ code to (MH-0). | Irina Tann, PSY-D |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Monroe, James | 167435 | | B /M | Elmore |

F-61

# IN. DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/9/06 | 9:30a | S "I'm having problems with my bladder." | |
| | | O A&O X3. Normal mood & affect. No sign of depression or anxiety. Denied HI/SI, no AVH hallucinations. Eye contact good, insight: fair, judgement: fair. No reported sleep or appetite disturbance. Inmate discussed his medical problem. MHP informed inmate to sign up for sick call. Discussed coping skills with inmate. No other complaints voiced, stable at present. | |
| | | A Axis I: Adj D/O c̄ Depressed Mood | |
| | | P Continue care. | KNJones, MS, MHP |
| 2/23/06 | 9:15am | S: met up w/g client for monthly session. Said he is doing have [?] ready to go home to his wife and children. not taking any medication. reads the Bible / no problems. | |
| | | O: polite verbalized well, logical thought, mood appropriate zero signs of depression | |
| | | D: Continue to counsel | [signature] |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Monroe James | 167435 | | B/M | Elmore |

F-61

| DATE: 12/20/05 TIME: | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Target Symptoms | | |
| Depressed mood | | 1 / 0-1 |
| low energy | | 1 / 0-1 |
| Poor concentration | | 0-1 / 0-1 |
| Unable to cope | | 1-2 / 1-2 |
| Difficulty adjusting | | 2 / 2 |
| Medications: got started on Prozac. | | Informed Consent ✓ |
| Compliance: Inmate report ____ % vs MAR ____ % | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** " I am having difficulty adjusting to this camp. I feel sad at times. I don't know how I will be able to deal with my sentence here" Reports ∅ other sxs of mood,
Side effects: anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other concerns

**O** at present time. A + O x 3.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sxs of psychosis ∅ SI, ∅ HI, ∅ HA |
| Serious Depression | ✓ | | ∅ sxs of anxiety, ⊕ sxs ∅ delusion |
| Self-Injurious Thoughts | ✓ | | Denies ⌐ of mild depression noted |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted ⌐ at present time |
| Situational Upset | ✓ | | None noted |

Lab info: None from mental health at this time   Labs Ordered:   Labs Reviewed:   AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)**
Adjustment D/o c̄ Depressed mood.

**PLAN:** Im exhibits mild sxs of Depression. Will start him on Prozac 20 mg/d. Discussed risks/benefits of being on Prozac c̄ Im. He understands and agrees c̄ to plan. Continue care.

| Return to clinic: RTC 90 days | Print Last Name: DR. BANERJEE | Sign: S Banerjee, MD |
|---|---|---|
| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
| MONROE, JAMES | 167435 | | B/M | SMI | ELMORE |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

*(right margin, vertical notes)* Mood: Somewhat sad mood noted at times
Affect: mildly depressed affect noted occasion
Thought Process: logical ∅ loose associations noted

## PSYCHOLOGICAL UPDATE

Name: _____ AIS#: _____ R/S: _____

Date: ___/___/___    Date of Birth: ___/___/___  Age: _____

Inmate _____ was last evaluated by ADOC psychology staff member
_____ on ___/___/___.
A diagnosis of _____ was made and the inmate was
recommended for participation in _____
_____
_____

The following observations and recommendations are made as a result of the current interview:

I.  Educational Needs
    ___a. ABE      ___b. Special Education      ___c. Trade School      ___d. Junior College

II.  Mental Health Needs

    _____ A. Refer to psychiatrist        _____ E. Sexual adjustment        _____ I. Self-concept enhancement

    _____ B. Substance abuse counseling   _____ F. Reality therapy          _____ J. Healthy use of leisure

    _____ C. Depression                   _____ G. Anger-induced acting out  _____ K. Personal development

    _____ D. Stress management            _____ H. Values clarification

    Date referred to psychiatrist         _____/_____/_____

III.  RECOMMENDATIONS/REMARKS: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MENTAL HEALTH CODE:        SMI        HARM        HIST        NONE

Evaluation Completed by: _____ Date: _____

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED MAR 2 3 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
RECEPTION MENTAL HEALTH SCREENING

Institution: KILBY                      Date/Time Inmate Received: 3-4-05
Date/Time of Screening: 3/7/05    Signature/Title of Screener: Ms. L. Henderson LPN

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC**
- ☐ Yes  ☑ No    Psychotropic medication:
- ☐ Yes  ☑ No    Medication turned over to ADOC upon arrival?
- ☐ Yes  ☑ No    Mental health follow-up in last 90 days:
- ☐ Yes  ☑ No    Suicide/self-harm attempts in last 90 days:

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):
- ☐ Yes  ☑ No    Outpatient treatment:
- ☐ Yes  ☑ No    Inpatient treatment:
- ☐ Yes  ☑ No    Psychotropic medication:
- ☐ Yes  ☑ No    Suicidal attempts:
- ☐ Yes  ☑ No    Suicidal thoughts:
- ☐ Yes  ☑ No    Head injury:
- ☐ Yes  ☑ No    Seizures:
- ☑ Yes  ☐ No    Violent behavior:
- ☑ Yes  ☐ No    Substance abuse: MT 1998
- ☑ Yes  ☐ No    Substance abuse treatment: SAP - 2002
- ☑ Yes  ☐ No    Special education classes: CM # L #-#1 #5

**INMATE SELF-REPORT OF CURRENT STATUS**
- ☐ Yes  ☑ No    First incarceration (reaction): "y'all don't know ha
- ☑ Yes  ☐ No    Reports family support: W/O   al fael don't war
- ☐ Yes  ☑ No    Reports serious depression/remorse:   be here"
- ☐ Yes  ☑ No    Thinking about suicide:
- ☐ Yes  ☑ No    Has plan for suicide:
- ☐ Yes  ☑ No    Possible to implement plan:
- ☐ Yes  ☑ No    Reports hallucinations:

**BEHAVIORAL OBSERVATIONS**
- ☐ Poor eye contact   ☐ Poor hygiene   ☐ Unable to pay attention   ☐ Unresponsive
- ☐ Disoriented   ☐ Overly anxious   ☐ Unable to follow directions   ☐ Unable to read
- ☐ Crying   ☐ Memory deficits   ☐ Signs of self-mutilation   ☐ Afraid
- ☐ Illogical speech content   ☐ Appears to be hearing voices or seeing things   ☐ Paranoid
- ☐ Hostile   ☐ Other unusual behavior:

**DISPOSITION/ PLACEMENT RECOMMENDATION** (based on reception mental health screening)
- ☐ Routine housing and mental health follow-up          ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency   ☐ Safe cell placement recommended
- ☐ Current psychotropic meds verified/interim supply ordered   ☐ Parole violator interim assessment referral

| Inmate Name | Monroe, James | AIS # | 167435C |



**PHS**
PRISON
HEALTH
SERVICES
(PHS)-BATHS

### DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: Baptist South          From: SHCu

                                    Elmore

Patient: Monroe James        Inmate ID No.: 167435 SCC

Alias: _____      Social Security No.: 418.94.4089

Date of Birth: 9/8/67        Date(s) of Service: 9-4-06

I hereby authorize the above named provider to release to Prison Health Services, Inc, and Kansas Department of Corrections the following confidential information:

[  ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ] Admission            [  ] Discharge                      [  ] Operative Summary Reports

[  ] X-Ray                [  ] Special Studies Reports        [  ] HIV Test

[  ] Laboratory Reports   [  ] Immunization History           [  ] Dental Treatment Records

[  ] Psychiatric Summary Report   [  ] Drug Treatment History & Counseling Reports

[X] Other Records    ER visits

                              (Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

James Monroe                        9-12-06
(Patient's Signature)               (Date)

Rul Corbey                          9/12/06
(Witness Signature)                 (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____    _____    _____
                            (Signature and Title for PHS)    (Date)

7-70037

From:     b18139

Pages:    25   (including banner)

IMNET/EPRS print request.

5062470039[illegible]
MONROE,JAMES
DOB: 09/08/67    Age:38Y    MR #:709779
Admit Date/Time: 08/04/06    2151P
915 FALERO,WALLACE G

Patient Information



**Baptist**
HEALTH

## AERAS
## PHYSICIAN
## ORDER SHEET

| Date/Time | TEST | SYMPTOMS |
|---|---|---|
| | | **PROCEDURE SET-UPS** |

| | | | |
|---|---|---|---|
| | ❑ Visual Acuity | | |
| | ❑ Eye Box | ❑ Morgan Lens  ❑ Tetracaine | ❑ Corneal Burr  ❑ Tonopen | ❑ Dacriose  ❑ Woods Lamp |
| | ❑ Nose Tray | ❑ Head Light | | |
| | ❑ Dental Box | | | |
| | ❑ Ortho Box | | | |
| | ❑ Pelvic Exam | | | |
| | ❑ Lumbar Puncture | | | |
| | ❑ NG-Tube | | | |
| | ❑ Splint | | | |
| | ❑ Crutch Walking | | | |
| | ❑ Suture Set-Up | | | |

**BEHAVIORAL HEALTH**

| | | | |
|---|---|---|---|
| | ❑ Psychiatric Evaluation/Screening | | |
| | ❑ Restraints | See Restraint Order Sheet | ❑ 1:1 Seclusion |

**IV FLUIDS**

| | | | |
|---|---|---|---|
| | ❑ IV Site _ x1 _ x2 | | | |
| | ❑ IV Bolus | ❑ _____ X500ml | ❑ _____ 1 Liter | ❑ _____ 2 Liters |
| | ❑ IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at _____ ml/hr |
| | ❑ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | | Nipride | Integrillin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| 2150 | ✓ [illegible]  ✓ Morphine 4mg  ✓ Zofran [illegible] | | |
| | | | ❑ See additional medication order form. |

| TIME | CONSULTS | | |
|---|---|---|---|
| ❑ Primary Physician  Time Notified  Time Responded | ❑ On-Call Specialist  Time Notified  Time Responded | ❑ GMS/FMS/Hospitalist  Time Notified  Time Responded | ❑ Other  Time Notified  Time Responded |

**DISPOSITION**

| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
|---|---|---|---|---|
| | ❑ Home | ❑ Regular Room #____ | ❑ Hospital | ❑ Coroner Called |
| | ❑ AMA  signed  unsigned | ❑ Telemetry Room #____ | ❑ Psychiatric/Meadhaven | ❑ Death Certificate Signed |
| | ❑ Elopement | ❑ Observation Room #____ | ❑ Other | |
| | ❑ LBMSE | ❑ Surgery | | |
| | ❑ Work/School Excuse Provided x's ___ Days | | ❑ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: _B_ | EXTENDER SIGNATURE: |
|---|---|
| Certified Medical Emergency  ☑ Yes  ❑ No | Dictation # |

PAGE 4 OF 4    Form #ER 16005 Revised 06/01/06

**ER 160**

PRINTED BY: b18139          DATE 9/12/2006



B06Z4700398   MONROE, JAMES
DOB: 09/08/67   Age: 38Y   MR #:709779
Admit Date/Time: 09/04/06   2151P
915 FALERO, WALLACE G



## AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **RADIOLOGY** | | | |
| | CT<br>□ C-Spine<br>□ T-Spine<br>□ L-Spine | □ Abnormal gait<br>□ Abnormal involuntary movement<br>□ Lack of Coordination<br>□ Osteomyelitis | □ Meningitis<br>□ Neoplasm<br>□ Pain<br>□ Spina bifida<br>□ Transient paralysis limb | Injuries related to □ MVC □ GSW<br>□ Stabbing<br>□ Other |
| 2152 | CT AngioChest<br>☑ With IV Only | □ Chest Pain<br>□ Hemoptysis<br>□ SOB | □ Tachypnea<br>□ Other 5₂5 | |
| | □ CT Pelvis Abdomen<br>□ Without Contrast<br>□ Oral Contrast<br>□ IV Contrast<br>□ Rectal Contrast<br>□ Stone Search<br>□ Appendicitis Protocol<br>□ Diverticulitis Protocol | □ Abdominal Pain<br>□ Abdominal Rigidity<br>□ Abdominal Swelling<br>□ Abdominal Tenderness<br>□ Aneurysm<br>□ Ascites<br>□ Blunt/Penetrating Trauma<br>□ Edema<br>□ Extravasation of Urine<br>□ Fever<br>□ Hepatomegaly/Splenomegaly | □ Injury to Blood Vessels<br>□ Infection, Post Op<br>□ Internal Injury<br>(Thorax, □ Abdomen & Pelvis)<br>□ Liver Disease<br>□ Renal Colic | □ Other |
| | □ CT Other | | | |
| | □ MRI of | | | |
| | □ Ultrasound<br>□ Complete Abdomen<br>□ RUQ(GB)_____<br>□ Pelvic _____<br>□ Obstetrical _____ | □ Abdominal Pain<br>□ Abdominal Tenderness<br>□ Abnormal X-ray<br>□ Ascites<br>□ Abdominal Swelling<br>□ Abdominal Mass | □ Colic<br>□ Flank Mass<br>□ Flank Pain<br>□ Flank Tenderness<br>□ Hepatomegaly/Splenomegaly | □ Pelvic Pain<br>□ Pelvic Mass<br>□ Pelvic Tenderness<br>□ Spleen Mass<br>□ Other _____ |
| | □ Doppler Series | □ Erythema<br>□ Lower Extremity Pain | □ Swelling<br>□ Tenderness | □ Other |
| | **CARDIOLOGY** | | | |
| | □ BP Both Arms | | | |
| | □ Orthostatic VS | | | |
| | □ Cardiac Monitor | | | |
| | □ EKG | | | |
| | □ Repeat EKG | | | |
| | □ ECHO | | | |
| | □ Cath Lab | | | |
| | **RESPIRATORY** | | | |
| | □ Pulse Oximetry | | | |
| | □ Oxygen ___L/min | □ Cannula<br>□ Non-Rebreather Mask | □ Non-Simple Mask | |
| | □ Nebulizer | □ Peak Flow<br>□ DuoNeb | □ Albuterol<br>□ Atrovent | □ Xopenex<br>□ Other |
| | □ Inhaler with space teaching | | | |
| | □ C-PAP<br>□ Bi-PAP | □ Vent Settings | | |
| | □ Central Line | | | |
| | □ Chest Tube | □ Right<br>□ Left | | |

PRINTED BY: b18139          DATE 9/12/2006



%

B0624700398    MONROE, JAMES
DOB: 09/08/67    Age:38Y    MR #:709779
Admit Date/Time: 09/04/06    2151P
915 FALERO, WALLACE G

**Baptist** HEALTH

**AERAS PHYSICIAN ORDER SHEET**

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | **LABORATORY** | | |
| | ☐ Troponin I | ☐ Abnormal Electrocardiogram<br>☐ ACS (Angina, Acute MI)<br>☐ Apnea/SOB/Wheezing | ☐ Arrhythmia/Tachycardia<br>☐ Chest Pain<br>☐ Injury to Thorax, Abdomen, Pelvis | ☐ Respiratory Distress<br>☐ Insufficiency<br>☐ Other ____ |
| | ☐ Urinalysis<br>☐ Clean Catch<br>☐ Cath | ☐ Abdominal Pain<br>☐ Diabetes<br>☐ Dysuria<br>☐ Edema<br>☐ Fever | ☐ Flank Pain<br>☐ Hematuria<br>☐ Hesitancy<br>☐ Hypertension<br>☐ Known Kidney Disease | ☐ Long-term Medications<br>☐ Nocturia<br>☐ Pelvic Pain<br>☐ Trauma to Kidney/Urinary Tract<br>☐ Other ____ |
| | ☐ Foley Catheter | Record Output | - | |
| | ☐ Blood Cultures | X's___ | ☐ Fever | ☐ Other |
| | ☐ Hemoccult<br>☐ Gastroccult | Other | | |
| | ☐ GC Chlamydia<br>☐ Wet Prep | ☐ Herpes | Other | Other |
| | ☐ Urine Pregnancy<br>☐ Serum Pregnancy | ☐ Qualitative<br>☐ Quantitative | | |
| | ☐ ETOH Level | ☐ Urine Drug Screen<br>☐ Serum Drug Screen | ☐ Other Drug Level(s) | |
| | ☐ Other Lab Tests | ☐ | ☐ | ☐ |
| | ☐ Type (Rh)<br>☐ Type & Screen<br>☐ Type & Cross | X's___Units | ☐ Other Blood Products | |
| | | **RADIOLOGY** | | |
| | X-ray<br>☐ C-Spine<br>☐ T-Spine<br>☐ L-Spine | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| 𝒫ℴ | X-ray<br>☑ Chest<br>☐ Portable<br>☐ Standing PA/L | ☐ Abnormal Sputum<br>☐ Abnormal Weight Loss<br>☐ Abnormal X-ray<br>☐ Chest Pain<br>☐ Clubbing of Fingers | ☐ Coma<br>☐ Cough<br>☐ Cyanosis<br>☐ Fever<br>☐ Hemoptysis | ☐ Palpitations<br>☐ Respiratory Infection<br>☐ Respiratory Distress<br>☐ Shock<br>☐ Other ____ |
| | X-ray<br>☐ Abdominal Series<br>☐ KUB | ☐ Abdominal Pain<br>☐ Abdominal Rigidity<br>☐ Abdominal Swelling<br>☐ Abdominal Tenderness<br>☐ Aneurysm<br>☐ Ascites | ☐ Blunt/Penetrating Trauma<br>☐ Edema<br>☐ Extravasation of Urine<br>☐ Fever<br>☐ Hepatomegaly/Splenomegaly<br>☐ Injury to Blood Vessels | ☐ Infection, Post Op<br>☐ Internal Injury (Thorax)<br>☐ Abdomen & Pelvis<br>☐ Liver Disease<br>☐ Renal Colic<br>☐ Other ____ |
| | X-ray<br>Upper Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | X-ray<br>Lower Extremity<br>☐ R ☐ L | ☐ Deformity<br>☐ New Injury<br>☐ Old Injury<br>☐ Pain | ☐ Trauma<br>☐ Other | |
| | ☐ VQ Scan | ☐ Chest Pain | ☐ SOB | ☐ Other |
| | ☐ CT Head/Brain<br>☐ Without Contrast<br>☐ With & Without | ☐ Closed Head Injury (Concussion)<br>☐ CVA/TIA<br>☐ Delirium/Dementia<br>☐ Headache (excluding Migraine) | ☐ Occlusion of Artery<br>☐ Penetrating Trauma<br>☐ Seizure<br>☐ Sinusitis (chronic)<br>☐ Stroke | ☐ Subarachnoid – Intracerebral Hemorrhage<br>☐ Suspected Metastasis<br>☐ Syncope/Collapse<br>☐ Other |

**PAGE 2 OF 4**    Form #ER 16005 Revised 06/01/06

ER 160   PRINTED BY: b18139        DATE 9/12/2006



B0624700398   MONROE,JAMES
DOB: 09/08/67   Age:38Y   MR #:709779
Admit Date/Time: 09/04/06        2151P
915 FALERO, WALLACE G



**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS | | | |
|---|---|---|---|---|---|
| | | **LABORATORY** | | | |
| | ☐ 911 Trauma Panel | CBC Comprehensive Metabolic Troponin | Alcohol Urinalysis Pregnancy Test | | PT  PTT Type & Cross 2 Units – OR – O-Negative Emergency Release |
| | ☐ 922 Trauma Panel | CBC Comprehensive Metabolic Troponin | Alcohol Urinalysis Pregnancy Test | | PT  PTT Type & Screen |
| | ☐ 933 Trauma Panel | CBC Basic Metabolic Urinalysis | Pregnancy Test | | |
| | ☐ ABG | ☐ Acute Asthma ☐ Acidosis ☐ Alkalosis ☐ Burns to Face ☐ Cardiopulmonary Arrest ☐ CHF | ☐ COPD ☐ Dyspnea (unexplained) ☐ Hypoventilation ☐ Morbid Obesity ☐ Multiple Trauma ☐ Noxious Gas Inhalation | | ☐ Pleural Effusion ☐ Pneumonia ☐ Pneumothorax ☐ Pulmonary Embolus ☐ Respiratory Distress ☐ Other _____ |
| | ☐ AccuChek | ☐ Decreased LOC ☐ Hx of Diabetes/Hypoglycemia | | | ☐ Other |
| | ☐ Amylase ☐ Lipase | ☐ Abdominal Pain ☐ Diabetes ☐ Nausea/Vomiting | ☐ Other | | |
| | ☐ BMP Basic Metabolic Panel | ☐ Complications Related to ☐ Pregnancy ☐ Diabetes Complications ☐ Dizziness/Giddiness ☐ Drowsiness | ☐ Edema ☐ Febrile Convulsions ☐ Glomerulonephritis ☐ Hypertensive Disease | | ☐ Hypoglycemia ☐ Long-term use of Medications ☐ Seizure (convulsion) ☐ Other _____ |
| | ☐ CMP Comprehensive Metabolic | ☐ Acidosis ☐ Alkalosis ☐ CHF ☐ Coma ☐ Diabetes ☐ Diarrhea | ☐ Dehydration ☐ Dizziness ☐ Drowsiness ☐ Edema/Ascites ☐ Hypertension ☐ Long-term Medication(s) | | ☐ Malnutrition ☐ Nausea/vomiting ☐ Pulmonary Edema ☐ Seizure ☐ Other _____ |
| | ☐ BNP | ☐ Congestive Heart Failure ☐ Edema/Lower Extremities | ☐ Pulmonary Edema ☐ SOB | | ☐ Other |
| 2762 | ☑ CBC | ☐ Abdominal Pain ☐ Abnormal Bleeding ☐ Blood Loss – Hemorrhage ☐ Chills ☐ Epistaxis ☐ Fatigue/Malaise ☐ Flank Pain | ☐ Infection ☐ Hemoptysis ☐ High Risk Medication(s) ☐ Lethargy ☐ Long-term Medications ☐ Lymphadenopathy ☐ Malnutrition | | ☐ Pallor ☐ Postural Dizziness ☐ Short of Breath – Apnea ☐ Splenomegaly ☐ Weakness ☐ Weight Loss ☐ Other _____ |
| | ☐ D-Dimer | ☐ Erythema ☐ Lower Extremity Pain | ☐ Swelling ☐ Tenderness | | ☐ Other |
| | ☐ Digoxin | ☐ Arrhythmia (A-Fib/A-Flutter/Abberancy) ☐ Concomitant Use of Interacting Drug ☐ CHF | ☐ Digoxin Toxicity ☐ Anorexia ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Abdominal Pain ☐ Headache | | ☐ High Risk Patient ☐ Long-term Medication(s) ☐ Other _____ |
| | ☐ Magnesium | ☐ Abnormal Weight Loss ☐ Arrhythmia(s) ☐ Chronic Alcoholism ☐ Coma ☐ Convulsion ☐ Diabetic Acidosis ☐ Diuretic Therapy | ☐ Drowsiness ☐ Drug Abuse ☐ Fatigue/Malaise ☐ Hypocalcemia ☐ Hypokalemia ☐ Long-term Medication(s) ☐ Muscular Paralysis | | ☐ Pre-eclampsia ☐ Shock ☐ Syncope ☐ Tetany ☐ Tremor ☐ Other _____ |
| | ☐ PT-INR ☐ PTT | ☐ Acute MI ☐ Acute Pancreatitis ☐ A-Fib/A-Flutter ☐ Anemia | ☐ Epistaxis ☐ GI Bleeding ☐ Hematuria ☐ Hemorrhage | | ☐ Long-term Antibiotics ☐ Poisoning by Anticoagulant ☐ Unstable Angina ☐ Vitamin K Deficiency |

**ER 160**

**PAGE 1 OF 4**    Form #ER 16005 Revised 06/01/06

PRINTED BY: bT8139       DATE 9/12/2006



B0624700398  MONROE, JAMES
DOB: 09/08/67   Age: 38Y   MR #: 709779
Admit Date/Time: 09/04/06    2151P
915 FALERO, WALLACE G



**Baptist HEALTH**

**Nursing Chart Long Form**  Page 3

Patient Name: _____

| IV Push is medications given in < 16 minutes | | | | | | | MEDICATIONS | | | | (Put medications in the same syringe on one line) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Route** | | | | | | | | | | **Response to Medication** | | |
| Time | IV Push | IM | SC | PO | Other | Repeat Med | Medication | Dose | Site | Initials | Time | Pain Scale Other | Initials |
| 2212 | Φ | O | O | O | O | O | Morphine | 4mg | #1 | AJ | 2200 | ↓pain | AJ |
| 2215 | Φ | O | O | O | O | O | Zofran | 4mg | #1 | AJ | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics: O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

| PARENTERAL THERAPY - IV FLUIDS | | | | | | O IV Pump | O Warmed solution | O Buritrol | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Site | Per Hr IV | KVO | Lock | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |
| 1 | Φ | O | O | 2213 | 2240 | O | Φ | Ancef 2grams | 200ml/hr | O | AJ |
| Time 2154 | Site R AC | | | | | O | O | | | O | |
| | Gauge #18 | | | | | O | O | | | O | |
| | Attempts x _ | | | | | O | O | | | O | |
| 2 | Per Hr IV | KVO | Lock | | | O | O | | | O | |
| Time | O | O | O | | | | | | | | |
| | Site _____ | | | | | O | O | | | O | |
| | Gauge ___ x ___ | | | | | O | O | | | O | |
| 3 | Per Hr IV | KVO | Lock | | | O | O | | | O | |
| Time | O | O | O | | | | | | | | |
| | Site _____ | | | | | O | O | | | O | |
| | Gauge ___ x ___ | | | | | O | O | | | O | |

| INTAKE | Amount | OUTPUT | Amount | Response to IV therapy | | |
|---|---|---|---|---|---|---|
| Oral | 300 | Urine | 400 | Φ Tolerated well, no adverse reaction noted | | |
| IV | 100 | Gastric | | | | |
| Other | | Other | | **Blood Transfusion** | **IV Site at disposition** | |
| TOTAL | 400 | TOTAL | 400 | O Routine   O Emergent | Time: 0225   O Patent   Φ Discontinued | |
| | | | | Total # of units ____ | Φ No redness   Φ No swelling   Φ catheter intact | |

| Vital Signs | | | Φ Continuous NIBP (strips attached) | | | | | Titrated Medications   O See flow sheet | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
| | | | | | | | | | | | | |

Form ER 16002  Rev. 03/01/06

Nursing Chart Long Form Page 2

**Airway and C-spine**
- Ⓧ WNL
- O Abnormal

- O Clear   O Obstructed
- O Intubated size _____ cm @ lip _____
- O C-spine secured by ED staff

B0624700388
MONROE, JAMES
DOB: 09/08/67   Age:38Y   MR #:709779
Admit Date/Time: 09/04/06   2151P
915 FALERO, WALLACE G

**Breath Sounds**
- Ⓧ WNL / Clear
- O Abnormal
- decreased Ⓡ

| | Rales | Rhonchi | Wheezes | Diminished | Absent |
|---|---|---|---|---|---|
| R | O | O | O | O | O |
| L | O | O | O | O | O |

**Respiratory**
- Ⓧ WNL
- O Abnormal

- O Labored
- O Rapid
- O Shallow
- O Nasal Flaring

- O Apneic
- O Retractions
- O Stridor
- O Tracheal deviation

- O Expiratory Grunting
- O Cough - Productive
- O Cough - Non-productive
- O Sputum: color _____

- O Home Oxygen _____ L/min

**Cardiovascular**
- Ⓧ WNL
- O Abnormal

- O Thready/weak
- O Diaphoresis
- O Arrhythmia

- O Chest Pain/Tightness
- O Dizziness
- O Edema

- O Irregular
- O Cyanosis
- O Pulses X 4

Notes: Monitor Rhythm

- O See Strips   O ICD

**Neurological**
- Ⓧ WNL
- O Not Assessed
- O Playful
- O Interactive with environment

- O LOC
- O Headache
- O Disoriented
- O Speech difficulty / slurred
- O Responds to Voice only
- O Change in mental status

- O Combative
- O Syncope
- O Seizures
- O Confusion
- O Responds to Pain only
- O Moves all extremities

- O Lethargic
- O Tremors
- O Vertigo/Dizzy
- O Unresponsive
- O Follows commands

Notes:
- O Seizure precautions
- O Neuro vital signs (see NN)
- O Glasgow Coma Scale _____
- O CVA Protocol (NIH Stroke Scale)

**GI**
- Ⓧ WNL
- O Not Assessed

- O N/V/D   O Cramping
- vomiting x ____ O Pain
- O BS + -   O Bleeding

- O Constipation
- O Distention
- O Weight Loss / Gain

- O Rigid Abd
- O Tender Abd
- O Last BM ____

- O Nutritional risk   Yes   No
- O Dentures   Upper   Lower
- O Meal Given

**GU / GYN**
- O WNL
- Ⓧ Not Assessed

- O Pregnant
- G___ P___ A___
- EDC _____
- O FHTs

- O Pain
- O Distention
- O Hematuria
- O Burning

- O Freq/urgency
- O Incontinent
- O Flank pain L R
- O Blood at Meatus

- O Amenorrhea
- O Dysmenorrhea
- O Vaginal Bleeding
- O Discharge

Notes:
- O Ostomy
- O Foley size _____
Urine description:

**Musculo-skeletal**
- O WNL
- O Not Assessed

- O Pain
- O Swelling
- O Deformity

- O Unable to Assess Gait
- O Unsteady gait
- O Assist Device

- O Splinting
- O Weakness
- O History of falls

Notes:   R   L   Handed
Gait Device: Cane   Walker
Crutches   W/C   Prosthesis

**Integumentary**
- O Intact   see NN
- O Not Assessed

- O Bruises
- O Rash
- O Abrasions

- Ⓧ Wound
- Ⓧ Laceration
- O Lesions

- O Pale   O Cyanotic
- O Fistula : Location ____
- O Bruit + -

- O Jaundice

- O Thrill + -

Notes:
- O Exposure to Chemicals
- O Burns

**EENT:**
- O WNL
- Ⓧ Not Assessed

- O Eye R L Both Pupil size R ___ mm L ___ mm   Hearing Aid: R L B
- O Ear R L Both   O Drainage   O Itching   O Pain
- O Nose   O Throat   O Dental   O Congestion   O Redness

- O Visual Acuity
R 20/___   L 20/___   B 20/___
Glasses   Contacts

**Psychiatric:**
- Ⓧ WNL
- O Not Assessed

- O Memory changes
- O Depression
- O Anxiety

- O Delusions
- O Insomnia
- O Hallucinations

- O Calm
- O Hostile
- O Agitated

- O Suicidal ideations
- O Homicidal Ideations
- Plan?   Yes   No

Notes:
- O Environment secured
- O Restraints Present

**Suspected:**   Ⓧ None
- O Child/Elder Abuse
- O Sexual Assault
- O Domestic Violence
- O Victim of Violent Crime

**Referrals/Reporting:**
- O Social Service
- O Behavioral Health
- O Police / Security
- O CPS / APS / DHHR
- O Animal Bite
- O Poison Control
- O SART / SANE

**Communication Deficit:**
- Ⓧ No deficit
- O Language barrier
- O Hearing Impaired
- O Uses Sign Language
- O Visually Impaired
- O Altered Mental Status
- O Translator _____
Dominant Language: _____

**Developmental Milestones**
O Achieved O Delayed

**Barriers to learning:**   Ⓧ None
- O Physical limits _____
- O Emotional _____
- O Cultural _____
- O Religious/Spiritual _____
- O Suspected low literacy skills
- O Developmental disability

**Safety measures addressed**
- Ⓧ Side rails Up   O ID Bracelet On
- O Risk of falls   O Falls Bracelet

**Support System:**
- O Lives Alone
- O Family/Significant Other
- O Minor w / Parent
- O Minor w/o Parent
- O Nursing Home
- O Assisted Living Home
- Ⓧ Other Prison

Marital Status: S M W D

Nurse Signature (Nurse completing assessment) _____ RN #20319   ID #   Time 2150



| O ER |
| O OP |

B0624700398     MONROE, JAMES
DOB: 09/08/67     Age: 38Y   MR #: 709779
Admit Date/Time: 09/04/06     2151P
915 FALERO, WALLACE G

**Baptist** Nursing Chart
HEALTH Long Form                Page 1

Patient Name: _____     Arrival Time: 2142
Family Doctor: _____     Triage Time: 2142

Date: 09/04   Source: Ø Patient  O Other: _____   Birthdate: 9-8-67   Age: 38   O Pediatric (>29 days – 12 years)

Sex: Ø M O F  LMP: N/A   Weight _____ kg (Actual)   Height 5'9   Immunization status: _____   Last Tetanus: UTD

Allergies: Ø NKA  O Latex   Tetorbs

**CHIEF COMPLAINT/Reason for Visit:**
O Return visit Same Day
O Return visit within 72 hours
O Workers Comp

Stab wound to the Back

Allergy Reaction: _____

**MODE / METHOD OF ACCESS**

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: |
|---|---|---|---|
| Ø Automobile/Other | Ø Ambulatory | O Home | O None | O O2 Therapy | O IV |
| O Ambulance / Air | O Wheelchair | O Physician Office | O Ice | O Airway | O Medications |
| O Law enforcement | O Stretcher | O Nursing Home | Ø Dressing(s) | O Intubation | O CPR |
| O Auto Assist | O Carried | O Hospital | O Splint(s) | O Monitor | O Glucose |
| | O Other | Ø Other Prison | O C-collar/Backboard | O ACLS Protocol | O Decon |

**VITAL SIGNS TAKEN:** O SITTING  O LYING  O STANDING     Orthostatic Vital Signs

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox | Time | ↗→0 | ⟂ | ⟁ | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2145 | | Oral | 90 | 20 | 100/88 | 100% | Pulse | | | | Numeric Scale  0=No Pain  10=Worst Pain Imaginable |
| | | | | | | | B/P | | | | Ø Pain Intensity Rate: 10 @ rest: _____ |

Numeric Scale  0=No Pain  10=Worst Pain Imaginable
Ø Pain Intensity Rate: 10 @ rest: _____
O Face Scale: (Faces Scale/Wong & Baker) / FLACC

**Level of consciousness:** Ø A&O x3   O disoriented to: person / place / time / situation
O dementia   O decreased LOC   O unconscious/comatose

**Skin:** Ø Warm & Dry  O Hot  O Cool  O Cold  O Clammy  O Diaphoretic  O Pale

**Safe in home:** O Yes  O No  Intervention: Unable to assess (prison)

**ADVANCE DIRECTIVES** O DNR  O LIVING WILL  Ø NONE  O Information Given

Onset of pain: 1 hour ago
Location of pain: Upper Back
Quality: Sharp

**Past Medical History:** O Denies  O Unable to Assess
**Exposure to:** O HIV  O Aids  O SARS  O STD  Symptoms: _____
Vaccinations: O Pneumonia  O Influenza  O Information Provided
Tobacco 1/2 Pack/day  Alcohol 6 Bks/day  Substance Abuse denies  O Cessation Advised
Neuro: CVA TIA Migraines Seizures
EENT: Cataract Glaucoma HOH Blind
Cardiac: MI CHF CABG HTN Pacer Dysrhythmia
Pulmonary: Asthma Bronchitis COPD Pneumonia
GI: Ulcers GI Bleed Constipation Diverticulitis
GU: UTI Kidney Stone Prostate Dialysis AV Shunt
Shoulder surgery

**Trauma Assessment** O Yes  Ø No
O Assault   O MVC Speed _____
O Stab   Impact: Rear / Front / T-Bone
O GSW   O Driver  O Passenger
O Fire   O Front  O Rear
O Fall _____   O Airbag  O Restrained
O Motorcycle  O Bicycle
Helmet O Yes  O No
O Other

GYN: Pregnant now   Ectopic
Ortho: Osteo   Arthritis   Back pain
Endo: Thyroid   Diabetes
Cancer: _____
Psychiatric: Depression  Alzheimer
Autism  Parkinson's  Bi-polar
Schizophrenia  Prior Psych Admit
Hostile on admission

**CURRENT MEDICATION(S)**     Meds Disposition:  O Patient  O Family  O Other

| Ø None | O See Medication List  (attached) | |
| O Narcotics | Drug: _____ | Count _____ |

Nurse 1 _____
Nurse 2 _____

**TRIAGE INTERVENTION(s):** O Ice/Elevation  O Dressing/Splint  O Glucose  O EKG  O C-Collar  O Respiratory Precautions

Triage Category:
① ② ● ④ ⑤

Triage disposition time 2142 TO  O Waiting Room  Time _____
Time _____  Ø ER Bed 100  O FT Bed  O Hallway Bed

Triage Nurse Signature:   ID #
A. Stumm. RN #20379

No. 2588  P. 3/24

Sep. 12. 2006  3:00PM



B0624700398  MONROE,JAMES
DOB: 09/08/67    Age:38Y   MR #:709779
Admit Date/Time: 09/04/06    2151P
815 FALERO,WALLACE G

**Baptist HEALTH**    Procedure Page

Page 1

Patient Name: _____

## Wound Repair

| Site 1 | Size (in cm.) | Site 2 | Size (in cm.) | Site 3 | Size (in cm.) | |
|---|---|---|---|---|---|---|
| O Scalp | (0) . O | O Scalp | (0) . (0) | O Scalp | (0) . (0) | O Local Anesthesia |
| O Neck | (1) . (1) | O Neck | (1) . (1) | O Neck | (1) . (1) | O Digital Block for |
| O Axillae | (2) . (2) | O Axillae | (2) . (2) | O Axillae | (2) . (2) | repair |
| O Genitalia | (3) . (3) | O Genitalia | (3) . (3) | O Genitalia | (3) . (3) | Material: |
| O Chest | (4) . (4) | O Chest | (4) . (4) | O Chest | (4) . (4) | (Sutures) |
| Ø Back | (5) . (5) | O Back | (5) . (5) | O Back | (5) . (5) | (Staples) |
| O Arm | (6) . (6) | Arm | (6) . (6) | O Arm | (6) . (6) | Dermabond |
| O Hand | (7) . (7) | O Hand | (7) . (7) | O Hand | (7) . (7) | |
| O Finger | (8) . (8) | O Finger | (8) . (8) | O Finger | (8) . (8) | O Steri Strips to: |
| O Face | (9) . (9) | O Face | (9) . (9) | O Face | (9) . (9) | |
| O Ear | | O Ear | | O Ear | | |
| O Eyelid | O ≥ 10 cm | O Eyelid | O ≥ 10 cm | O Eyelid | O ≥ 10 cm | Cleansing: |
| O Nose | **Complexity** | O Nose | **Complexity** | O Nose | **Complexity** | Dressing: 4x4S |
| O Lip | O Simple | O Lip | O Simple | O Lip | O Simple | elastabast |
| O Mouth | Ø Layered | O Mouth | O Layered | O Mouth | O Layered | Dehiscence wound: |
| O Leg | O Complex | O Leg | O Complex | O Leg | O Complex | O Simple closure |
| O Foot | | O Foot | | O Foot | | O Packing |
| O Toe | **Location** | O Toe | **Location** | O Toe | **Location** | |
| | R  L (N/A) | | R  L  N/A | | R  L  N/A | O Additional Wounds |

| Incision | FB Removal | Simple / SC | Deep | I & D / Abscess / Cysts | | | Miscellaneous |
|---|---|---|---|---|---|---|---|
| Yes  No | | | | Site | Simple | Complex | **Nails** |
| O  O | Foot | O | O | Finger | O | O | O Drain subungual hematoma |
| O  O | Thigh / Knee | O | O | Pilonidal cyst | O | O | O Excise ingrown toenail |
| O  O | Forearm / Wrist | O | O | Soft tissue/skin | O | O | O Wedge resection toenail |
| O  O | Elbow / Upper Arm | O | O | Ear | O | O | O Avulsion of nail plate |
| O  O | Shoulder | O | N/A | Nasal | O | O | O Repair of nail bed |
| O  O | Muscle -- other | O | O | Tooth | O | | **Inject or Aspirate Joints** |
| O  O | Skin/Subcutaneous-other | O | O | Mouth | O | | O Ganglion cyst |

**FB removal No incision required**

Peritonsillar | O Small    Fingers    Toes

O Mouth   O Ear   O Pharynx   O Laryngoscopy | Bartholin cyst | O | O Medium  Wrist  Elbow  Ankle

O Nose   O Vagina   O Rectum/Flex   O Rectum/Rigid | Hemorrhoid | O | A/C joint  Olecranon bursa

**Blocks (For Pain Only)** | Rectum | O | O Large   Shoulder  Hip  Knee

O Digital block for pain (not lacerations) | Scrotum | O | Subacromial bursa

O TMJ joint | Leg / Ankle | O |

O Dental pain

O Tendon

O Muscle

O Additional Procedure(s)

PRINTED BY: 618139    DATE 3/12/2006
Form ER 16002  Rev. 01/25/06

Procedure Page  Page 2

## Orthopedics

| Site | R | L | Strap | Pre-Form Splint | Custom Splint | Cast | Reduction Fracture | Reduction Dislocation |
|------|---|---|-------|-----------------|---------------|------|--------------------|-----------------------|
| Finger - Metacarpal | O | O | O | O | O | N/A | O | O |
| Toe - Phalanges | O | O | O | N/A | N/A | O | O | O |
| Hand | O | O | N/A | O | O | O | O | O |
| Wrist | O | O | N/A | O | O | O | O | O |
| Forearm | O | O | N/A | O | O | O | O | N/A |
| Elbow | O | O | N/A | N/A | O | O | O | O |
| Humerous | O | O | N/A | O | O | O | O | N/A |
| Shoulder | O | O | O | O | O | O | O | O |
| Clavicle | O | O | O | N/A | N/A | N/A | O | O |
| Nursemaid Elbow | O | O | N/A | N/A | N/A | N/A | O | O |
| Foot | O | O | N/A | O | O | O | O | N/A |
| Ankle | O | O | N/A | O | O | O | O | O |
| Tib/Fib | O | O | N/A | O | O | O | O | O |
| Knee | O | O | N/A | O | O | O | O | O |
| Femur | O | O | N/A | N/A | O | O | O | N/A |
| Hip | O | O | N/A | N/A | N/A | N/A | N/A | O |

Notes

Digit ① ② ③ ④ ⑤

Digit ① ② ③ ④ ⑤

**Minor Ortho**

O  Ice therapy / elevation

O  Sling    R    L

O  Ace   2"  3"  4"  6"

    Site:

O  Ortho shoe    R    L

O  Crutch / Walker  training

    w / return demonstration

O  Cervical Collar

O  Reduce nasal fracture

O  Reduce nasal fracture and splint or pack

O  Reduce mandible

**Note:**    Pre-formed splints include ankle splints, knee immobilizers and velcro wrist splints

| O Bivalve cast short arm | O Bivalve Long Arm | O Window cast |
| O Remove cast short arm | O Bivalve Leg | O Wedge cast |
| O Add walker to existing cast | O Traction | |

O  Ring Removal

O  Additional Orthopedics Not Listed

## Wound Care

Wound cleansing    O Simple    O Complex

Dressing(s)    O Small    ф Medium    O Large

Burn Care    O Initial treatment first degree burn, local tx only

2nd or 3rd degree: O Small <4.5%  O Medium 4.5-9%  O Large >9%

**Follow Up Wound Care / Suture Removal**

O Simple removal  O Complex removal  O Recheck

O Sutures placed at another facility

Notes:         SUTURES        STAPLES

## NOTES

area cleaned c̄ NS and surcleanse. Staples and sutures to area by B.Wilkerson. Dressing applied. Patient tolerated well.

O Additional Procedures Not Listed on Chart

| SIGNATURE | INITIALS | EMP ID | PHYSICIAN SIGNATURE | INITIALS |

G. Ammmm RN

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

MONROE,JAMES
B0624700398
DOB: 09/08/67   Age:38Y  MR#:709779
Admit Date/Time: 09/04/06      2151P
915 FALERO,WALLACE G

**23b**          Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Laceration Procedure / Conscious Sedation Notes**

## Wound Description #1
Wound: _Back_
Size: _4_ -cm

**Distal NVT:**
sensation intact    vascular intact    tendon intact

**Depth / shape / contamination:**
superficial    linear    irregular    flap
(subcut)    nail avulsed    stellate    galea
muscle    contused tissue    traumatic laceration
clean    traumatic avulsion    vermillion border
contaminated minimally / moderately / *heavily
with  dirt gravel grease ink ___

**ANESTHESIA**
LET / tetracaine / adrenaline / cocaine  digital block ___ mL
lidoc 1% 2%  epi / bicarb    marcaine 0.25% 0.5%
PSA    conscious sedation

**WOUND PREP AND REPAIR**
Hibiclens / Betadine         foreign material removed
betadine to skin                partially completely
wound cleanser                minimal / mod. / *extensive
irrigated / washed w/ saline   debrided
moderate / *extensive          minimal / *mod. / * / *extensive
wound explored                undermined
pressure dressing              minimal / mod. / *extensive
sharp excision

Wound closed with:  wound adhesive / steri-strips ___
**SKIN**
#_6_-0  nylon / prolene / vicryl / staples / fast gut ___
interrupted    running    simple    mattress ( h / v )

***SUBCUTICULAR / SUBCUTANEOUS / MUCOSA**
#_3_4_-0  vicryl / silk / chromic gut ___
interrupted    running    simple    mattress ( h / v )

***FASCIA / MUSCLE / TENDON**
#___-0 vicryl / galea ___
interrupted    running    simple    mattress ( h / v )

**NAIL / NAIL MATRIX**
nail excised    nail reattached    #___-0 vicryl / ___
nail bed reconstruction    ronguered bone    fingertip amputation
**OTHER**  retention suture placed  extensive undermining  stents
wound revision  ligated bleeders  removal hematoma  sharp excision
penrose drain    ronguered bone

__Simple Repair  (Intermittent Repair)  __Complex Repair

## Wound Description #2
Wound: ___
Size: ___-cm

**Distal NVT:**
sensation intact    vascular intact    tendon intact

**Depth / shape / contamination:**
superficial    linear    irregular    flap
*subcut    nail avulsed    stellate    galea
muscle    contused tissue    traumatic laceration
clean    traumatic avulsion    vermillion border
contaminated minimally / moderately / *heavily
with  dirt gravel grease ink ___

**ANESTHESIA**
local  LET / tetracaine / adrenaline / cocaine  digital block ___ mL
lidoc 1% 2%  epi / bicarb    marcaine 0.25% 0.5%
PSA    conscious sedation

**WOUND PREP AND REPAIR**
Hibiclens / Betadine         foreign material removed
betadine to skin                partially completely
wound cleanser                minimal / mod. / *extensive
irrigated / washed w/ saline   debrided
moderate / *extensive          minimal / *mod. / * / *extensive
wound explored                undermined
pressure dressing              minimal / mod. / *extensive
sharp excision

Wound closed with:  wound adhesive / steri-strips ___
**SKIN**
#___-0  nylon / prolene / vicryl / staples / fast gut ___
interrupted    running    simple    mattress ( h / v )

***SUBCUTICULAR / SUBCUTANEOUS / MUCOSA**
#___-0  vicryl / silk / chromic gut ___
interrupted    running    simple    mattress ( h / v )

***FASCIA / MUSCLE / TENDON**
#___-0 vicryl / galea ___
interrupted    running    simple    mattress ( h / v )

**NAIL / NAIL MATRIX**
nail excised    nail reattached    #___-0 vicryl / ___
nail bed reconstruction    ronguered bone    fingertip amputation
**OTHER**  retention suture placed  extensive undermining  stents
wound revision  ligated bleeders  removal hematoma  sharp excision
penrose drain    ronguered bone

__Simple Repair    __Intermittent Repair    __Complex Repair

*may indicate intermediate repair.   *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

x___ Resident ___ MD /DO  x___ Attending ___ MD /DO

this review, PHYSICIAN Exam, Medical Decision Making, and Exam ___ 9/12/2006
Physician.

## CONSCIOUS SEDATION PROCEDURE NOTE

Time:_____ __ __

**Indications-**
__laceration __shoulder dislocation

_____
_____
__see nurses record for monitoring / vital signs
__last meal_____time:_____

**Preparation-**
__procedure explained _____
    to patient    to parent / guardian
__consent signed (if applicable) _____
__pulse oximeter _____
__oxygen _____ (if applicble)
__IV access (if applicable) _____
__suction (if applicable) _____
__cardiac monitor (if applicable) _____
__constant attendance (if applicable) _____
_____

**Physical Exam-**
**AIRWAY**
__nml anatomy

__difficult facial / neck anatomy_____
_____

**CVS / RESP**
__nml heart sounds
__nml breath sounds

__respiratory distress_____
__wheezing / rales_____

**NEURO**
__alert
__NAD
__responsive

__lethargic_____
__anxious_____
__distress mild / moderate / severe_____
__confused / disorientated_____
__unresponsive_____
_____

**Sedation-**    **PO:**
__versed _____ ___ __
__fentanyl lollipop_____
__ketamine_____
_____
_____

**RECTAL:**
__versed _____
__chloral hydrate_____

**PARENTERAL:**
__versed _____
__fentanyl_____
__ketamine_____
__brevital_____

**ASA Classification** _____
P1.  Normal healthy patient
P2.  Patient with a mild systemic disease
P3.  Patient with severe systemic disease
P4.  Patient with severe systemic disease that is a constant threat to life
P5  Moribund patient who is not expect to survive w/o the operation

Laceration Add-on - 23b

PRINTED BY: b18139

---

**Response during procedure-**
light   moderate   heavy   sedation

vital signs stable_____
oxygenation stable_____
maintained airway well during procedure
_____
handled secretions adequately_____
_____
_____
_____

**Complications during / after procedure-**
none_____
vomiting_____
apnea_____
airway compromise_____
O2 desaturation_____
hypotension_____
new neurologic problems_____
agitation_____
_____
_____

**Reversal-**
none_____
narcan_____
romazicon_____
_____
_____
_____
_____

**Mental Status after procedure-**
Appearance_____
   Alert   Lethargic   Anxious_____

Distress_____
     NAD   mild   moderate   severe

Response To Verbal Stimuli_____
   confusion / disorientation_____
   unresponsive_____
_____
_____

patient returned to pre-procedure baseline_____
alert prior to discharge_____
_____

x_____MD / DO x_____MD / DO
    *Resident*            *Attending*
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by Physician.

DATE 9/12/2006

B0624700398
MONROE,JAMES
DOB: 09/08/67     Age:38Y     MR #:709779
Admit Date/Time: 09/04/06     2151P
915 FALERO,WALLACE G

© 1996 - 2004 T System, Inc. Circle or check affirmatives, backslash (\) negatives.

07

## Baptist Health
## EMERGENCY PHYSICIAN RECORD
### Trunk Injury  (5)

DATE:_____ TIME: 2140 ROOM: ARA ___ EMS Arrival
HISTORIAN: patient   spouse   paramedics___
__ HX / EXAM UNOBTAINABLE 2° TO:_____

**HPI**

**chief complaint / location of injury:**
chest   (back)   abdomen neck

**context:**   fall   blow   (incision) (stab)   burn   GSW

**severity of pain:**   mild   moderate   severe

**occurred:**
just PTA
today   2000
yesterday_____
_____ days PTA

**where:**
home   school
neighbor's   city park
work   street
Risa

**blow to head?**
no   yes
if yes LOC?   no   dazed   yes
if LOC remembers:
injury   coming to hospital

**location of pain / injury:**
head   face   neck
chest   abdomen   (R) Elbow
back   upper   mid   lower
radiating to R/L   thigh / leg

**PAST HX** (negative)   HTN   DM   CAD
_P5Hx - Shoulder (L)
**Meds-** none / see nurses note
**Allergies-** NKDA (see nurses note)

**SOCIAL HX**   recent ETOH (smoker) drug abuse
**FAMILY HX** DM  HTN  CAD

__ HX / __ EXAM UNOBTAINABLE 2° TO:_____
**ROS** ☐ all systems neg except as mrkd
**NEURO / MS**
loss feeling / power arms / legs
headache / neck pain
**EYES**
double vision
**ENT**
hearing loss
**RESPIRATORY**
trouble breathing

**CVS**
chest pain
**GI**
nausea / vomiting
**GU**
loss of bladder function
**SKIN**
skin laceration
**CONST**
recent fever / illness

☑ Nursing Assessment Reviewed ☐ Vitals Reviewed ☑ Tetanus immun. UTD

**PHYSICAL EXAM**
**General Appearance** ___ c-collar (PTA / in ED) / backboard
__ no acute distress   mild / moderate / severe distress
✓ alert   anxious / lethargic

**HEAD**
__ no evidence of   __ see diagram
✓ trauma   Battle's sign / Raccoon Eyes

PRINTED BY: b18139

**NECK**
__ non-tender
__ painless ROM
__ trachea midline

**EYES**
✓ PERRL
✓ EOMI
__ ~r

**ENT**
__ nml external
__ no dental injury

**RESPIRATORY**
__ chest non-tender
__ breath sounds nml

**CVS**
__ heart sounds nml
__ reg rate, rhythm
__ no JVD
__ no murmur
__ no gallop
__ no friction rub

__ see diagram
__ vertebral point-tenderness
__ muscle spasm / decreased ROM
__ pain on movement of neck

__ unequal pupils   R-___ mm  L-___ mm
__ EOM entrapment / palsy
__ subconjunctival hemorrhage
__ pale conjunctivae

__ hemotympanum

__ see diagram (R) Chest Wound
__ decreased breath sounds (R) T4-6
__ wheezing / rales
__ splinting / paradoxical movements

__ irregularly irregular rhythm
__ extrasystoles ( occasional / frequent )
__ tachycardia / bradycardia
__ JVD present
__ murmur   grade ___/6   sys / dias
   cresc / cresc-decresc / decresc
__ gallop ( S3 / S4 )

__ decreased pulse(s)_____



T=Tenderness
P/T=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion
B=Burn
( D=without  m=mild
mod=moderate  s=severe )
. Tₓ = Tenderness on
palpation (severe)

see
reverse
for back
diagram

**GASTROINTESTINAL**   __ see diagram
__ non-tender   __ rebound / tenderness
__ no organomegaly   __ mass / organomegaly

**GENITAL EXAM**   __ perineal hematoma
__ nml genital exam   __ blood at urethral meatus
__ nml vaginal exam
**RECTAL EXAM**   __ decreased rectal tone
__ nml rectal exam
__ heme neg. stool

**NEURO / PSYCH**   __ confused / disoriented
__ oriented x3   __ EOM palsy / anisocoria
__ mood & affect   __ facial asymmetry
__ CNS nml   __ sensory / motor deficit
   as tested   __ unsteady / ataxic gait
__ sensation &
   motor nml

**SKIN**
__ intact   __ see diagram
__ warm, dry   __ crepitus / diaphoresis



Reflexes

x_____
RN / PA / NP

_____ MD

HISTORY ___ RN/PA/NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

No. 2588     P. 15/24

Sep. 12. 2006  3:03PM

**BACK**
- _ no CVA
- ✓ tenderness
- ✓ no vertebral tenderness

see diagram  *Stab Wound*
- _ vertebral point-tenderness
- _ CVA tenderness
- _ muscle spasm
- _ limited ROM

**HIPS / PELVIS**
- ✓ pelvis stable
- ✓ hips non-tender

- _ see diagram
- _ bony point-tenderness
- _ painful / unable to bear weight

**EXTREMITIES**
- ✓ no evidence of trauma
- _ nml ROM

- ✓ see diagram  *(R) Elbow*
- _ bony point-tenderness
- ✓ painful / unable to bear weight
- _ joint Exam:
- _ limited ROM / ligaments laxity / joint effusion

- _ no pedal edema

**XRAYS**  ☑ Interp. by me  ☑ Reviewed by me  ☐ Discsd w/ radiologist

| C-Spine | D-Spine | LS-Spine |
|---|---|---|
| _ nml / NAD | | reversal / straightening of cerv. lordosis |
| _ no fracture | | DJD / spondylosis / spurring |
| _ nml alignment | | |
| _ soft tissues nml | | |

**CXR**
- _ nml / NAD
- _ no infiltrates
- _ nml heart size
- _ nml mediastinum

- _ rib fracture
- _ infiltrate / atelectasis
- *repeat CXR @ 0200*

**OTHER** ☐ See separate report

**CT SCAN**  chest  abd  pelvis
- _ normal

**PROGRESS:**

| Re-evaluation time___ | unchanged | improved | re-examined |
|---|---|---|---|
| Re-evaluation time___ | unchanged | improved | re-examined |
| Re-evaluation time___ | unchanged | improved | re-examined |

*Stab Wound*

Mark back and extremity findings on these diagrams

*use template #23b for Laceration Repair*

**TREATMENT:**

**MEDICAL DECISION:**
Fracture Care: Follow up with orthopedic within 48 hours
- _ Rx given

- _ Follow up with___

- _ Relinquished care to Dr.___    Time:___
- _ referred to / discussed with Dr.___
- _ will see patient in:  office / ED / hospital in___ days

- ☐ Counseled patient / family regarding:
- ☐ lab results  diagnosis  need for follow-up
- ☐ Rx given  ☐ Admit orders written
- ☐ Prior records ordered

- ☐ CRIT CARE· 30-74 min ___
- ☐ 75-104 min ___ min
- Additional history from:
- family caretaker paramedics

**PROCEDURES:**

**CHEST TUBE INSERTION** (___ French)  Betadine prep
- anasthesia-___mL local  lidocaine / marcaine /___
- position-  mid / anter / post  axillary line___ interspace
- _ sutured in place  position confirmed on CXR
- return-  air / blood ___ connected to suction

*repeat CXR   0215   Nonpneumothorax*

**LABS, EKG & XRAYS**

| CBC | Chemistries | CO2 | UA |
|---|---|---|---|
| normal except | normal  except | Ca___ | normal except |
| WBC___ | BUN___ | Bilirubin___ | WBC___ |
| Hgb___ | Creat___ | | RBC___ |
| Hct___ | Gluc___ | Magnesium___ | bacteria___ |
| Platelets___ | Alk Phos___ | BNP___ | dip:___ |
| segs.___ | ALT___ | D-Dimer___ | |
| bands___ | AST___ | | |
| lymphs___ | Na___ | | |
| monos___ | K___ | | |
| eos.___ | Cl___ | | |

**EKG MONITOR STRIP** _ NSR  Rate___
- _ normal ___ abnormal

**EKG** _ NML  ☐ Interp. by me  ☐ Reviewed by me  Rate___
- _ NSR  _ nml intervals  _ nml axis  _ nml QRS  _ nml ST/T

- not / changed from:___

**CLINICAL IMPRESSION:**

| | Rib Fracture |
|---|---|
| Contusion | |
| chest  abdomen  back | clinical dx  shown on x-ray |
| Sprain / Strain | displaced / comminuted |
| neck  thoracic  lumbar | |
| Abrasion | Laceration |
| | Injury |

*Stab Wound at Back & Elbow*

**DISPOSITION-** ☑ home  ☐ admitted  ☐ transferred
**CONDITION-** ☐ unchanged  ☐ improved  ☑ stable

X___  MD / DO  X___  MD / DO
Resident              Attending

☑ Hx review, Patient interviewed, Medical Decision Making, and Examined by Physician.

PRINTED BY: b18139        DATE: 9/12/2006

Injury to Trunk - 07

B0624700308   MONROE,JAMES
DOB: 09/08/67   Age:38Y   MR #:709779
Admit Date/Time: 09/04/06   2151P
915 FALERO, WALLACE G

 **Baptist** HEALTH

**ER PRESCRIPTION & DISCHARGE INSTRUCTIONS**
Page 2 of 3

DISCHARGE INSTRUCTIONS · PATIENT COPY

| Weight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

**MEDICINES PRESCRIBED**    If non, check this box: ☐    **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| | Name/Strength: | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Keflex 500mg | #40 | 1 PO QID X 10 days | ☑ | |
| 2. | Lortab 7.5 | #12 | 1 QH (?) prn | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

☐ Asthma   ☐ Crutches   ☐ Head Injury   ☐ Threatened Ab
☐ Back Pain   ☐ Fever   ☐ Otitis Media   ☐ Vomiting / Diarrhea
☐ Cast / Splint Care   ☐ Fracture   ☐ Sprains / Bruises   ☐ Wound Care
     ☐ STD   ☐ Other(s)

Return for signs of Infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

Additional Instructions:

Referred to:
☐ Dr. _____
   Phone: _____
☐ Call on next business day for follow-up appointment
   in ___ days / weeks    ☐ Next available

☐ Return to Emergency Dept in ___ hours / days for recheck.
☐ If no improvement, or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified ___
☐ Education provided on new Medication ___

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☑ Patient
☐ Relative
☐ Other ___    Time Released: > 0230

INSTRUCTED BY: ___ RN    PHYSICIAN:

**WORK/SCHOOL STATEMENT from the Emergency Department**

**PATIENT**      DATE

☐ Patient was seen by Dr. ___
☐ No athletics / physical education: ___ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: ___ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for ___ days*
   Restrictions: ___
☐ ___ was here with relative/child.
☐ Other ___

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

ER 160    PRINTED BY: b18139    DATE 9/12/2006    FORM # ER 16008 REV. 03/07/06

MR: Case 2:06-cv-00928-MEF-TFM    Document 21-2    Filed 01/16/2007    Page 44 of 53
AdmPhys:  Falero, Wallace G, MD
Admit date:  9/4/2006              Discharge date:  9/5/2006

## HEMATOLOGY

### Routine Hematology

COLLECTION DATE:    9/4/06
COLLECTION TIME:   10:02:00 PM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| WBC | 10.5  H | [4.1-10.3] | X10-3/uL |
| RBC | 4.88 | [4.69-6.13] | X 10-6/uL |
| Hemoglobin | 14.2 | [13.0-17.5] | gm/dl |
| Hematocrit | 41.0 | [40.0-51.0] | % |
| MCV | 84 | [81-100] | FL |
| MCH | 29 | [27-31] | pg |
| MCHC | 35 | [32-35] | gm/dl |
| Platelet Count | 279 | [140-400] | X10-3/uL |
| RDW | 13.5 | [11.5-14.5] | % |

### Automated Differential

COLLECTION DATE:    9/4/06
COLLECTION TIME:   10:02:00 PM

|  |  | REF RANGE | UNITS |
|---|---|---|---|
| Neutro Auto | 63 | [40-75] | % |
| Lymph Auto | 26 | [20-53] | % |
| Mono Auto | 9 | [0-12] | % |
| Eos Auto | 2 | [0-8] | % |
| Basophil Auto | 1 | [0-2] | % |
| Neutro Abs | 6.7  H | [1.4-6.5] | # |
| Lymph Abs | 2.7 | [1.0-4.8] | # |
| Mono Abs | 0.9  H | [0.1-0.6] | # |
| Eos Abs | 0.2 | [0.0-0.7] | # |
| Basophil Abs | 0.1 | [0.0-0.2] | # |

%%END

MR# 709779 Case 2:06-cv-00928-MEF-TFM    Document 21-2    Filed 01/16/2007    Page 45 of 53
DATE: 09/06/2006 AGE: 38 Y
DOB: 09/08/1967  SEX: M
BAPTIST SOUTH
2105 East South Boulevard
Montgomery, Alabama 36116

NAME: MONROE, JAMES
DOB: 09/08/1967
LOC: B-Emerge...    RM/BD:
SEX: M             AGE: 38 Y
METHOD: Stretcher  PRIORITY: Stat

SPECIAL EQUIPMENT

EXAM: CT Chest w/ contrast

Stabbed mid-back Rt shoulder
BB marking area

NAME: MONROE, JAMES
DOB: 09/08/1967
EXAM DATE/TIME: 09/04/2006 22:00
ENTRY DATE: 09/04/2006
ENTERED BY: Heard, Robert M
REASON/DIAGNOSIS: injury-cra  i.v c...
BUN:
CREATININE:
WT:
SPECIAL EQUIPMENT AND INDICATION:

PRIORITY: Stat
MR#: 709779
AGE: 38 Y
SEX: M
ORDERING MD: Alexander, D Gregory, MD
ATTENDING MD: Falero, Wallace G, MD
PREVIOUS EXAM: DX Chest Portable
DATE: 09/04/2006

OTHER EXAMS ORDERED TODAY:
DX Chest Portable

COMMENTS:

NM AUTHORIZED USER:

CT-06-0034480

NAME: MONROE, JAMES
MR#: 709779
DOB: 09/08/1967
ORDERING MD: Alexander, D Gregory, MD
REASON/DIAGNOSIS: injury-cra  i.v contrast only
EXAM DATE/TIME: 09/04/2006 22:00
PRIORITY: Stat
EXAM: CT Chest w/ contrast
COMMENTS:

LOC: B-Emergency Dep RM/BD:
AGE: 38 Y          SEX: M

28-06-0034480 09/08/1967

CRA   SW

PRINTED BY: b18139.    DATE 9/12/2006

NAME: MONROE, JAMES
MR# 709779    EXAM: DX-06-0098916
DATE: 09/04/2006 AGE: 38 Y
DOB: 09/08/1967  SEX: M
BAPTIST SOUTH
2105 East South Boulevard
Montgomery, Alabama 36116

NAME: MONROE, JAMES
DOB: 09/08/1967
LOC: B-Emerge...    RM/BD:
SEX: M    AGE: 38 Y
METHOD: Stretcher  PRIORITY: Stat

SPECIAL EQUIPMENT

EXAM: DX Chest Portable

NAME: MONROE, JAMES
DOB: 09/08/1967
EXAM DATE/TIME: 09/04/2006 22:00
ENTRY DATE: 09/04/2006
ENTERED BY: Roberson, Latasha N, PCT
REASON/DIAGNOSIS: injury-cra
BUN:
CREATININE:
WT:
SPECIAL EQUIPMENT AND INDICATION:

PRIORITY: Stat
MR# 709779
AGE: 38 Y
SEX: M
ORDERING MD: Alexander, D Gregory, MD
ATTENDING MD: Polero, Wallace G, MD
PREVIOUS EXAM:

OTHER EXAMS ORDERED TODAY:

COMMENTS:

CDA

AN AUTHORIZED USER:

DX-06-0098916

NAME: MONROE, JAMES
MR#: 709779
DOB: 09/08/1967
ORDERING MD: Alexander, D Gregory, MD
REASON/DIAGNOSIS: injury-cra
EXAM DATE/TIME: 09/04/2006 22:00
PRIORITY: Stat
EXAM: DX Chest Portable
COMMENTS:

LOC: B-Emergency Dep RM/BD:
AGE: 38 Y    SEX: M

DX-06-0098916 09/08/1967

Mild Scoliosis
O

Sep. 12 2006 3:04PM    No.2588  P. 20/24

MR# B008708778
Case 2:06-cv-00928-MEF-TFM ct Document 21-28 Filed 01/16/2007 Page 47 of 53
Adm Phys: Falero, Wallace G, MD
Admit date: 9/4/2006          Discharge date: 9/5/2006

RADIOLOGY

| Procedure Name: | Accession Number: | Procedure Date/Time: | Ordering Physician: |
|---|---|---|---|
| CT Chest w/ contrast | CT-06-0034480 | 9/4/2006 11:22:54 PM | Alexander, D Gregory, MD |

Reason For Exam:
injury-cra  i.v contrast only

FINDINGS
MONROE, JAMES

CT CHEST:

Stab injury. Axial contrast images are obtained to evaluate a stab injury.
A marker was placed over the right posterior chest wall at the area of
interest and this is subsequently shown to be at about the level of the
aortic knob in the right paraspinal soft tissues posteriorly. The study
shows the lungs to be normally expanded, but no evidence of infiltrate,
fluid or pneumothorax. Mediastinal vessels enhance normally. No soft
tissue mass could be seen at the injury site and there is no evidence of
radiopaque foreign body.

IMPRESSION:
NEGATIVE EXAM.

ELECTRONICALLY SIGNED BY: Williams, Russell S

TECHNOLOGIST:  RMH
TRANSCRIBED DATE AND TIME:  09/05/2006 06:54
TRANSCRIPTIONIST:  ARH

| Procedure Name: | Accession Number: | Procedure Date/Time: | Ordering Physician: |
|---|---|---|---|
| DX Chest Portable | DX-06-0098916 | 9/4/2006 10:11:33 PM | Alexander, D Gregory, MD |

Reason For Exam:
injury-cra

%%END

RADIOLOGY

| Procedure Name: | Accession Number: | Procedure Date/Time: | Ordering Physician: |
|---|---|---|---|
| DX Chest Portable | DX-06-0098916 | 9/4/2006 10:11:33 PM | Alexander, D Gregory, MD |

FINDINGS
MONROE, JAMES

PORTABLE CHEST:

Injury.

There is a mild scoliosis, convex right.   The lungs are well expanded and
the exam is somewhat underpenetrated.  Allowing for this, I see no evidence
of infiltrate, mass or fluid.   Heart and pulmonary vasculature are normal.

IMPRESSION:  MILD SCOLIOSIS.


ELECTRONICALLY SIGNED BY: Williams, Russell S

TECHNOLOGIST:  CJC
TRANSCRIBED DATE AND TIME:  09/05/2006 06:51
TRANSCRIPTIONIST:  jrm

%%END



CASE No. ... 8-MEF-TFM    Document 21-2    Filed 01/16/2007    Page 50 of 53
B0624700398
MONROE, JAMES
DOB: 09/08/67   Age:3BY   MR #:709779
Admit Date/Time: 09/04/06   2151P
915 FALERO, WALLACE G

VITAL SIGNS

Date Printed: 5 Sep 2006
Time Printed: 02:24
Page: 1 of 1

| | | 4-Sep 17:51 | 4-Sep 19:04 | 4-Sep 21:41 | 4-Sep 22:11 | 4-Sep 22:20 | 4-Sep 22:40 | 4-Sep 23:00 | 4-Sep 23:20 | 5-Sep 0:00 | 5-Sep 0:05 | 5-Sep 2:16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NBP-S | mmHg | 151 | 129 | 166 | 155 | 153 | 145 | | | 134 | 158 | 127 |
| NBP-D | mmHg | 79 | 84 | 88 | 82 | 86 | 78 | | | 74 | 82 | 85 |
| NBP-M | mmHg | 115 | 98 | 120 | 109 | 105 | 108 | | | 94 | 110 | 98 |
| NBP-R | bpm | 90 | 92 | 94 | 82 | 74 | 69 | | | 87 | 78 | 78 |
| HR | bpm | 90 | 96 | | 82 | 80 | 70 | | | 86 | 86 | |
| ST-I | mm | | | | 0.0 | 0.1 | 0.2 | | | | | |
| ST-II | mm | | | | 0.2 | 0.5 | 0.2 | | | | | |
| ST-III | mm | | | | 0.0 | 0.2 | -0.1 | | | | | |
| ST-V1 | mm | | | | 0.0 | 0.9 | 1.1 | | | | | |
| ST-AVR | mm | | | | -0.1 | -0.3 | -0.2 | | | | | |
| ST-AVL | mm | | | | 0.0 | 0.1 | 0.1 | | | | | |
| ST-AVF | mm | | | | 0.1 | 0.3 | 0.0 | | | | | |
| SPO2 | % | 97 | 95 | | 100 | 100 | 99 | | | 100 | 97 | |
| SPO2-R | bpm | 90 | 96 | | 84 | 80 | 70 | | | 86 | 86 | |
| RR | breaths/min | | | | 17 | 25 | 20 | | | | | |

PRINTED BY: b18139          DATE 9/12/2006

OBMS Information Technologies

## PROCEDURES / TREATMENT CARE

**EYE**
- O Eye Exam – *NO FB found*
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation  R  L  Both
- Amount _____

**NOSE/EAR**
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R  L

MONROE, JAMES
B0824700398
DOB: 09/08/67   Age: 38Y   MR #:709779
Admit Date/Time: 09/04/06    2151P
915 FALERO, WALLACE G

- O Procedure *"Time Out"* by: _____

### CARDIOLOGY
- ⊘ Cardiac monitor
- O EKG ~ by ED staff
- O Repeat EKG by ED staff
- ⊘ Pulse Ox-continuous
- O Central line  O < 5yr  O ≥5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

### GI / GU
- O Straight/quick cath for UA
- O Foley catheter  Size ____
- O Bladder irrigation
- O Foley removed
- O Rectal exam   O Anoscopy
- O Rectal disimpaction
- O Enema   O Repeat x __
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube  replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

### PULMONARY

### RADIOLOGY
- ⊘ X-Ray preparation
- O CT  US  MRI  IVP
- O IV contrast   O Oral contrast
- O Monitor in radiology / CT

**LAB**
- ⊘ Venipuncture (ED Staff)
- ⊘ Lab Test (any)
- O Specimen collection(not blood)
- O Point of care test
- O Urine Dip    O Rapid Strep
- O Central line blood draw
- O Hemocult      + –
- O Genital cultures

### SPECIAL PROCEDURES
- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

### BEHAVIORAL MANAGEMENT
- O Psychiatric evaluation
- O Restraints
- O Seclusion  or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

- O Airway: Oral/Nasal   O Oxygen  Mask  Cannula ____ Liters/min  O End-tidal CO2  + –
- O Intubation Tube: _____    O Cricothyroidotomy
- O PTA O ED O Anesthesia     O Tracheostomy
- O Rapid sequence induction   O Trach Care
- O Ventilation assist Bi-Pap C-Pap   O Suction Oral/Nasal/Trach

- O Thoracentesis (Needle)
- O Chest tube insertion
  Tube size: ____  R /L  O Bilateral
- O Nebulizer(s) X _____

- O CPR
- O **CODE**   Time: ____
- Medical Pediatric Trauma
- O **Code Sheet Completed**
- Trauma team  O 1 O 2 O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:** O Sent home   O Secured / hospital safe   O Patient retains/accepts responsibility   ⊘ Sent with patient
O Dentures  O Glasses  O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other:

- ⊘ Discharged  Time 1220  **Admitted** Time ____ Room ____
- O Nursing Home
- O AMA / Elopement
- O LBMSE / LBT

- O Regular Room
- O Telemetry       O ICU / CCU
- O Surgery         O Cath Lab
- O Psychiatric     O Observation

**Transferred**  Time: ____
- O Hospital
- O Psychiatric

- O **Extended Stay** (>4 hours)

O **Expired**   Time: ____
- O Coroner called
- O Released to Funeral Home
- O Organ donation addressed

Notes:

**TEACHING / DISCHARGE CARE**      **CORE MEASURES:**  O AMI   O Pneumonia   O Heart Failure   O Stroke

- Smoking cessation advised  ⊘ <3 min  O ≥3 min
- ⊘ Discharge Instruction sheet provided
- ⊘ Verbal understanding of discharge / RX
- ⊘ Meds dispensed by physician
- O Extended patient education
- O Work/School Excuse (see copy)

**Instruction(s) given to:**
- ⊘ Patient
- O Parent / Family
- O Friend
- O Other

**Discharge Mode:**
- O Ambulatory O Carried
- O Ambulance  O Crutches
- ⊘ Wheelchair O Stretcher

O Workers Comp Papers Initiated (see copy)

**Accompanied by:**
- O Self /Parent
- O Spouse  O Friend
- O Police  O Family
- ⊘ Other Gueva/CA

O **ED Boarder** Time:

### TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT |
|------|------|-------|------|-----|----------|------------|-----|
| 0220 | — | 71 | 20 | 127/85 | 100% | 5 | |

**Triage Out Note:** NAD Noted. Patient stable for discharge.

**Condition:** O improved  ⊘ unchanged

Signature and Employee ID  *Curriculum* RN

Signature and Employee ID  *Curriculum* RN 20519

PRINTED BY: b18139       DATE 9/1...



PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Baptist South_     From: _SHCu_

_Elmore_

Patient: _Monroe James_     Inmate ID No.: _167435    SCC_

Alias: _____     Social Security No.: _418 . 94 . 4089_

Date of Birth: _9|8|67_     Date(s) of Service: _9-4-06_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[  ]  Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ]  Admission     [  ]  Discharge     [  ]  Operative Summary Reports

[  ]  X-Ray     [  ]  Special Studies Reports     [  ]  HIV Test

[  ]  Laboratory Reports     [  ]  Immunization History     [  ]  Dental Treatment Records

[  ]  Psychiatric Summary Report     [  ]  Drug Treatment History & Counseling Reports

[X]  Other Records _ER visits_

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_James Monroe_         _9-12-06_
(Patient's Signature)           (Date)

_Rick Corbrey_         _9/12/06_
(Witness Signature)          (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____     _____
(Signature and Title for PHS)        (Date)

PHS-MD-70037

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

JOB NO.              1413
DESTINATION ADDRESS 92862406
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME            09/12 14:53
USAGE T             00'18
PGS.                1
RESULT              OK
```



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Baptist South_     From: _SHCu_

_____     _Elmore_

Patient: _Monroe James_     Inmate ID No.: _167435    SCC_

Alias: _____     Social Security No.: _418_ . _94_ . _4089_

Date of Birth: _9/8/67_     Date(s) of Service: _9-4-06_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[  ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[  ] Admission                          [  ] Discharge                    [  ] Operative Summary Reports

[  ] X-Ray                              [  ] Special Studies Reports      [  ] HIV Test

[  ] Laboratory Reports                 [  ] Immunization History         [  ] Dental Treatment Records

[  ] Psychiatric Summary Report         [  ] Drug Treatment History & Counseling Reports

[X] Other Records _ER visits_

(Specify information requested)

B0624700398    MONROE,JAMES
DOB: 09/08/67    Age:38Y
Admit Date/Time: 09/04/06    MR #:709779
915 FALERO,WALLACE G    2151P

ST    244-8448
RATTVILLE    361-4239

**ptist**
LTH

# ER PRESCRIPTION & DISCHARGE INSTRUCT
Page 1 of 3

## PRESCRIPTION FORM

| Weight | Phone | Allergies | | | LOCA SOU |
|--------|-------|-----------|--|--|----------|

**MEDICINES PRESCRIBED**    If non, check this box: ☐    **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND**

| | Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|--|----------------|--------|---------------------|-----------|---------|
| 1. | Keflex 600mg | #40 | ‡ Q10 x 10 days | ☐ | |
| 2. | Lorcet 7.6mg | #12 | ‡ Q4-6° pr prn | ☐ | ' |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| | | | | | |
|--|--|--|--|--|--|
| **Dante DeJesus** DEA - BD 9322063 AL 26777 | **Joel Sullivan** DEA - AS2020066 ARN - 10094 | **Ronald A. Shaw** DEA - BR2471326 AL - 6388 | **Julio Enrico Rios** DEA - BR2471326 ARN - 21678 | **Wallace Falero** DEA - AF1692119 AL - 9405 | **James M. Bradwell** DEA - BB6422086 AL - 22767 |
| **David G. Alexander** DO - 657 AA3259226 | **John Moorehouse** DEA - AM6869119 ARN - 7151 | **Jessie Austin** DEA - AD8394075 ARN - 8595 | **Julian Mahaganasan** DEA- BM7657121 AL 24516 | **George Smith** DEA AS2179706 AL 11413 | **James Thomas** DEA - BT3642938 DO 374 |
| **Victoria L. Beckman** DEA - BB6253885 AL - 22440 | **Carlos Gutierrez** DEA - BG6616203 AL 24653 | **Joshua Kotouc** DEA - RK9526724 AL 26945 | **James Matic** DEA BM3360536 AL 17681 | **David Hines** DEA BH2531160 AL 22703 | |

**LABEL ALL PRESCRIPTIONS**
No Refills

Product Selection Permitted

_____ M.D./D.O.

_____ M.D./D.O.

Dispense as Written

Follow up c̄ PMD staples out 7-10 days

Referred to:
☐ Dr. _____
Phone: _____
☐ Call on next business day for follow-up appointment
in _____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private
physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed  ☐ Instructions Modified_____

☐ Education provided on new Medication_____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☑ Patient
☐ Relative
☐ Other _____    Time Released: >    ☐☐☐☐ HS

**INSTRUCTED BY:** _____    **PHYSICIAN:** _____

## ORK/SCHOOL STATEMENT from the Emergency Department
ATIENT _____    DATE _____

☐ Patient was seen by Dr._____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before
returning to school / work.

☐ May return to restricted duties for _____ days*
Restrictions:_____
☐ _____ was here with relative/child.
☐ Other_____

me off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

ER 160

FORM # ER 16008  REV. 03/07/06

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

OzS 97:4

| ADMISSION DATE 9/4/06 | TIME 740 AM/PM | ORIGINATING FACILITY Staton □ SIR □ PDL □ ESCAPEE □ | □ SICK CALL □ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
□ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98⁹  ORAL/RECTAL  RESP. 20  PULSE 96  B/P 160/96  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES |

S- I was just sitting watching TV when somebody came and started stabbing people

O- A0x3. Skin w/o being clear. Noted 2.5 cm stabbed wound on ® side of spine below shoulder blade. Ø dressing at present. 1 cm laceration @ ®. elbow c blood flow @ slow rate. C/o pain when asked to take a deep breath to check lung sound. Pain continuous

PHYSICAL EXAMINATION

A- Maint. puncture wound

P- Reported to RN Corker

To be sent to Bapt So ER via van.

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9/4/06 | TIME AM/PM | RELEASE / TRANSFERRED TO ☑DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION

| IMMATE NAME (LAST, FIRST, MIDDLE) Monroe, James | DOC# 167435 | DOB 9/8/67 | R/S Blm | FAC. Sec |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: Staton

Resident's Name: Monroe, James K ID# 167435

D.O.B. 9-8-67

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

___ A.  Refused medication.               ___ E.  Refused X-Ray services.

___ B.  Refused dental care.              ___ F.  Refused other diagnostic tests.

___ C.  Refused an outside medical appointment.   ___ G.  Refused physical examination.

___ D.  Refused laboratory services.      ___ H.  Other (Please specify)

Reason For Refusal  No Show for MD appt 7/26/06

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature

Witness Signature

Date 7/26/06

Patient Signature

Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Informed Consent to Medical Services

Inmate's Name: MONROE, James 167435

Date of Birth: 9/8/67 _____ Social Security No.: _____

Date: 7/12/06 _____ Time: 230 _____ A.M. (P.M.)

I hereby authorize Prison Health Service, Inc. and Dr. J. Peasant ,
(Print Physician's Name)

his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), Wart removal , necessary to treat my condition has been fully ex-
(state in Layman's terms)

plained to me by Dr. Peasant and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) _____

Remove wart, but it may return

(Risks) Swollen - infection & scar of site of
wart removal.

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully explained to me.

_____
(Signature of Inmate)

_____
(Witness)

_____
(Signature & Title of Provider)

_____
(Witness)

60104 (6/90)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-14-06

**To:** Staton

**From:** HCU

**Inmate Name:** Monroe, James    **ID#:** 162435

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Work stop X 72 hours - 6-14 through 6-17-06

No recreation or weight lifting X 30 days

**Date:** 6-14-06    **MD Signature:** A. Pleasant / S. Taylor RN    **Time:** 12:10pm

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Monroe, James_     ID# _167 435_

D.O.B. _09/08/67_

I, _James Monroe_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_____ A.   Refused medication.

~~B.   Refused dental care.~~

_____ C.   Refused an outside medical appointment.

_____ D.   Refused laboratory services.

_____ E.   Refused X-Ray services.

~~F.   Refused other diagnostic tests.~~

_____ G.   Refused physical examination.

__✓__ H.   Other (Please specify)

Reason For Refusal  _Ø show sick call_

Potential Consequences Explained  _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Austin LPN_
Witness Signature

_Dam Steele CO¹_
Witness Signature

_03/09/06_
Date

Patient Signature

_Any_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/25/06

**To:** Elmore

**From:** SHCU

**Inmate Name:** Monroe James          **ID#:** 167435

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** Work Stop for 5 days) 1/26, 27, 28, 29, 30/06

**Date:** 1/25/06    **MD Signature:** Dr. Pleasant /Sullivan LPN    **Time:** 2200

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: 1/11/06

To: Elmore

From: SHCU

Inmate Name: Monroe James        ID#: 167435

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

Comments:
Work Stop X 3 days 1/12/06 - 1/14/06

Date: 1/11/06     MD Signature: Lassiter / Smithson ffn     Time: 2100

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Elmore Corr Center_

Resident's Name: _James Kelly, Monroe_ ID# _167435_

D.O.B. _9/4/67_

I, _James Kelly, Monroe_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ____ A. | Refused medication. | ____ E. Refused X-Ray services. |
| ____ B. | Refused dental care. | ____ F. Refused other diagnostic tests. |
| ____ C. | Refused an outside medical appointment. | ____ G. Refused physical examination. |
| ____ D. | Refused laboratory services. | _X_ H. Other (Please specify) |

_No Show for Sick Call_

Reason For Refusal _____

_____

Potential Consequences Explained _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_11/10/05_
Date

_____
Patient Signature

_6 PM_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

PHS MD-70108

Elmore Correctional Facility:

Sick call is performed at 7:00 am in the internal visitation yard Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located beside the shift office at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 4:00 am
2. Noon pill call: 11:00 am
3. Evening pill call: 5:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _James Mann_                              Date:

Nurse Signature: _C H Culp_                                 Date: 4/14/05

4/13/04

Access to Care
Prison Health Services
Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Moore*      *James Kelly*

<div style="text-align:right">LAST         FIRST         MI</div>

DATE OF BIRTH _____ *4-6-67* _____    SS# *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*

## Housing Recommendations:

General Population ✓

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

## Individual found to be:

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify *INH*_____

Nurse _____      Date _____

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# RECEIVING SCREENING FORM

INMATE'S NAME: _MONROE, JAMES_ DATE: _3/4/05_ TIME: _10:45 AM_

DOB: _9/8/67_  OFFICER: _Darnell Moore_  INSTITUTION: _KILBY_

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | X |
| Is the skin in poor condition or show signs of vermin or rashes? | | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | X |
| Is the inmate making any verbal threats to staff or other inmates? | | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | X |
| Does the inmate have any obvious physical handicaps? | | X |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was      _X_ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Darnell Moore_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B.    /    /
ALLERGIES:

DIAGNOSIS (If Chg'd)

Use Last    Date    /    /

NAME:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Fourth    Date    /    /

NAME:

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Third    Date    /    /

NAME: Monroe James
Steton  167435

D.O.B. 9, 11, 0 6
ALLERGIES: NKDA

Use Second    Date 9, 11, 06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

Percogesic 2 PO Q8° PRN - 7 days
(  ) 9/11/06  1530

NAME: monroe, James

D.O.B. 9, 18, 67    167435
ALLERGIES: NKA    Steton

se First    Date 9, 18, 06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS

Benadryl 25 mg  1 PO BID X 3 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Monroe, James | DIAGNOSIS (If Chg'd) |
| | D/C to Staton. |
| D.O.B. 9, 18, 06 | Lortab 5/500mg I PO Q 4-6° prn x3 |
| ALLERGIES: NKDA | HEU in 7 days |
| | Lortab 5/500mg I PO given |
| Use Last   Date 9, 15, 06 | 9-11-06 house 72 |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Monroe, James 167435 | DIAGNOSIS (If Chg'd) |
| | Lortab 5 mg I PO Q 4-6° prn for |
| D.O.B. 9, 18, 67 | Keflex 500mg PO QID X 10 days |
| ALLERGIES: NKA | PO Dr Corbier |
| Use Fourth   Date 9, 05, 06 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Monroe, James 167435 | DIAGNOSIS (If Chg'd) |
| | HCW visit to file |
| D.O.B. 9, 18, 67   x c | |
| ALLERGIES: NKA | 7/26/06 mDW |
| Use Third   Date 7, 12, 06 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Monroe, James | DIAGNOSIS (If Chg'd) Taylor LPN 6-14-06 12:40pm |
| | No recreation or weight |
| D.O.B. 9, 18, 67   167435 Staton | lifting X 30 days |
| ALLERGIES: NKA | Motrin 600mg PO Tid X 3 days |
| Use Second   Date 6, 14, 06 | V.O. Dr Pleasant /S Taylor LPN |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Monroe, James #167435 | DIAGNOSIS |
| | HCU ← MD / NP for |
| D.O.B. 9/18/67 | evaluation + tx @ hands |
| ALLERGIES: | state move |
| | V.O. Dr Pleasant |
| Use First   Date 4/18/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B.  /  /
ALLERGIES:

DIAGNOSIS (If Chg'd)

---

Use Last      Date   /  /

NAME: Monroe, James

D.O.B. 9,8,67    ECC

ALLERGIES: NKDA

Use Fourth    Date 3/2/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

Motrin 600mg tid x 3 days
Kop noon dose
Note O'Heller 3/3/06 0300

---

NAME: Monroe, James

D.O.B. 9,8,67

ALLERGIES: NKDA

Use Third    Date 2/24/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

Keflex 500mg bid x 7 days
Motrin 600mg tid x 5 days
Kop noon dose

---

NAME: Monroe, James

D.O.B. 9,8,67

ALLERGIES: NKDA   note
2/16/06

Use Second   Date 2/16/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS (If Chg'd)

Penicil VK 500g bid x 7 dp
MC 160g tid x 5 dp
Kp prn dose

---

NAME: Monroe, James

D.O.B. 9,8,67

ALLERGIES: NKDA

Use First    Date 2/7/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

DIAGNOSIS

Motrin 600g tid x 5 dp
Kp prn dose

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS



| | |
|---|---|
| NAME: MONROE, JAMES 167435 | DIAGNOSIS (If Chg'd) Adj. D/O c̄ depressed mood |
| | D/C Prozac (Im med noncompliant) |
| D.O.B 9,8,67 | (Im refusing meds) |
| ALLERGIES: NKA | |
| Use Last    Date 2,3,06 | Noted 2-3-06 4:25    S Banerjee, MD |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

ELMORE

| | |
|---|---|
| NAME: Monroe, James 167435 | DIAGNOSIS (If Chg'd) |
| | ⑤ Have profile for work stop |
| D.O.B. 9,8,67 | for 5 days |
| ALLERGIES: NKA | |
| Use Fourth    Date 1,24,06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Monroe, James 167435 | DIAGNOSIS (If Chg'd) |
| | ① urine Dip stick - done |
| D.O.B. 9,8,67 | ② Urine C+S |
| ALLERGIES: NKA | ③ Give work stop x 5 days |
| | ④ HCU visit in 1-3 wk to ✓ |
| Use Third    Date 1,24,06 | ⑤ Hand wart |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Monroe, James 167435 | DIAGNOSIS (If Chg'd) ⑤ Work stop x 3 days |
| | ⑥ HCU visit 2 wk + √ wart |
| D.O.B. 9,8,67 | ① UA in house - free |
| ALLERGIES: NKA | ② Urine C+S - due 00SY47 |
| | ③ Chlamydia + GC - Brito 196979 elisa |
| Use Second    Date 1,10,06 | ④ Testicular support large x 60 days |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: MONROE, JAMES 167435 - ELMORE | DIAGNOSIS |
| | UA in house today - done |
| D.O.B. 9,8,67 | HCU visit Re urine/rectal problems |
| ALLERGIES: NKDA | Bactrim DS po BID x 10 days |
| | 1st dose given |
| Use First    Date 1,6,05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Monroe, James
167435
Elmore

D.O.B. 9 18 167
ALLERGIES: NKDA

Use Last    Date 12 20 05

DIAGNOSIS (If Chg'd)
Adj. r/o c dep. mood
Prozac 20 mg. po. q AM x 90 days

Sbanerjee, MD

Noted 12/21/05  8⁰ — D. Terrell ☺
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Monroe, James
167435
Elmore
1055

D.O.B. 9 18 67
ALLERGIES:

Use Fourth    Date 5 9 05

DIAGNOSIS (If Chg'd)
044636 - Hepatic profile

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Monroe, James
167435

D.O.B. 09 08 67
ALLERGIES: NKDA

Use Third    Date 8 08 05

DIAGNOSIS (If Chg'd)
Salicylic acid liq 17%
apply QHS to wart - avoid
apply to healthy tissue. KOP
x 60 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    MW Hicks

---

NAME: Monroe, James
167435

D.O.B. 9 8 67
ALLERGIES: NKDA
3-7-08

Use Second    Date 3 7 05 2pm

DIAGNOSIS (If Chg'd)
Td 0.5cc IM x ÷
Tom Webb CRNP /
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    MW Hicks

---

NAME: Monroe, James
167435

D.O.B. 9 8 67
ALLERGIES: NKDA
3-7-08

Use First    Date 3 7 05  1pm

DIAGNOSIS
CCC - TB
INH 300mg po qd x 31 days
B₆ 25mg po qd x 31 days
Profile N2, CXR, EKG
CMP, CHO v/o m Webb CRNP/
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



| Date/Time | Inmate's Name: |
|-----------|----------------|

| 9/11/06 10p | 204/CP re: removal of staples    W+ 180    T - 97⁶    P - 74 |

R-20  O₂ Sat 97%    B/P 130/70 ———————  A Few

~~Sutur~~ Staples removed from upper
back & Elbow.
PT. c/o Acute (R) Rib Cage pain

Plan
   motrin for a few days.
   If no better,
      X Ray of Rib Cage.

1. ® had wart c̄ signs of pt picking on wart

    a ———— 1cm indurated

    LoS — urine @ glu  (+ protein
④ Getting uncomfortable warf ® hand
& — U A ④ ↓ nitrates
   — urine C & S
    — made plan
     per orders                    Jackson Pen
   work stop x 5 days
    Remove med/dressḡ ā 5 days

| 7/12/06 | 20 y/o CP re: eval hand (L)   Wt 176   T-97²   P-62 |
| 1 p | R-20  O2 SAt 97%   B/P 126/96 ——— ____ |

   ② c̄ hand wart — recurrent
   © 1cm diameter wart

      a

Ⓐ wart c̄ hand dense scarring
® wart — burned today                Jackson Pen





PRISON HEALTH SERVICES, INC.
SICK CALL REQUEST

Print Name: _JAMES MONROE_____    Date of Request: _9/18-06_
ID # _167435_    Date of Birth: _9/8/67_ Location: _B-2-16-B_
Nature of problem or request: _DR SANtANA IM HAVING PROBLEMS SLEEPING AFTER bEING STAbbEd IN the bACK IN PARANOIA ANd At N.t when thEy tuRN LighES on My hEAN GEt to bEAting REAl FASt IN a NOISE up SEtS ME, I StAy IN FEAR. I NEEd to SEE YOU ASAP._
_James Monroe_
Signature

DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _9-18-06_
Time: _4:35p_
Receiving Nurse Intials _DF_

**(S)ubjective:**

**(O)bjective**    (V/S): T:_____    P:_____    R:_____    BP:_____    WT:_____

**(A)ssessment:**

**(P)lan:** _Scheduled FoR MH Clinic 9-26-06_

Refer to:    MD/PA    (Mental Health)    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 8/9/06 | 2:45 ☐AM ☑PM | STATON | |

☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____

☐ SICK CALL   ☑ EMERGENCY
☐ OUTPATIENT

**ALLERGIES** NKDA

**CONDITION ON ADMISSION**
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98² ☑ORAL ☐RECTAL   RESP. 20   PULSE 94   B/P 137/92   RECHECK IF SYSTOLIC <100> 50 _____

**NATURE OF INJURY OR ILLNESS**

"My back went out on me again. I tried to pull up on the bed with my hands. My lower back and left leg hurt. (Points to L Back). My leg is throbbing.

Inmate walked into HCU without assistance.

| ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

Lower back pain

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O² Sat 97%. Guarded movements. Pedal pulses good. No edema to feet or lower legs. No edema, tbut tender with palpation to back, L toes warm to touch, cap. refill WNL, VS WNL. I/m removed shoes + socks without assistance. I'm able to raise leg into lap + bend over to put shoes + socks back on
A - Alteration in comfort R/T back pain

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| (1) Motrin 600mg T.i.d PRN x 5 days | | |
| noted S.Taylor RN 8:10pm | | |
| per protocol ref PHS Taylor WN | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Take meds - Cool compress x 48° then heat PRN

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/9/06 | 3:30 ☐AM ☑PM | ☑ DOC  ☐ AMBULANCE  ☐ _____ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S.Taylor RN | 8.9.06 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MONROE, JAMES | 167435 | 9/18/61 | B/M | SCC |

PHS-MD-70007



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _JAMES MONROE_

ID # _167433_                                    Date of Request: _6-12-06_

Nature of problem or request: _HURT MY lOWER BACK & MY LEFT LEG_ Date of Birth: _9/8/62_ Location: _B-2-5_

_IS GONG NUM, AlSo MY LEFT ARM IS GOING NUM_
_AlSo I HAVE SIGN SICK CAll ABOUT this WARK ON MY HAND_
_I SEEN NURSE but NEVER CAME OUT ON NEW lETTER to SEE docto_
_James monroe_  *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials ____   │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _6/c 6/15/06_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE

Check One:   ROUTINE ( )        EMERGENCY ( )

If Emergency was PHS supervisor notified:      Yes ( )     No ( )

Was MD/PA on call notified:      Yes ( )     No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:

**General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Monroe_ _____ _James_ _____
                        Last                    First              MI

Inmate Number: _167435_

Date of Report: _6_ / _15_ / _06_          Date of Birth: _9_ / _8_ / _67_
                  MM   DD   YYYY                              MM   DD   YYYY

Time Seen: _9:14_ (AM) PM  Circle One

**Subjective:** Chief Complaint(s): _2 mos ago I hurt my Back on the wt pile. I was climbing_

Onset: _up on my rack Tues and my Back got hurt again. My (R) leg_

Brief History: _feels Numb down to my toes. It tingles All the way to my toes._
(Continue on back if necessary)
_Pain Scale (8) Constant pain. Feels better to walk thru lye down. ⊖ pain c̄ urination_
_c̄ NN. Does have pain with cough. Across (R) lower lumbar. Good Rom to both_
_feet, both knees. Good equal Strength in legs bilat. (R) Growth the size_
_of dime on (R) hand (Guarded movements)_                    ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _99⁴_  P: _74_  RR: _12_  B/P: _102_ / _64_

Examination Findings: _Observed guarded movements with sitting and rising_
(Continue on back if necessary)
_from chair. Good Rom to both legs, both knees. No Bruising/swelling_
_observed to back. Good strength in legs bilat._
_Observed dime size ___ to wt past at Base of Thumb._
_Advised Hot soaks to Back 2x day x 1 wk, Not to wt lift_
_x 30 days_                                                    (x 20 min)
                                                              ☐ Check Here if additional notes on back

**Assessment:** (Referral Status)          Preliminary Determination(s):
☐ Referral **NOT REQUIRED** _____

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _Loss of sensation (R) leg_
_Slater was not on Newsletter 5/8/06 - Never saw MD as scheduled (may_
_Need rescheduling)_
**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:          _Per Protocol_
☐ Instructions to return if condition worsens. ~~Motrin 800~~ Tylenol (ES) 500mg c̄ II po Bid PRN pain
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)                    _x 5 days_
☐ Other: _____
          (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _HCU Review_

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____  Date for referral: __ / __ / __
                                                                                              MM  DD  YYYY
                                                                                    Time _____

_A. Blackmon RN_          Name: _A. Blackmon RN_
Nurses Signature                    Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

ADMISSION DATE 6 /14 /06   TIME 11:50 ☒AM ☐PM

ORIGINATING FACILITY   Staton
☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____

☐ SICK CALL ☒ EMERGENCY
☐ OUTPATIENT

ALLERGIES   NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP   98.   ☒ ORAL ☐ RECTAL   RESP. 18   PULSE 76   B/P 128, 74   RECHECK IF SYSTOLIC <100> 50 _____ / _____

NATURE OF INJURY OR ILLNESS

S) see not tools

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O) O₂ sat 98 % -see not tools

ORDERS / MEDICATIONS / IV FLUIDS

P) see orders

| | TIME | BY |
|---|---|---|

A) alteration in comfort
DIAGNOSIS

INSTRUCTIONS TO PATIENT

Apply heat to back PRN

DISCHARGE DATE 6 /14 /06   TIME 12:15 ☐AM ☒PM

RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐

CONDITION ON DISCHARGE
☒ SATISFACTORY ☐ POOR
☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE   S. Taylor wn   DATE 6-14-06

PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)

Monroe   James   K

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 167435 | 9-8-67 | Blm | |

PHS-MD-70007

Facility: Staton Correctional Facility

Back Pain

Patient Name: Monroe

Inmate Number: 167435                    James K.
                                          First
Date of Report: 6 / 14 / 06              Date of Birth: 9 / 18 / 67
                MM DD YYYY                              MM DD YYYY
                                          Time Seen: 10:50 (AM) PM Circle One

**Subjective:** Chief Complaint(s): Back pain
Onset: last night getting on ↑ rack ~ I pulled my back
☑ New onset    ☐ Chronic condition exacerbation
Pain Scale: (1-10) 8    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant
Location of Pain: lower back
              Neck / mid-back / low back    Radiation of pain: ☐ No ☑ Yes to: to L leg    Numbness: ☐ No ☑ Yes
History: Hurt back 2 months ago on weights
(Continue on back if necessary)

Associated symptoms: Pain on urination?    ☑ No ☐ Yes    Nausea ☑ No ☐ Yes    Vomiting ☑ No ☐ Yes
                     Increased urination?   ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes (x    ☐ Check Here if additional notes on back

**Objective:** Vital Signs: (If Indicated) T: 98.1    P: 76    RR: 18    B/P: 128/74
Back Exam: ☐ Tender to touch
Additional Findings: ☑ Numbness ☑ Tingling ☐ Confusion ☐ Muscle spasms ☐ Impaired range of motion
Elaborate positive findings: More back pain when bending ☑ Abnormal gait ☑ Weakness of extremities ☐ Foot drop ☐ Other:
over as if he were going to touch his toes
Lower extremities: ☑ Normal
Pedal pulses: ☑ Present    ☐ Abnormal (describe):    ☐ Check Here if additional notes on back
                            ☐ Absent
☑ Additional Examination: Strong pedal pulse L foot, can stand
(Continue on back if necessary)
erect, can walk c steady gait, ∅ edema noted    ☐ Check Here if continued on back

**Assessment: (Referral Status)**
☑ Referral NOT Required            Preliminary Determination(s):

☐ Referral Required due to the following: (Check all that apply)
    ☐ Loss of sensation        ☐ Presence of RBCs from dipstick
    ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
    ☐ Other:                                                    ☐ Recurrent Complaint (More than 2 visits for the same complaint)

**Plan:**
Check All That Apply: ☑ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain    ☐ Education about stretching and back exercises. ☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should
    well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:
   (Describe)
☐ Cold Compress (Acute injury) ☑ Warm Compress
☑ OTC Medications given ☐ NO ☑ YES (If Yes List): Motrin 600mg PO
Referral ☑ NO ☐ YES (If Yes, Whom/Where):
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):    Date for referral: / /
                                                                                                      MM DD YY
                                                                                    Time

x S. Taylor LPN                         S. Taylor LPN
  Nurse's Signature          Name       Printed

Facility: Staton Correctional Facility

Patient Name: Monroe James

Inmate Number: 161435

Date of Birth: 9 8 61
MM DD YYYY

Date of Report: 4 18 06
MM DD YYYY

Time Seen: 1 Am. (AM) PM  Circle One

*Subjective:* Chief Complaint(s): _____

Onset: 2 yrs. ago.

Brief History: _____
(Continue on back if necessary)

_____

_____

_____

_____

*Objective:* Vital Signs: (As Indicated) T: 98.8  P: 72  RR: 18  BP: 120/80    ☐ Check Here if additional notes on back

Examination Findings: O₂ Sats. @ 98%.
(Continue on back if necessary)

Wart noted to top of ® hand. Inmate has been cutting on it & being painful.

*Assessment: (Referral Status)*    Preliminary Determination(s): Evaluation by    ☐ Check Here if additional notes on back
    ☐ Referral NOT REQUIRED                                                    M.D./N.P.

    ☑ Referral REQUIRED due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
                (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where) M.D./N.P.

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Date for referral: 4 18 06
                                                                                            MM DD YYYY
                                                                                            Time _____

X _Trudy Robinson RN_                    Name: Trudy Robinson RN
    Nurses Signature                                Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: _JAMES MONROE_ Date of Request: _4-16-06_
ID # _167435_ Date of Birth: _9/8/67_ Location: _B-2-5 T_
Nature of problem or request: _Would like to get WArt Removed_
_Its REAL SORE HAVE USEd PAtches took It OFF_
_but CAME Right Back, NEEd oF oN LEFt RiSk_

_James Monroe_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective**  (V/S): T: _99.8_  P: _12_  R: _18_  BP: _29/80_  WT:
$O_2$ Sats. @ 98%.

_Wart noted to (L) hand (top) X 2Yrs Has been_
_Cutting on it. Needs to be eval ₫ being painful_

**(A)ssessment:**

**(P)lan:**

Refer to:  **MD/PA**  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )   No ( )
Was MD/PA on call notified:  Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

E/more

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: JAMES MONROE
ID # 167435
Date of Request: 3-8-06
Nature of problem or request: Date of Birth: 9/8-62 Location: D-2-61
I Would like to get a wart removed From my R.5K I have already seen the doctor about It but It keeps cumming back, I also would like to see the Dentist About getting some teeth made.

Signature: James monroe

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 3/8/06
Time: 2200
Receiving Nurse Intials: _____    S/C

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**    ↓ show 03/09/06

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
                                        CIRCLE ONE
Check One:    ROUTINE ( ✓ )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

*Elmore*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: JAMES MONROE _____ Date of Request: 1-24-06
ID # 167435 _____ Date of Birth: 9/8/67 Location: B-2-61
Nature of problem or request: STILL HAVE NS SAME PROBLEM WITH PEENS
AISO WOULD LIKE to HAVE WART REMOVED, I NEED
to SEE doctoR

THANKS
James Monroe
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )    No ( )
             Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



## Nursing Evaluation Tool:

**General Sick Call**

Facility: BBB _Elmore_

Patient Name: _Monroe_

Inmate Number: _167435_ Last          _James_ First

Date of Report: _01 05 06_ MM DD YYYY

Date of Birth: _09 08 67_ MM DD YYYY

Time Seen: _____ (AM) PM  Circle One

**Subjective:** Chief Complaint(s): _Having problems urinating, sore rectum_

Onset: _3-4 months_

Brief History: _∅_
(Continue on back if necessary)

_____

_____

_____

**Objective:** Vital Signs: (As Indicated) T: _99.0_  P: _78_  RR: _20_  B/P: _130 / 70_  wgt _172_   ☐ Check Here if additional notes on back

Examination Findings: _Go burning a little bit upon urinating, small amount_
(Continue on back if necessary) _clear drainage noted to penis, ∅ lesions noted to rectum._
_States "When I finish urinating it continues on its' own."_
_Request to see M.D_

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____   ☐ Check Here if additional notes on back

☐ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES   ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)

OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _HCP_                    _[signature]_  1-5-0[?]

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?):  Date for referral: _01 05 06_ MM DD YYYY



*ECC*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: JAMES MONROE
ID # 167435                                    Date of Request: 1-4-06
Nature of problem or request: HAVEING PROBLEM PEEING AND RECTUM
REAI SORE, CANT HARDLY WALK, RISK REAI SORE, WRSt PEAI SORE
AISO HAS A COLD, WHEN I STOP PEEING it begin to RUN ON IT'S
ON.
Date of Birth: 9/8/67   Location: 132-61

                                    *Signature* Jarred Menia

### DO NOT WRITE BELOW THIS LINE

Date: 01/05/06
Time: _____ (AM) PM
Allergies: NKA

```
┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**  (V/S): T: 99.0    P: 78    R: 2e)    BP: 130/70    WT: 172

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

                          D Austin

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: James Kelly Monroe          D.O.B.: 9/8/67 |
|-----------|------------------------------------------------------------|
| 7/7/05 | No show for sick call. _A. Humphrey RN_ |
| 03/09/ | Ø show, sick call                        _D Austin L_ |
| 9-8-06 12:45pm | Cleaned and re-dressed injury to mid-back — 5 staples intact noted Ø drainage noted ® elbow 3 staples noted Ø drainage ——— S7 Taylor RN |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _JAMES MONROE_     Date of Request: _7-7-05_
ID # _167935_
            Date of Birth: _9/8/67_ Location: _B-2-61_
Nature of problem or request: _I HAVE A WART ON MY HAND, thats_
_bEiNG REMOVED, but I RuN Out OF PAtCHES, NEEd_
_Some moRE PAtches, plEasE ~~approved the~~_
_ONE NurSE At StAtion gAvE mE Some but NOt ENOugh_

                 _James Monroe_
                     Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: _7/7/05_ |
| Time: _10:10 pm_ |
| Receiving Nurse Intials _ff_ |

_s/c_

**(S)ubjective:**

**(O)bjective**   (V/S): T:    _NO SHOW 7/9/05_    P:    R:    BP:    WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                         CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

                         _SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _JAMES MONROE_ _____ Date of Request: _7-5-05_
ID # _167435_ _____ Date of Birth: _9/8-67_ Location: _B-2-61_
Nature of problem or request: _Would like to see doctor OR NURSE to get_
_Some more R, WART REMOVER,_ _____

_James Monroe_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

> RECEIVED
> Date: _____
> Time: _____ AM
> Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Monroe, James | D.O.B.: 9 1 8 1 67 |
|---|---|---|

R'cud ECC/SHCU vol. I q I ∅ meds ——— C Shell, RRC



Facility Name: Staton    Month/Year of Charting: 9/06

**Lortab 5mg**
**ī po Q4-6°**
**Prn x 3 days MP**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 9/5/06    Prescriber: Corbier
Stop Date: 9/8/06    RX #:

**Keflex 500mg**
**ī po QID x**
**10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 9/5/06    Prescriber: Corbier
Stop Date: 9/15/06    RX #:

**Benadryl 25mg ī**
**po Bid x 3days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 9/8/06    Prescriber: Corbier
Stop Date: 9/11/06    RX #:

**Percogesic ī PO**
**TID (q8°) x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 9/11/06    Prescriber: Corbier
Stop Date: 9/18/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies: NKA

Housing Unit:
Patient ID Number: 167435
Patient Name: Monroe, James

Date of Birth: 9/12/11.M

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | | |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: _Scc_                          Month/Year of Charting: _9/06_

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lortab 5 mg ↑
PO Q 4-6° PRN
for pain x 5
days

Start Date: 9/05/06   Prescriber: Corbier
Stop Date: 9/10/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Keflex 500 mg ↑
PO QID x 10 days
6A
12N
6P
12N

Start Date: 9/05/06   Prescriber: Corbier
Stop Date: 9/10/06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lortab 5 ī̄ī po
q 4°6° prn x 3 days
6A
12N
6P
12N

Start Date: 9506   Prescriber: Cahen, MD
Stop Date: 9-9-06   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies   NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Monroe, James | | | | | 9. No Show |
| | Date of Birth: 9/8/67 | | | | 10. Other |

Facility Name: Staton

Month/Year of Charting: 8/06

Motrin 600mg
PO Tid. PRN x 5days
for back pain

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St

Start Date: 8-9-06    Prescriber: Corbier
Stop Date: 8-13-06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies  NKA

Housing Unit:
Patient ID Number: 167435
Patient Name:

Monroe        James        Date of Birth: 9-18-62

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| S. Taylor LPN | St | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: Staton

Month/Year of Charting: 6/06

Motrin 600mg
PO Tid x 3days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12P | | | | | | | | | | | | | →St | | < | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-14-06   Prescriber: Pleasant
St  Stop Date: 6-17-06
RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:
RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:
RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:    Prescriber:
Stop Date:
RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:
RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:
RX #:

Diagnosis:

Allergies: NKA

Housing Unit:
Patient ID Number: 167435
Patient Name: Monroe    James

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| S. Taylor LPN | St | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |

Month/Year of Charting: 3/06

Facility Name: Elmore

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

prozac 20 mg T
po q AM

6A

2/6/06

Start Date: 12-22-05   Prescriber:
Stop Date: 3-21-06   RX #:

---

K-eflex 500mg
BID x 7days)

6A
6P

Start Date: 2/24/06   Prescriber: Wright
Stop Date: 3/2/06   RX #:

---

motrin 600mg
TID x 5days)
may give noon dose
KOP

6
11
6

Start Date: 2/24/06   Prescriber: Wright
Stop Date: 3/02/06   RX #:

---

Motrin 600mg PO
TID x 3(d)
NOON dose KOP

6A → 999
12N →
6P →
1 2 3

Start Date: 3-2-06   Prescriber: Wright
Stop Date: 3-5-06   RX #:

---

Start Date:   Prescriber:
Stop Date:   RX #:

---

Start Date:   Prescriber:
Stop Date:   RX #:

---

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 169435
Patient Name:

Date of Birth: 9.8.67

| | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation |
| --- | --- | --- | --- | --- | --- |

1. Discontinued Ord
2. Refused
3. Patient out of fac
4. Charted in Error
5. Lock Down
6. Self Administere
7. Medication out o
8. Medication Held
9. No Show
10. Other

Facility Name: Elmore Correctional Facility

Month/Year of Charting: 02/06

| Medication | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

**Prozac 20MG Cap    30.00**
Take 1 capsule(s) by mouth in the morning
6A / NB
Start Date: 12-22-2005
Stop Date: 03-21-2006
Prescriber: Banerjee MHM, Sreelekha
RX #: 251002666
DC'd 2/6/06

**Motrin 600 mg ÷ P.o. tid x 5 days**
6A / 12N / 6p — KOP
Start Date: 02/07/06
Stop Date: 02/12/06
Prescriber: Dr. Wright

**Pen VK 500mg tid x 7 days**
KOP noon dose
Start Date: 2/16/06
Stop Date: 2/23/06

**Motrin 600mg tid x 5 days**
KOP noon dose
Start Date: 2/16/06
Stop Date: 2/21/06

**Keflex 500mg BID x 7 days**
6A / 6p
Start Date: 2/24/06
Stop Date: 3/02/06
Prescriber: Wright

**Motrin 600mg TID x 5 days NOON dose KOP**
Start Date: 2/24/06
Stop Date: 2/28/06

Diagnosis
Allergies: NKDA
Housing Unit: Population
Patient ID Number: 167435
Patient Name: **Monroe, James**
Date of Birth: 09-08-1967

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: _Elmore_

| | Hour | Month/Year of Charting: 1/06 |
|---|---|---|

Prozac 20 mg ÷ 10
℥ AM × 90 days

Start Date: 12/22/05   Prescriber: _Banerjee_
Stop Date: 3/22/06   RX #:

Bactrim DS po
BID × 10 days

Start Date: 1/7/06   Prescriber: _Sushta_
Stop Date: 1/16/06   RX #:

Scrotal
Support

gun 1/13/06   x cont move

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Diagnosis

Allergies   NKDA

Housing Unit:
Patient ID Number: 167 735
Patient Name:
_Monroe, James_

Date of Birth: 3/8/67

| Documentation Codes |
|---|
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of Stock |
| 8. Medication Held |
| 9. No Show |
| 10. Other |

Facility Name: ELMORE

PROZAC 20mg
PO q̄ AM
x 90 days

6A

Month/Year of Charting: 12/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 12/22/05    Prescriber: BANERJEE
Stop Date: 3/29/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number: 167435
Patient Name: MONROE, James

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| A. Terrell | DF | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD

04/01/2005
STDT01

(KIL-445) KILBY CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ISONIAZID (INH) 300MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY

RX:   7064022 WEBB, N.P., MARTY , NP
START - 03/09/2005    STOP - 04/08/2005

PYRIDOXINE (VIT B-6) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY

RX:   7064026 WEBB, N.P., MARTY , NP
START - 03/09/2005    STOP - 04/08/2005

WART REMOVER (CPD W-DUOFILM) 17%
APPLY TO WART AT BEDTIME *KEEP ON PERSON*
FOR 60 DAYS  AVOID APPLYING TO HEALTHY
TISSUE

RX:   7068162 WEBB, N.P., MARTY , NP
START - 03/09/2005    STOP - 03/07/2005

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 04/01/2005 | THROUGH | 04/30/2005 | | |
|---|---|---|---|---|---|
| Physician | WEBB, N. P., MARTY | | Telephone No. | | Medical Record N |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: Katie Baily | | Title: LPN | |
|---|---|---|---|---|---|
| PATIENT | | | PATIENT CODE | ROOM NO. | BED FAC |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300mg po qd x 31 days 3-8-05 → 4-7-05 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B6 25mg po qd x 31 days 3-8-05 → 4-7-05 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salicylic Acid liq. 17% apply to top wart- Avoid healthy tissue x 60 d 3-10-05 → 5-10-05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **3-8-05**  THROUGH **3-31-05**

Physician **M Webb CRNP**

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record **1674**

Allergies **NKDA**

Rehabilitative Potential

Diagnosis

Medicaid Number   Medicare Number

Complete Entries Checked: By: **M Hardy**   Title: **LPN**   Date: **3-**

PATIENT **Monroe James**   PATIENT CODE   ROOM NO   BED   FACI

 **LabCorp** Laboratory Corporation of America    LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

 **LabCorp** Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN 026-684-3271-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

ECC
SRC:CU

FASTING: Y
DOB: 9/08/1967

| CLINICAL INFORMATION |
|---|
| CD- 41147609083 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 167435 |
|---|---|

| PATIENT NAME MONROE,JAMES | SEX M | AGE(YR./MOS.) 38 / 4 |
|---|---|---|

PT. ADD.:

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                              AL   36205-0000

| DATE OF COLLECTION TIME 1/26/2006     10:43 | DATE RECEIVED 1/26/2006 | DATE REPORTED 1/28/2006 | TIME 14:12 | 3019 |
|---|---|---|---|---|

ACCOUNT NUMBER:   01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Urine Culture, Routine | Final report | | |
| Result 1 | No growth | | YX |
| | | | YX |

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery,  AL 36104-0000          DIRECTOR: Alton Sturtevant B PhD



| Pat Name:  MONROE,JAMES | Pat ID:  167435 | Spec #:  026-684-3271-0 | Seq #:  3019 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges



LabCorp Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

LabCorp Laboratory Corporation of America
Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 011-684-3179-0 | S | YX | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

MOU
SRC:PN
FASTING: N
DOB: 9/08/1967

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MONROE,JAMES | M | 38 / 4 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/10/2006 | 14:17 | 1/11/2006 | 1/13/2006 | 14:24 | 2679 |

**CLINICAL INFORMATION**

SRC:UR CD- 41147608854

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| PEASANT J | 167435 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore AL 36205-0000
ACCOUNT NUMBER: 01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Chlamydia/GC, DNA Probe | | | |
| Chlamydia, DNA Probe | Negative | Negative | MB |
| N gonorrhoeae, DNA Probe | Negative | Negative | MB |
| Test valid for male urethral and female endocervical specimens only. | | | |
| Urine Culture, Routine | Final report | | YX |
| Result 1 | No growth | | YX |

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000 DIRECTOR: John Elgin N MD

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000 DIRECTOR: Alton Sturtevant B PhD

03/08/06

| Pat Name: MONROE,JAMES | Pat ID: 167435 | Spec #: 011-684-3179-0 | Seq #: 2679 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Referen...

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: _1/25/06_

#### URINALYSIS

LEUKOCYTES ___(−)___

NITRITE ___(+)___

UROBILINOGEN ___normal___

PROTEIN ___(−)___

pH ___8___

BLOOD ___(−)___

SPEC. GRAVITY ___1.010___

KETONE ___(−)___

GLUCOSE ___normal___

HCG _____

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Monroe, James | 167435 | 9/8/67 | B/m | Elmore |

PHS-MD-70012                    **LABORATORY REPORTS**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: _1/6/67_

### URINALYSIS

LEUKOCYTES __Trace__

NITRITE __(+)__

UROBILINOGEN __normal__

PROTEIN __Trace__

pH __5__

BLOOD __(-)__

SPEC. GRAVITY __1.025__

KETONE __(-)__

GLUCOSE __normal__

HCG ____

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Monroe, James | 167435 | 9/8/67 | B/m | Elmore |

PHS-MD-70012

**LABORATORY REPORTS**

# Bureau    Clinical Laboratories-M   tgomery

PO BOX 244018, MONTGOMERY ALABAMA 361244
Phone:3342603400    FAX:(334)2749800

| | |
|---|---|
| **Provider:** | **Accession** 120725 |

**Provider:**
KILBY CORRECTIONAL FACILITY
P O BOX 150
MT MEIGS, ALABAMA, 360570000
(334) 215-6600
Reported: 3/ 9/2005 @ 3:09 PM

**Accession** 120725
Requisition #: 120725
Doctor ID: UNKNOWN
Account No: KILBY CF
CHR #: 167435
Service Area:

ID: **31773**
Collected: 3/ 8/2005 @
Received: 3/ 9/2005 @ 8:49 AM

**Patient:**
**Monroe,James,**
D.O.B.: 9/ 8/1967  37 YRS 6 MOS 1
Sex: M  MALE
Phone: (000) 000-0000
**Status: Final Report**

Page: 1

| Test Name | Result | | Units | Normal Range | Notes |
|---|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | | |
| > Glucose | 137 | AH | mg/dL | 55 - 115 | |
| Urea Nitrogen | 14 | | mg/dL | 6 - 20 | |
| Creatinine | 1.1 | | mg/dl | 0.5 - 1.2 | |
| Sodium | 136 | | mEq/L | 133 - 145 | |
| Potassium | 4.0 | | mEq/L | 3.3 - 5.1 | |
| Chloride | 100 | | mEq/L | 96 - 108 | |
| Bicarbonate | 26.0 | | mEq/L | 22.0 - 29.0 | |
| Calcium | 9.7 | | mg/dl | 8.4 - 10.2 | |
| AST (SGOT) | 23 | | U/L | 0 - 38 | |
| ALT (SGPT) | 12 | | U/L | 0 - 41 | |
| Alkaline Phosphatase | 87 | | U/L | 40 - 129 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.0 - 1.0 | |
| Total Protein | 7.6 | | g/dL | 6.4 - 8.3 | |
| Albumin | 4.5 | | g/dL | 3.2 - 4.5 | |

**Report Summary**

| **Abnormal Summary** | | | | | |
|---|---|---|---|---|---|
| > Glucose | 137 | AH | mg/dL | 55 - 115 | |

Lab Director
William J. Callan,Ph.D

Date Printed:    3/ 9/2005    3:09 PM  >>  PH - Panic High    >  AH - Abnormal High    ~  A - Abnormal
Completed Between: 3/ 9/2005  -  3/ 9/2005  <<  PL - Panic Low

Pt Name:

Age: 36   M   F

HR: 85 BPM

Intervals:
RR: 707 ms
P: 118 ms
PR: 120 ms
QRS: 78 ms
QT: 342 ms
QTc: 407 ms

Axis:
P: 73°
QRS: 66°
T: 54°

P: 0.19 mV
S (V1): -1.25 mV
R (V5): 1.29 mV
Sokol.: 2.70 mV

SINUS RHYTHM
OTHERWISE NORMAL ECG

UNCONFIRMED REPORT

10 mm/mV

25 mm/s

10-MAR-05 07:53:44

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

E 76

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 3-17-05 | PE | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

### AREA OF TREATMENT (CIRCLE)



### PROGRESS NOTES:

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S |
|---|---|---|---|---|
| | | | | |

# TB CLINICAL RECORD

MONROE, JAMES
SSN: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          RACE:2          CHR: 631103799
MED:                    SEX:M           DOB: 09/08/1967
ADD:RT 1 CO RD 12                       DATE: 08/06/2004    (36)
FAYETTE AL 35555

PH:(205)932-7279

Clinic:  ☐ Outpatient    ☑ Regular chest
☑ First X-ray   ☐ Re-X-ray
Date of X-Ray  8-25-04   X-ray No 03-26178
Occupations: Present _____ None
          Past _____                    Personal Physician(s) _____

**EVALUATION:** (If contact; Name of index case, why TB tested, who referred and why.)  ⊕ ppd @ Metro

**CURRENT SYMPTOMS & MEDICAL HISTORY:**

| | | | | |
|---|---|---|---|---|
| Loss of appetite: | YES/NO | Weight loss: YES/NO | Fever: YES/NO | Chest pain: YES/NO | Night sweats: YES/NO |
| Hoarseness: | YES/NO | Liver disease: YES/NO | Fatigue: YES/NO | Dyspnea: YES/NO | |
| Smoker: | YES/NO — Packs per day 1 pck | | Number of years | |
| Alcohol use: | YES/NO — Quantity: | | Frequency | |
| Allergies: | YES/NO — To what: | | | |

Productive cough: YES/NO
Sputum production: Color: _____ Consistency _____ Amount per day: _____ Hemoptysis: _____
Other symptoms: _____ HIV status: _____
Regular periods? YES/NO   LMP: _____   Pregnant? YES/NO   Contraception method: _____
Present weight: 198   Usual weight: 186   Height: 5ft 10in

**ANTI-TUBERCULOSIS CHEMOTHERAPY PAST & PRESENT:** (Specify drugs & dates) _____

Other medications: _____

**BACTERIOLOGICAL STATUS:**

| | | |
|---|---|---|
| Last neg smear: _____ | (aerosol _____ spontaneous _____ ) | **Susceptibility Studies:** |
| Last neg cul: _____ | (aerosol _____ spontaneous _____ other _____ ) | Date: _____ |
| Last pos smear: _____ | (aerosol _____ spontaneous _____ ) | Sensitive to all drugs: YES/NO |
| Last pos cul: _____ | (aerosol _____ spontaneous _____ other _____ ) | Resistant to: _____ |

**MANTOUX SKIN TEST:** Date: 8-2-04   Result: (mm of induration): 8-4-04   14mm @ Metro
Other skin tests: 0mm @ Metro Mumps 2 yrs B
Signature: _____
**FILM INTERPRETATION:** _____   Date: 8/25/04

36 yto = ⊕ PPD. Inmate ⊕ 5 yrs ap
CXR 8/25/04 — Clear

**STATUS:** (Please circle one) NORMAL/ABNORMAL –If abnormal, please circle one: Cavitary–Noncavitary–Stable–Worsening–Improving
**DIAGNOSES:** (According to diagnostic standards)
**RECOMMENDATIONS:**

# 1

Latent TB. No Evidence of Active Disease.

Start INH per protocol.

_____ ,M.D                                    Date: 8/27/04

CHR 19

Inmate

# TUBERCULOSIS MEDICATION RECORD: LTBI THERAPY

MONROE, JAMES
SSN: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
MED:
ADD:RT 1 CO RD 12
FAYETTE AL 35555

RACE:2
SEX:M

CHR:631103799
DOB:09/08/1967
DATE: 08/06/2004 (36)
PH:(205)932-7279

____ DOB_____Race_____Sex_____Marital Status_____
____ Medicaid # _____
_____
(County)                                    _____Phone_____
                                             _____Phone_____

Initial Visit: Date_____          ___ Need for Treatment, ____Med Dosage,____Possible Side Effects
SIDE EFFECTS REPORTED/OBSERVED                    + = Present          o = Not Present

| Date    (M-D-Y) | 8/31/04 | 9/1/04 | 11/24/04 | 11/22/04 | 1/27/05 | / | / | / | / | / | / | / | / | / | / |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rash/Itching | ① | ② | ③ | ④ | ⑤ | | | | | | | | | | |
| Nausea | | | | | | | | | | | | | | | |
| Vomiting | | | | | | | | | | | | | | | |
| Fever | | | | | | | | | | | | | | | |
| Tingling/Numbness | | | | | | | | | | | | | | | |
| Dark Urine / Jaundice | | | | | | | | | | | | | | | |
| Fatigue | | | | | | | | | | | | | | | |
| Dizziness | | | | | | | | | | | | | | | |
| Wt. Loss/Appetite | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Sputum/Lab | | | | | | | | | | | | | | | |
| Initials: Health Care Worker | | | | | | | | | | | | | | | |
| Initials: Patient | | | | | | | | | | | | | | | |

Initial Key: Name:_____    Initials:_____
Name: _____    Intials:_____    Name: _____    Initials:_____

Date Started: _____/_____/_____          **AMOUNT (number of tabs/caps : total mgs) GIVEN**

| Date (M-D-Y) | WT | # | INH mg | B6 mg | | Signature |
|---|---|---|---|---|---|---|
| 8/31/04 | | 30 | 9000 | | | C. _____ |
| 10/1/04 | | 30 | 9000 | | | C. _____ |
| 11-24-04 | | 30 | 9000 | | | C. _____ |
| 11-22-04 | | 30 | 9000 | | | C. _____ |
| 1-27-05 | | 30 | 9000 | | | C. _____ |

PPD result ___14___ mm  Date _8 12 04_

☐ Contact (Index Case: _____)

☐ Converter (Last Neg. Test ___/___/___)

☐ Reactor

Blood Pressure, initial visit_____.    Blood Pressure, final visit _____.

ADPH-TB-10/Rev. 10-03 (BS)

 LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000



Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 067-205-5253-0 | S | MB | COMPLETE | Page #:    2 |

### ADDITIONAL INFORMATION

| PHY-28 | FASTING: N | |
|---|---|---|
| 3/7 | DOB: 9/08/1967 | |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MONROE,JAMES | M | 37  /  6 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/08/2005 | 6:42 | 3/08/2005 | 3/09/2005 | 7:20 | 3903 |

### CLINICAL INFORMATION

CD- 41139314593

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 167435 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | | RESULT | | LIMITS | LAB |
|---|---|---|---|---|---|
| CHD | <100 | >100 | | >or=130 | |
| 2+  Risk Factors | <130 | >or=130 | | >or=130 | |
| 0-1 Risk Factors | <160 | >or=160 | | >or=190 | |
| > T. Chol/HDL Ratio | | 5.8H | ratio units | 0.0 - 5.0 | |
| > Estimated CHD Risk | | 1.2H | times avg. | 0.0 - 1.0 | |

```
                                       T. Chol/HDL Ratio
                                             Men    Women
                            1/2 Avg.Risk    3.4      3.3
                                Avg.Risk    5.0      4.4
                            2X  Avg.Risk    9.6      7.1
                            3X  Avg.Risk   23.4     11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: John Elgin N MD

KILBY CORRECTIONAL FAC...TY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
Monroe, James

PRISON ID
167435

DATE SUBMITTED
3-7-00

# NPY 28

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | 3+ | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

03/10/05
MW

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTO'

HCX

HEALTHCARE CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

E-76          Name: Monroe, James

(PE)

State ID No: 167435

INSTITUTION: KCF

DOB 9-8-67

Race: B          Sex: m

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| m Webb | 3-7-05 | 2pm | ✓ | | |

HISTORY/DIAGNOSIS:

R/O TB

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Monroe                          REPORT

Chest:  The heart is not enlarged.  The lungs show mildly increased interstitial markings but are otherwise clear.
IMPRESSION:  THE CHEST IS UNREMARKABLE EXCEPT FOR INCREASED INTERSTITIAL LUNG MARKINGS.  IF AN ACUTE INFILTRATE IS SUSPECTED FOLLOW UP IS RECOMMENDED.

D & T: 03-09-05  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

03/10/05
MW

KM RT

X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)                 RADIOLOGIST'S SIGNATURE





**PRISON HEALTH SERVICES INCORPORATED**

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination 3-7-05

Initial Classification

Oral Pathology .......................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms ..................... Periapical
Bitewing
Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication  INH | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 2-7-06 | 6 | | S: c/c "My tooth has been bothering" | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Monroe, James | 167435 | 9-8-67 | B | KCF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 2-16-06 | 5 | | Pt presented w/ a c/o "My tooth next hore you anyway else to help comfort w/ in all. Abt t Motrin, Penicillin 500 mg tabs. Disp. above My tid x 7 days, vid day tid x 5 days. All pt that as soon as appt is received I an appt will be made. | | |
| 2/23/06 | 5 | | Dental Sick call Surgery "My tooth still is hurting" Pt. states he may of the many Dilly wells. Pt pleasent w/ a slight tender though advised Motrin also. Refill w/ tid x 7 days Motrin tab x 5 days. Extract appt made (W) Ext #5 | | |
| 3/2/06 | 5 | Inrew ll pt # 5 Pulp IM6. Cons. for #5 — Surg. w/ Dento cp I pl. 1 Ext 22 c lidoc ✓ 1 mg m (1 hr x 2) PCR c inull cl w/ cl. Re-Motrin tab x 3 days | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|---|---|---|---|---|---|
| Monroe | James | | 9-8-67 | | 167 |

PHS-MD-70022



PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name  James Monroe                AIS# 167435c

1.  I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth.  Some complications may require further treatment and or surgery.

2.  I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3.  I have had the opportunity to ask questions which have been answered to my satisfaction.

4.  I understand there is no guarantee of success or permanence of the treatment.

5.  I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

## SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 5 | EOX | 3/2/06 |
| | | |
| | | |
| | | |

James Monroe
Patient's Signature

Dentist's Signature

3-2-06
Date

3-2



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _JAMES MONROE_ Date of Request: _2-22-06_
ID # _167438_ Date of Birth: _9/8/67_ Location: _B-2-61_
Nature of problem or request: _This is My second Request my_
_tooth is still hurting I would like to get it out_
_but Im in pain,_

_James Monroe_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** Tooth still hurting

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____
Dental Screening

**(A)ssessment:** Extraction needed

**(P)lan:** Extraction appointment made
Medication Ordered

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY (✓)
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _James Monroe_                    AIS #: _167435_

1.    I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_James Monroe_                                    _2-23-06_
Patient's Signature                                Date

_[signature]_                                    _2-23-06_
Dentist's Signature                                Date

60528-AL



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _JAMES MONROE_                 ~~BCDC#:~~ AIS# _167435_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.



_James Monroe_
_____
Patient's Signature

_2-7-06_
_____
Date



_____
Dentist's Signature

_2-7-06_
_____
Date

PHS MD-70090

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KELLY MONROE (# 167 435) | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-928-MEF |
| | * | |
| OFFICER L. THOMAS, et al. | * | |
| Defendants. | * | |
| | * | |

## AFFIDAVIT OF PAUL CORBIER, M.D.

STATE OF ALABAMA

COUNTY OF Elmore

BEFORE ME, Paul Arnold Corbier, a notary public in and for said County and State, personally appeared **PAUL CORBIER, M.D.** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

My name is Paul Corbier. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been licensed as a physician in Alabama since 2005, and have been board certified in internal medicine since 1998. I have served as the Medical Director for Staton Correctional Facility in Elmore, Alabama since July 2006. Since July 2006 my employment at Staton Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

James Kelly Monroe (#167435) is an inmate who was incarcerated at Staton Correctional Facility at all times relevant to this matter. I have reviewed Mr. Monroe's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Monroe has made a Complaint in this matter that Staton Correctional Facility has failed to provide him with appropriate medical treatment subsequent to being involved in an altercation with an inmate on September 4, 2006. Mr. Monroe's allegations are unfounded, as this inmate has been provided appropriate care at all times.

On September 4, 2006, Mr. Monroe was treated in the emergency room at Baptist Hospital for a stab wound to his back. He was seen the following day in follow-up in the infirmary at Staton Correctional Facility and was treated with pain medicine, antibiotics, tetanus booster and x-rays. Since that time, the staples were removed from the wound and he has received additional medication for his medical complaints. He has been treated each time he raised any health complaints.

Based on my review of Monroe's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Staton Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Staton. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

2

At no time have I or any of the medical or nursing staff at Staton Correctional Facility denied Monroe any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Monroe. At all times, Monroe's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_Paul Arnold Corbier_

STATE OF ALABAMA          )
                          )
COUNTY OF _____    )

Sworn to and subscribed before me on this the _12_ day of _December_ 2006.

_Annie Latimore_
Notary Public

My Commission Expires:
_12/06/2008_

3

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KELLY MONROE, (AIS #167435), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | | 2:06-CV-928-MEF |
| | * | |
| OFFICER L. THOMAS, et al. | * | |
| | * | |
| Defendants. | * | |

## AFFIDAVIT OF DARRYL ELLIS, DIRECTOR OF NURSING

**BEFORE ME,** *Annie Latimore*            , a notary public in and for said

County and State, personally appeared **DARRYL ELLIS, DIRECTOR OF NURSING,**

and being duly sworn, deposed and says on oath that the averments contained in the

foregoing are true to the best of her ability, information, knowledge and belief, as

follows:

"My name is Darryl Ellis. I am over the age of twenty-one and am personally

familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered

nurse in Alabama since 1995. I hold an Associates Degree in nursing from Troy State

University. Since 1995, I have practiced as a registered nurse in a variety of positions

and settings. In particular, I have worked at Staton Correctional Facility in Elmore,

Alabama as a LPN since 1985 and as a registered nurse since 1995. Since October 2005,

I have been employed as the Director of Nursing for Staton Correctional Facility by

Prison Health Services, Inc., the company which currently contracts with the Alabama

Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Staton Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that James Kelly Monroe has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical treatment subsequent to being involved in an altercation with an inmate on September 4, 2006. However, Mr. Monroe has failed to exhaust Staton's informal grievance procedure

relating to the receipt of medical care for this alleged condition. Specifically, Mr. Monroe has not submitted all appropriate and required forms. As such, the healthcare unit at Staton Correctional Facility has not been afforded the opportunity to resolve Mr. Monroe's medical complaints prior to filing suit.

Further affiant sayeth not.

_Darryl Ellis, DON_
DARRYL ELLIS
DIRECTOR OF NURSING

STATE OF ALABAMA          )
                          )
COUNTY OF _Elmore_        )

Sworn to and subscribed before me on this the _8th_ day of _January_, 200_7_.

_Annie Fortimire_
Notary Public

My Commission Expires:
_12/06/2008_

# EXHIBIT D

# POLICY/PROCEDURE

**Prison Health Services, Inc**

| | |
|---|---|
| | Date of Origin: 11/03/03<br>Date of Previous:<br>Revised Date: 1/1/05<br>Revised Date: 5/18/05 |
| | Page 1 of 1 |
| FACILITY NAME:  Alabama Department of Corrections | COUNTY:<br>STATE: Alabama |

**TITLE:** Grievance Mechanism for Health Complaints          **NUMBER:** GP011

**REFERENCE: NCCHC :** P-A-11; ACA Standard 1-HC-3A-01

**POLICY:**

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance.  A grievance mechanism addresses inmate's complaints about health services.

**PROCEDURE:**

1.  The Health Administrator will work with the facility administrator to ensure that there is a well-defined procedure for handling inmate grievances and appeals.

2.  When a grievance about health care services is received (inmate grievance), the medical record is reviewed, and if necessary, the inmate is interviewed. A review of the grievance occurs within 3 days after receiving the grievance and answered.

3.  Immediate resolution is expected if the grievance involves the inmate's access to health care. The Warden or Warden's designee will be copied.

4.  Every effort will be made to resolve the inmate's grievance to his/her satisfaction.

5.  If the grievance cannot be resolved to the inmate's satisfaction, the inmate may request an appeal in which case the written grievance will be reviewed through the facility review process and answered within 5 days.

6.  Separate logs will be maintained for grievances and grievance appeals.

7.  Summary review of inmate health care (grievances and grievance appeal logs) are included in the Quality Improvement meetings and identified problems are viewed as opportunities to improve care.

# EXHIBIT E

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**

O₂S 97%

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Staton | | |
|---|---|---|---|---|---|
| 9/4/06 | 740 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☑ EMERGENCY ☑ OUTPATIENT | |

ALLERGIES    NKA

CONDITION ON ADMISSION
☐ GOOD   ☐ FAIR   ☐ POOR   ☐ SHOCK   ☐ HEMORRHAGE   ☐ COMA

VITAL SIGNS: TEMP 98⁸   ORAL RECTAL   RESP. 20   PULSE 96   B/P 160, 96   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S - I was just sitting watching
TV when somebody came
and started stabbing people

O - AOx3. Skin w/o Resp clear
Noted 2.5cm stabbed wound
on ® side of spine below
shoulder blade. O draining
at present. 1 cm laceration
@ R elbow c̄ blood flow
@ slow rate. C/o pain
when asked to take a deep

PHYSICAL EXAMINATION
breath to check lung sounds.
Pain continuous

A - Maint puncture wounds

P - Reported to Dr Corbier

To be sent to Bapt So ER
via van.



PROFILE RIGHT OR LEFT

2.5 cm

1 cm

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 9/4/06 | AM PM | ☑ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION | |
|---|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Monroe, James | 167438 | 9/8/67 | Blm | Sec |

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)