IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES KELLY MONROE, #167 435     *

    Plaintiff,     *

    v.     *     2:06-CV-928-MEF

OFFICER L. THOMAS, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Discovery. Plaintiff seeks production of his medical records from Baptist Hospital where he received treatment for a stab wound on September 4, 2006. He also seeks production of documents "which will reveal prior violen[ce] against inmates by Andre Jolly . . ." Upon consideration of Plaintiff's discovery request, and for good cause, it is

ORDERED that Plaintiff's Motion for Discovery, wherein he seeks production of his medical records from Baptist Hospital made on or about September 4, 2006 and reports of any prior acts of violence by inmate Jolly, (Doc. No. 23 ) is DENIED. The court finds that such information is irrelevant to a determination of the issues before the court. The request, however, may be reconsidered if warranted by further developments.

It is further

ORDERED that on or before February 8, 2007 Defendants shall FILE a supplement to their special report which contains the most recent standard ADOC enemy verification /enemy alert form prepared on behalf of Plaintiff and inmate Andre Jolly, if such documents exist.

Done, this 19th day of January 2007.

                                          /s/Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES MAGISTRATE JUDGE