IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KELLY MONROE (AIS# 167435), | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION: 2:06CV-928-MEF |
| OFFICER L. THOMAS, et al. | * | |
| Defendants. | * | |

**DEFENDANT PRISON HEALTH SERVICES SUPPLEMENTAL
FILING TO THEIR SPECIAL REPORT AND FILINGS
REQUESTED PURSUANT TO COURT'S ORDER**

COME NOW Defendants, Prison Health Services, Inc., Paul Corbier, M.D., Eugene Lysykanycz, L.P.N., and Cheryl Webb, by and through counsel, and, pursuant to this Court's Order dated January 19, 2007, the Defendants do submit the following supplement to their Special Report concerning the following documents:

1.  The most recent standard ADOC enemy verification/intermediate alert form prepared on behalf of Plaintiff and Inmate Andre Jolly.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 31st day of January, 2007, to:

James K. Monroe (AIS# 167435)
Staton Correctional Facility
P. O. Box 56
Elmore, AL  36025

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

<u>ENEMIES LIST</u>

IT HAS BEEN DOCUMENTED BY ME, <u>WANDA WORTHEY</u>,
                                          NAME

<u>CLASSIFICATION SPECIALIST</u>, <u>STATON CORRECTIONAL FACILITY</u>,
          TITLE                              INSTITUTION

<u>01-19-2007</u>, THAT INMATE <u>JAMES MONROE</u>,
    DATE                              NAME

<u>B/M</u>, AIS # <u>167435</u>, <u>STATON CORRECTIONAL FACILITY</u>
 R/S                                   INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| JOLLY, ANDRE | B/M | 128255 | KILBY |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

BOC #252

N 252