IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES KELLY MONROE, #167 435           *

    Plaintiff,                                                    *

v.                                                                    *          2:06-CV-928-MEF

OFFICER L. THOMAS, *et al.*,                        *

    Defendants.                                             *

_____

**ORDER**

Upon consideration of Defendants' supplement filed January 31, 2007, and for good cause, it is

ORDERED that on or before February 8, 2007 Defendants shall FILE a second supplement to their special report which contains the ADOC's enemy verification /enemy alert form for *both* Plaintiff and inmate Andre Jolly which existed at the time the incident in question occurred, if such documents exist.

Done, this 1st day of February 2007.

                                                           /s/Terry F. Moorer
                                                           TERRY F. MOORER
                                                           UNITED STATES MAGISTRATE JUDGE