**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES K. MONROE** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO. 2:06-CV-928-MEF** |
| **OFFICER L. THOMAS, ET AL.** | ) |
| | ) |
| **Defendant(s).** | ) |
| | ) |
| | ) |

**SUPPLEMENTAL SPECIAL REPORT**

COME NOW the Defendants, Louis Thomas, C.T. Jenkins, Richard Golden, Levan Thomas, Leon Forniss and George Edwards, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and in accordance with this Honorable Court's January 19, 2007 and February 1, 2007 Orders, offer the following:

1.     Exhibit 1 – Affidavit of Annie Lattimore which certifies the attached enemies lists of Inmates Vincent Crim, Michael Grant, and James Monroe dated January 19, 2007.

2.     No such enemies lists existed at the time the incident in question occurred.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 1st day of February, 2007, electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing

upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly

addressed as follows:

James K. Monroe, AIS 167435
Staton Correctional Facility
POB 56
Elmore, AL 36025

The Clerk using the CM/ECF system will send notification of this filing to the following

parties:

Paul M. James, Jr.
Attorney for PHS Defendants

/s/ *Jeffery H. Long*
Jeffery H. Long

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES MONROE #167435 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-928-MEF |
| | ) | |
| OFFICER L. THOMAS, et.al. | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## A F F I D A V I T

**State of Alabama**      :

**Elmore County**      :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Annie Latimore, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I hereby certify and affirm that I am the Alternate Custodian of Records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and am competent to testify to the matters stated herein

The attached ***State of Alabama Department of Corrections Enemy Validation Committee Sheets and Enemies List Report*** consisting of six pages, is true, and exact and correct photocopies of documents maintained here in the institutional files.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents

and entries therein were made reasonably near the time that such acts, events and

transactions referred to therein are said to have occurred.

ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this 24 day of January 2007.

NOTARY PUBLIC

4/10/2010

My Commission Expires:

## ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, ___WANDA WORTHEY_____,
                                          NAME

___CLASSIFICATION SPECIALIST___, STATON CORRECTIONAL FACILITY,
         TITLE                INSTITUTION

___01-19-2007___, THAT INMATE _VINCENT CRIM_,
      DATE                  NAME

_B/M_, AIS # _167807_____, STATON CORRECTIONAL FACILITY,
R/S                                INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT

FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| JOLLY, ANDRE | B/M | 128255 | KILBY |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL
OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY
TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION
FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE
COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS
LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE
GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT
SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT
REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

**BOC #252**

N 252

## ENEMY VALIDATION COMMITTEE

**FROM:**  Wanda Worthey, Classification Spec.     **DATE:**  01/19/2007

**RE:**     Crim, Vincent BM#167807

**TO:** Institutional Enemy Validation Committee
Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional
Facility, inmate Andre Jolly (BM#128255) did stab inmate Vincent Crim
(BM#167807) in the right hand with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

**FROM:** Institutional Enemy Validation Committee
Staton Correctional Facility

**TO:** Classification Coordinator
Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not
be housed in the same population.  This is determined to be a valid enemy situation.

_____          _____          _____
    **VALIDATION COMMITTEE**              **VALIDATION COMMITTEE**              **VALIDATION COMMITTEE**

## ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, _____WANDA WORTHEY_____ ,
                                        NAME

__CLASSIFICATION SPECIALIST__ , __STATON CORRECTIONAL FACILITY__ ,
          TITLE                            INSTITUTION

__01-19-2007_____ , THAT INMATE __MICHAEL GRANT_____ ,
        DATE                                NAME

__B/M__ , AIS # __152447_____ , __STATON CORRECTIONAL FACILITY__ ,
  R/S                                       INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT

FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|------|-------|-------|-------------|
| JOLLY, ANDRE | B/M | 128255 | KILBY |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL
OF THE ABOVE NAMED INMATES.  THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY
TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION
FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE.  THE GREEN FILE
COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS
LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE
GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT
SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM.  IT IS ESSENTIAL THAT
REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

**BOC #252**

N 252

## ENEMY VALIDATION COMMITTEE

**FROM:**  Wanda Worthey, Classification Spec.      **DATE:**  01/19/2007

**RE:**      Grant, Michael BM#152447

**TO:** Institutional Enemy Validation Committee
        Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
 Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional
Facility, inmate Andre Jolly (BM#128255) did stab inmate Michael Grant
(BM#152447) in the neck and upper arm with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

**FROM:** Institutional Enemy Validation Committee
          Staton Correctional Facility

**TO:** Classification Coordinator
        Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not
be housed in the same population.  This is determined to be a valid enemy situation.

VALIDATION COMMITTEE          VALIDATION COMMITTEE          VALIDATION COMMITTEE

## ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, <u>WANDA WORTHEY</u>,
                              NAME

<u>CLASSIFICATION SPECIALIST</u>, <u>STATON CORRECTIONAL FACILITY</u>,
         TITLE                        INSTITUTION

<u>01-19-2007</u>, THAT INMATE <u>JAMES MONROE</u>,
    DATE                       NAME

<u>B/M</u>, AIS # <u>167435</u>, <u>STATON CORRECTIONAL FACILITY</u>
 R/S                              INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT

FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|------|-------|-------|-------------|
| JOLLY, ANDRE | B/M | 128255 | KILBY |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL
OF THE ABOVE NAMED INMATES.  THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY
TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION
FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE.  THE GREEN FILE
COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS
LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE
GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT
SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM.  IT IS ESSENTIAL THAT
REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

**BOC #252**

N 252

## ENEMY VALIDATION COMMITTEE

**FROM:** Wanda Worthey, Classification Spec.    **DATE:** 01/19/2007

**RE:** Monroe, James BM#167435

**TO:** Institutional Enemy Validation Committee
Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional
Facility, inmate Andre Jolly (BM#128255) did stab inmate James Monroe
(BM#167435) in the back and right elbow with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

**FROM:** Institutional Enemy Validation Committee
Staton Correctional Facility

**TO:** Classification Coordinator
Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not
be housed in the same population. This is determined to be a valid enemy situation.


_____    _____    _____
**VALIDATION COMMITTEE**        **VALIDATION COMMITTEE**        **VALIDATION COMMITTEE**