IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES KELLY MONROE (AIS# 167435), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION: 2:06CV-928-MEF |
| | * | |
| OFFICER L. THOMAS, et al. | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT PRISON HEALTH SERVICES SECOND
SUPPLEMENTAL FILING TO THEIR SPECIAL REPORT
AND FILINGS REQUESTED PURSUANT TO COURT'S ORDER**

COME NOW Defendants, Prison Health Services, Inc., Paul Corbier, M.D., Eugene Lysykanycz, L.P.N., and Cheryl Webb, by and through counsel, and, pursuant to this Court's Order dated February 1, 2007, the Defendants do submit the following supplement to their Special Report concerning the following documents:

1. The most recent standard ADOC enemy verification/intermediate alert form prepared on behalf of Plaintiff and Inmate Andre Jolly.

2. Affidavit of Michelle Sagers, Health Services Administrator.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 5th day of February, 2007, to:

James K. Monroe (AIS# 167435)
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025

Jeffery H. Long, Esq.
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc., Paul Corbier, M.D., Eugene
Lysykanycz, L.P.N., and Cheryl Webb

ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, __WANDA WORTHEY__,
                                    NAME

__CLASSIFICATION SPECIALIST__, __STATON CORRECTIONAL FACILITY__,
         TITLE                          INSTITUTION

__01-19-2007__, THAT INMATE __JAMES MONROE__,
     DATE                        NAME

__B/M__, AIS # __167435__, __STATON CORRECTIONAL FACILITY__
  R/S                              INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT
FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| JOLLY, ANDRE | B/M | 128255 | KILBY |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

BOC #252

N 252

## ENEMY VALIDATION COMMITTEE

FROM: Wanda Worthey, Classification Spec.    DATE: 01/19/2007

RE: Monroe, James BM#167435

TO: Institutional Enemy Validation Committee
    Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional Facility, inmate Andre Jolly (BM#128255) did stab inmate James Monroe (BM#167435) in the back and right elbow with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

FROM: Institutional Enemy Validation Committee
      Staton Correctional Facility

TO: Classification Coordinator
    Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not be housed in the same population. This is determined to be a valid enemy situation.

_Wanda Worthey_                    _Edward Robinson_                _Paul R. Dunn_
VALIDATION COMMITTEE              VALIDATION COMMITTEE              VALIDATION COMMITTEE

<u>ENEMIES LIST</u>

IT HAS BEEN DOCUMENTED BY ME, <u>WANDA WORTHEY</u>,
NAME

<u>CLASSIFICATION SPECIALIST</u>, <u>STATON CORRECTIONAL FACILITY</u>,
TITLE                                INSTITUTION

<u>01-19-2007</u>, THAT INMATE <u>VINCENT CRIM</u>,
DATE                              NAME

<u>B/M</u>, AIS # <u>167807</u>, <u>STATON CORRECTIONAL FACILITY</u>,
R/S                                    INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| JOLLY, ANDRE | B/M | 128255 | KILBY |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

BOC #252

N 252

## ENEMY VALIDATION COMMITTEE

FROM: Wanda Worthey, Classification Spec.    DATE: 01/19/2007

RE: Crim, Vincent BM#167807

TO: Institutional Enemy Validation Committee
    Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional Facility, inmate Andre Jolly (BM#128255) did stab inmate Vincent Crim (BM#167807) in the right hand with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

FROM: Institutional Enemy Validation Committee
    Staton Correctional Facility

TO: Classification Coordinator
    Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not be housed in the same population. This is determined to be a valid enemy situation.

_____    _____    _____
VALIDATION COMMITTEE        VALIDATION COMMITTEE        VALIDATION COMMITTEE

## ENEMIES LIST

IT HAS BEEN DOCUMENTED BY ME, __WANDA WORTHEY__,
NAME

__CLASSIFICATION SPECIALIST__, __STATON CORRECTIONAL FACILITY__,
TITLE                              INSTITUTION

__01-19-2007__, THAT INMATE __MICHAEL GRANT__,
DATE                                  NAME

__B/M__, AIS # __152447__, __STATON CORRECTIONAL FACILITY__,
R/S                                               INSTITUTION

CANNOT LIVE IN POPULATION WITH THE FOLLOWING NAMED INMATES WITHOUT FEAR OF BODILY HARM:

| NAME | R & S | AIS # | INSTITUTION |
|---|---|---|---|
| JOLLY, ANDRE | B/M | 128255 | KILBY |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DISTRIBUTION WILL BE MADE TO THE GREEN FILE AND THE CENTRAL FILE ON ALL OF THE ABOVE NAMED INMATES. THE CENTRAL FILE COPY SHOULD BE SENT DIRECTLY TO THE SUPERVISOR OF THE RECORDS & ID SECTION OF THE CENTRAL RECORDS DIVISION FOR PERMANENT PLACEMENT IN THE FRONT OF THE CENTRAL FILE. THE GREEN FILE COPY WILL BE SENT TO THE SOCIAL SERVICES COORDINATOR, IF THE INMATE(S) IS LOCATED IN OTHER INSTITUTIONS, FOR PERMANENT PLACEMENT IN THE FRONT OF THE GREEN JACKET. DOCUMENTATION AND/OR REASONS WHY THE INMATE(S) SHOULD BE KEPT SEPARATE WILL BE RECORDED ON THE BACK OF THIS FORM. IT IS ESSENTIAL THAT REASONS FOR SEPARATION BE SPECIFIC, WELL DOCUMENTED, AND FACTUAL.

BOC #252

N 252

## ENEMY VALIDATION COMMITTEE

FROM: Wanda Worthey, Classification Spec.    DATE: 01/19/2007

RE: Grant, Michael BM#152447

TO: Institutional Enemy Validation Committee
Staton Correctional Facility

The inmate referenced above has claimed the following inmate(s) as being his enemy (ies):
Jolly, Andre BM#128255

For reason(s) indicated below:

On September 4, 2006, while both subject's were assigned to Staton Correctional Facility, inmate Andre Jolly (BM#128255) did stab inmate Michael Grant (BM#152447) in the neck and upper arm with a prison made knife.

Please review and render a decision as to whether or not this is a valid enemy situation.

FROM: Institutional Enemy Validation Committee
Staton Correctional Facility

TO: Classification Coordinator
Staton Correctional Facility

After a judicious review of the above referenced matter, the following decision is rendered:

It is in the best interest of institutional security that the two aforementioned inmates not be housed in the same population. This is determined to be a valid enemy situation.

VALIDATION COMMITTEE     VALIDATION COMMITTEE     VALIDATION COMMITTEE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES KELLY MONROE, (AIS #167435),         *

                                            *

    Plaintiff,
                                            *

V.                                             2:06-CV-928-MEF
                                            *

OFFICER L. THOMAS, et al.
                                            *

    Defendants.
                                            *

### AFFIDAVIT OF MICHELLE SAGERS, HEALTH SERVICES ADMINISTRATOR

**BEFORE ME,** Annie Latimore, a notary public in and for said County and State, personally appeared **MICHELLE SAGERS, HEALTH SERVICES ADMINISTRATOR,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Michelle Sagers. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have an Associates Degree in Nursing from Montgomery College in Takoma Park, Maryland and a Bachelor's Degree in Health Information Management from Alabama State University in Montgomery. Since 1998, I have practiced as a registered nurse in a variety of positions and settings. I have been employed as the Health Services Administrator since July 17, 2006 for Staton Correctional Facility by Prison Health Services, Inc., the company which currently

contracts with the Alabama Department of Corrections to provide medical services to inmates.

It is my understanding that James Kelly Monroe has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical treatment subsequent to being involved in an altercation with an inmate on September 4, 2006. Sometime after the above incident, I spoke with Mr. Monroe and he requested a copy of his medical records. I informed Mr. Monroe that I could not give him a copy of his medical records and advised him that he needed to discuss his request with the Warden. I have had very limited involvement with this matter and I was not involved with the medical care or treatment of James Kelly Monroe in any way.

Further affiant sayeth not.

_____
MICHELLE SAGERS
HEALTH SERVICES ADMINISTRATOR

STATE OF ALABAMA    )
                    )
COUNTY OF Elmore    )

Sworn to and subscribed before me on this the __15__ day of January, 2007.

_____
Notary Public

My Commission Expires:
12/06/2008