## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF, ALABAMA NORTHERN DIVISION

JAMES MONROE )
**DEFENDANT/MOVANT (pro-se)** )
 )
VS. ) CASE NO : 2:06-CV-928-MEF
 )
 )
STATE OF ALABAMA )
**RESPONDANT(s)** )

RECEIVED
2007 FEB 12 A 10:02

### NOTICE OF CHANGE ADDRESS

**Come now,** JAMES MONROE, (pro-se) and do hereby give unto this Honorable Circuit Court of MONTGOMERY AL County Alabama and its Honorable Circuit Court Clerk _____, is notice of address change as of the following 2/7-07. whereby he was transferred to StClair Correction Facility located in SPRINGSVILLE StClair Rd County, Alabama at P.O.Box #1000, SPRINGSVILLE, Al. 35106 and respectfully request that this Honorable Court Please foward any and all correspondences to the same as appears below.

**Submitted this the** 2/8-07 **day of** FEB, 2007

Submitted by.

167435: James Monroe
A.I.S.#                    (pro-se)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S. Mail on this the 8th day of FEB - 2007.

SERVICE TO: STATE OF AL

SUBMITTED BY

167435 - James McRae (pro-se)
A.I.S.#

167435-0-2-35
James Monroe
1000 St Clair Rd.
Springville AL, 35106

Legal Mail

36101+0711-11 E007

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Ct
PO Box 711
Montgomery, AL 36101-0711