IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

JAMES MONROE          2:06-CV-928-MEF
PLAINTIFF
.V.
OFFICER THOMAS, Et al.,
    DEFENDANTS.

AFFIDANT FOR ORDER ISSUED ON FEBRAUARY 06, 2007

THE FORGOING STATEMENT IS TRUE AND CORRECT TO MY PERSONAI KNOWIEDGE

1. THE COURT ORDERED the PLAINTIFF FILE A RESPONSE to DEFENDANTS WRITTEN REPORT ON OR BEFORE FEBRUARY 26, 2007.

2. I AFFIRM, I HAVE DONE FILED AND SERVED A RESPONSE to the COURT AND DEFENDANTS A RESPONSE to THE WRITTEN REPORTS, THIS WAS DONE BEFORE the COURT ISSUED THIS ORDER ON - 2-06-07

3 PIEASE SEE CASE ACTION SUMMARY

DONE THIS DAY OF          RESPECTFULLY SUBMITTED
2-19-07
                          James Monroe
                          167435 (I-01-1A
                          1000 StCIAIR Rd
                          SPRINGVIlIE AL, 35146



167435-I-01-1A
JAMES MONROE
1000 ST CLAIR Rd
SPRINGVILLE AL, 35146

OFFICE OF THE CLERK
UNITED STATES D's COURT
PO BOX 711
MONTGOMERY AL, 36101