# NOTICE TO CLERK AND PARTIES the Plaintiff's new address change is:

JAMES MONROE
#167435 (I-01-1A)
1000 St. Clair Road
Springville, Alabama
35146-5582 USA

Respectfully Submitted

x /s/ James Monroe
JAMES MONROE

Copies to: Defendant's, Et al.

SCANNED

167435-I-01-1A
James Monroe
1000 St Clair Rd
Springville AL, 35146

Office of the Clerk
United States D's courts
Po Box 711
Montgomery AL 36101