IN THE UNITED STATES DISTRICT COURT
*FOR THE MIDDLE DISTRICT OF ALABAMA*
-NORTHERN DIVISION-

JAMES KELLEY MONROE, #167435                *
PLAINTIFF,

VS.                                          * CASE NO.: 2:06-CV-928-MEF-WO

OFFICER L. THOMAS, et. al.,                  *
DEFENDANTS.

### "MOTION FOR APPOINTMENT OF COUNSEL"
### "NOTICE OF RETALIATIONS"

COMES NOW, your Plaintiff, by and through Jailhouse Lawyer, Stanley E. Permenter, and files this consolidated Motion for Appointment of Counsel and Notice of Retaliations and shows the Honorable Court:

1. Pursuant to U.S.C. 1915 this Court can appoint Plaintiff cousel upon good cause shown with extraordinary circumstances. In this Case at bar, there is good cause and extraordinary circumstances:

### JAILHOUSE LAWYERS

From the beginning, James Kelley Monroe has utilized "Jailhouse Lawyers" to assist him with this litigation prosecuting his valid claims. Due to circumstances beyond his control, he has been transferred to different facilities in different circuits with different "Jailhouse Lawyers". Thus, having to utilize different "Jailhouse Lawyers" each and every time Defendants desire to transfer him (and they can transfer him on a whim) severely prejudices his case.

### SPECIAL EDUCATION AND MENTAL ILLNESS

James Kelly Monroe did not finish High School, and when he did attend he was assigned to Special Education classes due to low IQ test scores and mental retardation. Moreover, James Kelly Monroe is under care of Psychiatrist and Mental Health team in prison now for his Serious Mental Illness problems.

### ISSUES ARE COMPLEX

The issues in this case are complex requiring significant amount of research, and with multiple parties involved from State agents, contracted health-care and mental health-care providers, various prisoners plus the Attorney General, it will be proper for the Court to appoint James Kelly Monroe cousel. In addition, the medical terms are complex, and James Kelly Monroe is no match for Attorney General, Troy King, and the law firm "RUSHTON, STAKELY, JOHNSTON & GARRETT, PA". Accordingly, in a token of fundamental fairness this Honorable Court could appoint James Kelly Monroe cousel. (He has diligently sought assistance of counsel to no avail.)

2. Pursuant to the 1st Amendment of the United States Constitution Plaintiff files this Notice of Retaliations for him exercising the right to petition the Government for redress of his grievances. In the case at bar, the Defendants, by and through their agents and other affiliates of Alabama Department of Corrections, retaliated against your Plaintiff for filing the Complaint in this case and shows:

## TRANSFERRED TO MAXIMUM CAMP (ST. CLAIR)

When this action commenced, James Kelly Monroe was incarcerated at Staton Correctional Facility in Elmore, Alabama which is a Medium Security Camp with a Security Level IV. He had Minnimum Custody at the time, with a Security Level IV. (It is James Kelly Monroe's position that he should not of been at Staton, but at a Minnimum Security camp.)

In February 2007, Defendants, by and through their agenst and other affiliates, transferred James Kelly Monroe to St. Clair Correctional Facility in Springville, Alabama which is a Maximum Security Camp with a Security Level V. Since January 11, 2007, James Kelly Monroe has Security Level II with Minimum Custody II, too. SEE Enclosed Alabama Department of Corrections Inmate Summary of James Kelly Monroe as of March 2, 2007 attached hereto.

It is abundantly clear, that Defendants transferred your Plaintiff for filing this lawsuit. In the case at bar, James Kelly Monroe was stabbed by a 10 inch long Butcher knife, and suffers paranoia delusions associated with the trauma of the event. What do your Defendants do? They transfer your Plaintiff to a more violent Camp with a lot more serious violent offenders serving lengthier sentences, if not Life without Parole. Accordingly, this Honorable Court is requested to Order the Defendants transfer Plaintiff to Work-Release Camp which has hardly no violent offenders. (Note Plaintiff is non-violent offender).

WHEREFORE PREMISES CONSIDERED, James Kelly Monroe prays this Honorable Court will Appoint him Counsel to prosecute this case, and issue Injunction requiring Defendants to send Plaintiff to Work-Release Camp and any other relief the Court deems equitable and just.

FOR JUSTICE,

X *James K Monroe*
James Kelly Monroe 167435

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon:

ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130

RUSHTON, STAKELY, JOHNSTON & GARRETT, PA
Post Office Box 270
Montgomery, AL 36101

By placing copy of same in U.S. Mail postage paid and properly addressed this the 11th day of July 2007.

X *James K Monroe*

## "VERIFICATION"

I declare under penalty of perjury that the foregoing was read to me by Stanley E. Permenter, Jailhouse Lawyer, and it is true and correct.

EXECUTED at Springville, Alabama this the 11th day of July 2007.

X *James K Monroe* #167435
James Kelly Monroe #167435
1000 St. Clair Road
Springville, AL 35146



James Kelly Monroe #167435
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

This correspondence is forwarded from an Alabama State Prison. The contents has not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

The Hon. Debra P. Hackett, Clerk
UNITED STATES DISTRICT COURT
Post Office Box 711
Montgomery, AL 36101-0711

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS              INST:    057
                         INMATE SUMMARY AS OF 03/02/2007              CODE:  CRSUM

***********************************************************************************

AIS: 00167435C    INMATE: MONROE, JAMES KELLY
                                                          RACE: B   SEX: M      1Y 3M 22D
INST: 067   (ST. CLAIR CORRECTIONAL FAC.)     DORM: 00   JAIL CR: 000Y 10M 00D    OR
                                                                                15M 22D
DOB: 09/08/1967   SSN: 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
                                                    PREVIOUS AIS: P0053939
ALIAS: MONROE, JAMES K
                                       ALIAS: MONROE, JAMES KELLEY
ALIAS: MONROE, JAMES KELLEY
                                       ALIAS: MONROE, KELLY

ADM DT: 05/17/2004  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: REMOVED FROM SEGREGATION

*CURRENT CUST: MIN-2   CURRENT CUST DT: 01/11/2007  PAROLE REVIEW DATE: APR 2007

*SECURITY LEVEL: (2) TWO

SERVING UNDER ACT446 LAW IN CLASS I
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED    CURRENT CLASS DATE:  08/27/2005

COUNTY       SENT DT   CASE NO   CRIME                          5M 22D
FAYETTE    05/17/04  N04000074  FORGERY II                  0Y  JL-CR         TERM
                     BYRS PROB                              # 01720 / 001Y 06M 00D CS
             ATTORNEY FEES : $002116     HABITUAL OFFENDER : Y
             COURT COSTS   : $0000239    FINES : $0000000    RESTITUTION : $0004549
TUSCALOOSA 10/27/04  N04001092  CRIM POSS FORGED INSTR II    03000 015Y 00M 00D CC
                     CT 1
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : N
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000105
TUSCALOOSA 10/27/04  N04001092  FORGERY II                  03000 015Y 00M 00D CC
                     CT 2
TUSCALOOSA 10/27/04  N04001091  UNLAW BREAKING AND ENTERIN  03000 015Y 00M 00D CC
                     CT 1
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : Y
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000105
TUSCALOOSA 10/27/04  N04001091  THEFT OF PROPERTY II        03000 015Y 00M 00D CC
                     CT 2
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : Y
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000105
TUSCALOOSA 10/27/04  N04001090  FORGERY II                  03000 015Y 00M 00D CC
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : Y
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000105
TUSCALOOSA 10/27/04  N04002299  CRIM POSS FORGED INSTR II    03000 015Y 00M 00D CC
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : Y
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000055
TUSCALOOSA 10/27/04  N04002298  CRIM POSS FORGED INSTR II    03000 015Y 00M 00D CC
             ATTORNEY FEES : $000350     HABITUAL OFFENDER : N
             COURT COSTS   : $0000257    FINES : $0000000    RESTITUTION : $0000080
```

CONTINUED ON NEXT PAGE