IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES KELLY MONROE #167435,   *
PLAINTIFF,

VS.                            * CASE NO.: 2:06-CV-928-MEF

OFFICER L. THOMAS, et al.,
DEFENDANTS.                    *

## MOTION TO REPLACE LEGAL DOCUMENTS

Comes now your pro se Plaintiff, James Kelly Monroe, in the above styled case and files this motion to replace legal documents and for grounds therfore shows:

1. When Plaintiff filed this action he was prisoner at Staton Correctional Facility in Elmore, Alabama.

2. Since then he has been transferred to St. Clair Correctional Facility in Springville, Alabama.

3. During his transfer pertinent legal documents in this case were lost by the Defendants' who had custody of him and his personal effects. The known missing documents your Plaintiff seeks are:

¶ His Verified Complaint and Exhibits including his Amended Complaint and Exhibits.

¶ His Response and Affidavits to Defendants' Special Reports and Answers with Exhibits.

4. It would severely prejudice your Plaintiff to prosecute this case without the benefit of the above documents

WHEREFORE PREMISES CONSIDERED, James Kelly Monroe prays the Court will replace legal documents he is missing this the 24th day of July 2007.

*James K Monroe* (signature)
James Kelly Monroe #167435

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon:

Attorney General
11 South Union Street
Montgomery, AL 36130

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270

By placing copy of same in U.S. Mail postage paid and properly addressed this the 24th day of July 2007.

*James K Monroe* (signature)
James Kelly Monroe #167435
ST. CLAIR CORRECTIONAL FACILITY
1000 St. Clair Road (H-110B)
Springville, AL 35146-5288

