IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES KELLY MONROE, #167 435 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-928-MEF |
| OFFICER L. THOMAS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for copies of various pleadings and/or documents he asserts were lost during a prison transfer. The court construes the request as a motion for free copies. Plaintiff seeks copies of his complaint and exhibits, amended complaint and exhibits, and his response, including exhibits, to Defendants' special reports and answers. (*Id*.) Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. No. 37) be and is hereby DENIED.

If Plaintiff wishes to receive copies of documents from this court, he may do so upon prepayment of fifty ($.50) cents per page. It is his responsibility to make the necessary payment arrangements with the account clerk at the institution in which he is presently incarcerated. Upon receipt of the necessary copying fees, the Clerk shall be directed to mail

to Plaintiff copies of the requested documents.[1]

Done, this 31st day of July 2007.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The pleadings/documents requested by Plaintiff (Doc. Nos. 1, 17 & 29) consist of 32 pages for a total cost of $16.00. Plaintiff filed a motion to amend complaint on November 21, 2006 which was denied by the court. Accordingly, that pleading has not been included in the cost calculations regarding the request for copies of documents.