```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000317
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES KELLY MONROE
 Case/Party: D-ALM-2-06-CV-000928-001
 Amount:        $24.00
------------------------------------
CHECK
 Remitter: ST CLAIR CORRECTIONAL FAC
 Check/Money Order Num: 36575
 Amt Tendered: $24.00
------------------------------------
Total Due:       $24.00
Total Tendered:  $24.00
Change Amt:      $0.00
```

DALM206CV000928-MEF

JAMES KELLY MONROE

ST CLAIR CORRECTIONAL FAC

1000 ST CLAIR ROAD

SPRINGVILLE, AL  35146