```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000633
Cashier ID: khaynes
Transaction Date: 10/03/2007
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES KELLY MONROE
 Case/Party: D-ALM-2-06-CV-000928-001
 Amount:         $8.00
------------------------------------
CHECK
 Check/Money Order Num: 36703
 Amt Tendered:   $8.00
------------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```