IN THE UNITED STATES DISTRICT FOR THE MIDDLE
DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES MONROE  
DEFENDANT/MOVANT (PRO-SE)

VS   CASE NO: 2:06-CV-928-MEF

STATE OF ALABAMA  
RESPONDANT(S)

## Notice of Change Address

COME NOW JAMES K MONROE (PRO-SE) AND do hereby give unto This Honorable Circuit Court of MONTGOMERY County ALABAMA and its Honorable Circuit Court CLERK of ALABAMA, is Notice of Address change as of the 10/5-07 following whereby he was transferred to Childersburg Work Release, Correction Facility located in TALLADEGA, County, ALABAMA at P.O. Box 368 Childersburg ALABAMA, 35044 AND respectfully request that this Honorable Court please Foward any and all correspondences to the same as appears below

(167435) Submitted this the 5 day of OCT 2007

JAMES MONROE  
PO BOX 368  
Childersburg AL  
35044

Submitted by:

167435 James Monroe  
AIS#   (PRO-SE)

RECEIVED 2007 OCT 12 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA

167435 James Monroe
P.o. box 368
Childersburg Al 35044

"This correspondence is forwarded from an Alabama State Prison. The Contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL

35101207ll B007



Office of the Clerk
United States District
Court, P.o.box 711
Montgomery, AL 36101-0711