```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001234
Cashier ID: khaynes
Transaction Date: 11/20/2007
Payer Name: CHILDERSBURG COMMUNITY WORK
-----------------------------------
PLRA CIVIL FILING FEE
 For: JAMES KELLY MONROE
 Case/Party: D-ALM-2-06-CV-000928-001
 Amount:         $5.62
-----------------------------------
CHECK
 Check/Money Order Num: 6994
 Amt Tendered:   $5.62
-----------------------------------
Total Due:       $5.62
Total Tendered:  $5.62
Change Amt:      $0.00
```