IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISON

JAMES MONROE )
DEFENDANT/MOVANT-PRO-SE )
) CASE NO: 2:06-CV-928-MEF
VS )
)
STATE OF ALABAMA )
RESPONDANT(S) )

NOTICE OF CHANGE OF ADDRESS

COME NOW, JAMES KELLY MONROE (PRO-SE) AND do hereby give unto this HONORABLE CIRCUIT COURT OF MONTGOMERY COUNTY ALABAMA AND ITS HONORABLE CIRCUIT COURT CLERK OF ALABAMA. IS NOTICE OF ADDRESS CHANGE AS OF the 11/9/07, whereby he was TRANSFERRED TO DRAPER CORRECTION FACILITY LOCATED IN ELMORE COUNTY, AL, AT PO Box # 1107 ELMORE ALABAMA, 36025 AND RESPECTFULLY REQUEST that this Honorable court PLEASE FORWARD ANY AND ALL CORRESPONDENCES TO The Same AS APPEARS below

Submitted This The 12/6/2007

Submitted by
James Monroe 167435-B236B
PO Box 1107
Elmore AL 36025

167435-B-2-36B
JAMES MONROE
PO box 1107
Elmore AL 36025

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL



OFFICE OF THE CLERK
United State District Court
PO box 711
Montgomery AL 36101-0711