IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES KELLY MONROE (AIS # 167435),

    Plaintiff,

v.    CASE NO. 2:06-CV-928-MEF

OFFICER. L. THOMAS, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW PAUL CORBIER, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity    Relationship to Party

12/13/2007
Date

/s/ PAUL M. JAMES, JR.
(Signature)

Paul M. James, Jr.
(Counsel's Name)

Def. Paul Corbier, M.D.
Counsel for (print names of all parties)

P. O. Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3148
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Paul M. James, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __13th____ day of __December_____ 20_07_, to:

Mr. James K. Monroe (AIS # 167435), Draper Correctional Facility (B-2-36-B),

P. O. Box 1107, Elmore, AL 36025

| 12/13/2007 | /s/ PAUL M. JAMES, JR. (JAM017) |
|---|---|
| Date | Signature |