```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001620
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: CHILDERSBURG COMMUNITY WORK
----------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES KELLEY MONROE
 Case/Party: D-ALM-2-06-CV-000928-001
 Amount:         $23.32
----------------------------------------
CHECK
 Check/Money Order Num: 7121
 Amt Tendered:  $23.32
----------------------------------------
Total Due:      $23.32
Total Tendered: $23.32
Change Amt:     $0.00
```