IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JAMES K. MONROE**

 **Plaintiff,**

**v.**

              **CASE NO. 2:06-CV-928-MEF**

**OFFICER L. THOMAS, ET AL.**

 **Defendants.**

## CONFLICT DISCLOSURE STATEMENT

 COME NOW, Louis Thomas, C.T. Jenkins, Richard Golden, Levan Thomas, Leon Forniss and George Edwards, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  XX This party is an individual, or

  ____ This party is a governmental entity, or

  ____ There are no entities to be reported, or

  ____ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

        Respectfully submitted,

        TROY KING
        Attorney General

        /s/ *Jeffery H. Long*
        Jeffery H. Long
        Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 20th day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James K. Monroe, AIS 167435
Childersburg Work Release Center
PO Box 368
Childersburg, AL 35044

The Clerk using the CM/ECF system will send notification of this filing to the following parties:

Paul M. James, Jr.
Attorney for PHS Defendants

        /s/ *Jeffery H. Long*
        Jeffery H. Long