NOTICE TO CLERK AND PARTIES
THE PLAINTIFFS NEW ADDRESS
Change IS:

    JAMES MONROE 167435-J-26-B
    28779 Nick Davis Rd
    Harvest AL, 35749

    IN CASE # 2:06-CV 00928-MEF-DRB


Respectfully submitted

James K Monroe

RECEIVED 2008 MAR 13 A 10:54 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

167435-J-26-B
James Monroe
28779 Nick Davis Rd
Harvest AL 35-749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

LEGAL,

Office of the Clerk
United State District Ct.
Po box 711
Montgomery AL 36101